IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-22477-Civ-Williams/Torres

GARLAND CREEDLE,

       Plaintiff,

v.

CARLOS A. GIMENEZ, in his official capacity as Mayor of Miami-Dade County, Florida; and MIAMI-DADE COUNTY, Florida,

       Defendants.

## STATEMENT OF ELIZABETH A. HOHENSTEIN

1. I represent proposed *amicus curiae* the Immigration Reform Law Institute (IRLI).

2. On September 25, 2017, I sent counsel for Plaintiff and Defendants an e-mail notifying them that IRLI intended to file a Motion for Leave to File an *Amicus Curiae* brief in support of Defendants.

3. On September 25, 2017, Rebecca Sharpless, counsel for Plaintiff, responded with an email, attached hereto as Exhibit A, stating that Plaintiff opposed the motion.

4. On September 24, 2015, I spoke with Defendants' counsel Michael B. Valdes about IRLI's intent to file a Motion to File an *Amicus Curiae* brief in support of Defendants.

1

5. On September 28, 2015, via telephone conversation, Michael B. Valdes stated that Defendants did not object to IRLI's filing the motion and brief.

I declare, under penalty of perjury, that to the best of my knowledge the foregoing information is true and correct.

Dated: September 29, 2017

/s/**<u>Elizabeth A. Hohenstein</u>**
Elizabeth A. Hohenstein

# EXHIBIT A

| | |
|---|---|
| **From:** | Sharpless, Rebecca A |
| **To:** | Elizabeth Hohenstein |
| **Cc:** | Chris Hajec |
| **Subject:** | Re: Creedle v. Gimenez: Motion for leave to file an amicus curiae brief request |
| **Date:** | Monday, September 25, 2017 4:44:57 PM |

Dear Ms. Hohenstein,

We oppose this motion.

Sincerely,

Becky

**Becky Sharpless**
**Clinical Professor**
**Roger Schindler Fellow**
**Director, Immigration Clinic**
University of Miami School of Law
1311 Miller Drive, E-256, Coral Gables, FL 33146
**P:** 305-284-3576 or 6092  **F:** 305-284-6093  **E:** rsharpless@law.miami.edu
Immigration Clinic | Papers on SSRN

Information contained in this email may be confidential and legally privileged. Unauthorized reproduction or forwarding of this email is forbidden. If you have received this message in error, please do not read the content of the email or forward it. Please reply back to me and then delete the email. Thank you.

**From:** Elizabeth Hohenstein <ehohenstein@irli.org>
**Sent:** Monday, September 25, 2017 1:39:14 PM
**To:** Sharpless, Rebecca A
**Cc:** Chris Hajec
**Subject:** Creedle v. Gimenez: Motion for leave to file an amicus curiae brief request

Good Afternoon,

The Immigration Reform Law Institute (IRLI), whom I represent, intends to file a motion for leave to file an *amicus curiae* brief in the case of *Creedle v. Gimenez*, case no. 1:17-cv-22477. IRLI's brief will be in support of the Defendants and address Count 1 – Fourth Amendment violation.

Please let me know your position on IRLI's motion to file an *amicus* brief as soon as possible to ensure timeliness.

Thank you for your time and consideration.

Sincerely,

Elizabeth Hohenstein
Staff Attorney



25 Massachusetts Ave. NW, Suite 335
Washington, DC 20001
Tel: (202) 232-5590
Fax: (202) 464-3590
www.irli.org

**CONFIDENTIALITY NOTICE**:
This transmission is covered by the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This transmission, and any documents attached, may contain confidential information belonging to the sender which is protected by the Attorney-Client Privilege, Work Product Doctrine and/or other privileges. The information is intended only for the use of the individuals and/or entities named above. If you are not the intended recipient of this message, you may not read, disclose, forward, print, copy or disseminate this information. If you have received this communication in error, please reply and notify the sender (only), or call (202) 232-5590, and destroy and/or delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.