**From:** Sharpless, Rebecca A
**To:** Reuveni, Erez R. (CIV)
**Subject:** Re: Creedle -- Miami detainer case
**Date:** Wednesday, August 30, 2017 2:57:26 PM

We just called.

Get Outlook for iOS

---

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Wednesday, August 30, 2017 2:50:05 PM
**To:** Sharpless, Rebecca A
**Cc:** ira@kkwtlaw.com
**Subject:** RE: Creedle -- Miami detainer case

202-307-4293.

**Erez Reuveni**
**Senior Litigation Counsel**
**United States Department of Justice**
**Office of Immigration Litigation – District Court Section**
Post Office Box 868 | Ben Franklin Station | Washington, DC  20044
☎ 202-307-4293 | 🖥 202-616-8962 | ✉ erez.r.reuveni@usdoj.gov

This e-mail and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this e-mail is not the intended recipient or the emplpyee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this message or its contents is strictly prohibited.  If you have received this e-mail in error, please notify us by e-mail or telephone and delete or destroy the original message, along with any copies (electronic or paper).  Thank you.

---

**From:** Sharpless, Rebecca A [mailto:rsharpless@law.miami.edu]
**Sent:** Wednesday, August 30, 2017 2:45 PM
**To:** Reuveni, Erez R. (CIV) <EReuveni@civ.usdoj.gov>
**Subject:** Re: Creedle -- Miami detainer case

Erez, we are running 10 min late. Do u want us to call you?

Get Outlook for iOS

---

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Monday, August 28, 2017 12:37:59 PM
**To:** Sharpless, Rebecca A
**Subject:** RE: Creedle -- Miami detainer case

Sure that's fine. I'll phone you. Please let me know if you expect others to join as well.


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Sharpless, Rebecca A" <rsharpless@law.miami.edu>
Date: 8/28/17 12:35 PM (GMT-05:00)
To: "Reuveni, Erez R. (CIV)" <EReuveni@civ.usdoj.gov>
Subject: Re: Creedle -- Miami detainer case

Could we start at 2:45? I just got scheduled for something else at 3:30 and need to leave sufficient time to transition.

Get Outlook for iOS<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwIF-g&c=y2w-uYmhgFWijp_IQN0DhA&r=jinY87x7qgnBDQ11zcZafKHpPYbWqHSPrkJ4I0QI5G0&m=UJVfcVa2gTE4DxJ_M51M9d2HZa_hBeese-RIdmFFYbs&s=yNE2VhdC_Zxq8bvnC_bfo0y3gpXUsTeHUJL9w384PIk&e=>

---

From: Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
Sent: Monday, August 28, 2017 12:31:28 PM
To: Sharpless, Rebecca A
Subject: RE: Creedle -- Miami detainer case

Thanks. How about 3 pm Wednesday?


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Sharpless, Rebecca A" <rsharpless@law.miami.edu>
Date: 8/28/17 8:49 AM (GMT-05:00)
To: "Reuveni, Erez R. (CIV)" <EReuveni@civ.usdoj.gov>
Subject: Re: Creedle -- Miami detainer case

Erez, I apologize for the delay. We are available to talk and of course will convey any settlement offers to Mr. Creedle. We could talk Wednesday at 11:30 or between 3-4:30. If that time doesn't work, let me know and we can come up with other options. Becky

Becky Sharpless
Clinical Professor
Roger Schindler Fellow
Director, Immigration Clinic
University of Miami School of Law
1311 Miller Drive, E-256, Coral Gables, FL 33146
P: 305-284-3576<tel:(305)%20284-3576> or 6092  F: 305-284-6093<tel:(305)%20284-6093> E: rsharpless@law.miami.edu<mailto:rdominguez@law.miami.edu>
Immigration Clinic<http://www.law.miami.edu/clinics/immigration/?op=7> | Papers on SSRN<https://urldefense.proofpoint.com/v2/url?u=http-3A__papers.ssrn.com_sol3_cf-5Fdev_AbsByAuth.cfm-3Fper-5Fid-3D1114542&d=DwMFaQ&c=y2w-uYmhgFWijp_IQN0DhA&r=jinY87x7qgnBDQ11zcZafKHpPYbWqHSPrkJ4I0QI5G0&m=ZNavdiOPr4XVe4Z8wLqHsAlMAEeo3M_bR6WGJfWjZug&s=y5Xqnqvqu2ZYm6j7XZhwZ1CEe9iQkRnRHCaUdH0kJAI&e=>


Information contained in this email may be confidential and legally privileged.  Unauthorized reproduction or forwarding of this email is forbidden.  If you have received this message in error, please do not read the content of the email or forward it.  Please reply back to me and then delete the email.  Thank you.

---

From: Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
Sent: Thursday, August 24, 2017 9:09 AM

To: Sharpless, Rebecca A
Subject: RE: Creedle -- Miami detainer case

Rebecca, following up on this case, now that the Miami-Dade's MTD is on file. When might you be available to discuss this case, including the what the USG's involvement as proposed by Miami does to your case and whether settlement is appropriate. I am back in the office and am generally available the rest of the week and early next week. If none of those days work for you, can you propose a time instead?

Thanks, and looking forward to speaking with you.
Erez

Erez Reuveni
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation – District Court Section
Post Office Box 868 | Ben Franklin Station | Washington, DC  20044
• 202-307-4293 |• 202-616-8962 | • erez.r.reuveni@usdoj.gov<mailto:erez.r.reuveni@usdoj.gov>

This e-mail and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this e-mail is not the intended recipient or the emplpyee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this message or its contents is strictly prohibited.  If you have received this e-mail in error, please notify us by e-mail or telephone and delete or destroy the original message, along with any copies (electronic or paper).  Thank you.

From: Sharpless, Rebecca A [mailto:rsharpless@law.miami.edu]
Sent: Friday, August 18, 2017 1:44 PM
To: Reuveni, Erez R. (CIV) <EReuveni@civ.usdoj.gov>
Cc: Andrapalliyal, Vinita B. (CIV) <vandrapa@CIV.USDOJ.GOV>
Subject: Re: Creedle -- Miami detainer case

Thanks for emailing. We oppose.

Get Outlook for iOS<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwMFAg&c=y2w-uYmhgFWijp_IQN0DhA&r=jinY87x7qgnBDQ11zcZafKHpPYbWqHSPrkJ4I0QI5G0&m=VdhS4xer_DLOpcM1s3j_eVmCjNbDYbtscESuGOoz6E0&s=T1fT932WI1dqa4KzdAmHTLar2fYkWyma0boy9Dq8v-A&e=>

_____
From: Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov<mailto:Erez.R.Reuveni@usdoj.gov>>
Sent: Friday, August 18, 2017 1:00:02 PM
To: Sharpless, Rebecca A
Cc: Andrapalliyal, Vinita B. (CIV)
Subject: RE: Creedle -- Miami detainer case

Thanks for getting back to me. We are planning to ask the court to stay things for 14 day to allow doj to determine whether it's an indispensible party, whether settlement may be appropriate, whether to file a statement of interest (28 usc 517), or whether to intervene. Miami consents to the request. Let me know you position or if you'd like to discuss. We need to file on our end fairly imminently.

+ Vinita Andrapalliyal in my office.

Erez



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Sharpless, Rebecca A" <rsharpless@law.miami.edu<mailto:rsharpless@law.miami.edu>>
Date: 8/18/17 12:56 PM (GMT-05:00)
To: "Reuveni, Erez R. (CIV)" <EReuveni@civ.usdoj.gov<mailto:EReuveni@civ.usdoj.gov>>
Subject: Re: Creedle -- Miami detainer case

Erez,

I'm tied up on calls now until around 3 or 3:30. If u email me the request I can try and respond. Or we could talk later in the day.

Becky

Get Outlook for iOS<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwIFAg&c=y2w-uYmhgFWijp_IQN0DhA&r=jinY87x7qgnBDQ11zcZafKHpPYbWqHSPrkJ4I0QI5G0&m=IAYqoDvXLFqVgxWet9Rgu2u_A5aPM1290st98vansf4&s=muCtPzRMeYZZyFks38JrfyZsbDNLmm_7c5kiGw_4GFo&e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwIFAg&c=y2w-uYmhgFWijp_IQN0DhA&r=jinY87x7qgnBDQ11zcZafKHpPYbWqHSPrkJ4I0QI5G0&m=IAYqoDvXLFqVgxWet9Rgu2u_A5aPM1290st98vansf4&s=muCtPzRMeYZZyFks38JrfyZsbDNLmm_7c5kiGw_4GFo&e=%20>
>
_____
From: Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov<mailto:Erez.R.Reuveni@usdoj.gov>>
Sent: Friday, August 18, 2017 12:25:10 PM
To: Sharpless, Rebecca A
Subject: Creedle -- Miami detainer case

Rebecca,

I'm counsel with DOJ in DC. I just spoke with your assistant. I'd like to briefly discuss this case at your earliest convenience. We are considering filing something to day in the near future concerning scheduling and I am hoping to touch base on your position and you general thoughts on what I intend to propose.

If you could call me on my cell phone at 781 424 9030, or, if you are unable to, let me know you're unavailable and who else on your team I might be able to touch base with?

Many thanks and looking forward to speaking with you.

Erez



Sent from my Verizon, Samsung Galaxy smartphone