

# EXHIBIT A

# Memorandum

**Date:** January 26, 2017

**To:** Daniel Junior, Interim Director
Corrections and Rehabilitation Department

**From:** Carlos A. Gimenez
Mayor

**Subject:** Executive Order: Enhancing Public Safety in the Interior of the United States

---

Yesterday, January 25, 2017, President Donald J. Trump issued Executive Order: Enhancing Public Safety in the Interior of the United States.

In light of the provisions of the Executive Order, I direct you and your staff to honor all immigration detainer requests received from the Department of Homeland Security.

Miami-Dade County complies with federal law and intends to fully cooperate with the federal government. I will partner with the Board of County Commissioners to address any issues necessary to achieve this end.


c: Honorable Chairman Esteban L. Bovo, Jr.
   and Members, Board of County Commissioners
   Honorable Harvey Ruvin, Clerk of the Court
   Abigail Price-Williams, County Attorney
   Geri Bonzon-Keenan, First Assistant County Attorney
   Office of the Mayor Senior Staff
   Christopher Agrippa, Clerk of the Board



# EXHIBIT B

Wen-Ting Cheng
Chief Counsel
Susan Marie Beschta
Acting Deputy Chief Counsel
Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
26 Federal Plaza, Room 1130
New York, New York 10278

DETAINED JUVENILE

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NEW YORK

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| ) | |
| Garland Edward CREEDLE-QUINENZ ) | File No.: A202-131-063 |
| ) | |
| In Removal Proceedings ) | |
| ) | |

Immigration Judge:   N/A

Next Hearing:   N/A

U.S. DEPARTMENT OF HOMELAND SECURITY'S
MOTION TO TERMINATE PROCEEDINGS

The United States Department of Homeland Security, Immigration and Customs Enforcement ("DHS"), by and through counsel, respectfully requests that removal proceedings be terminated.

The respondent, a juvenile currently detained at Children's Village in New York, has submitted documentation, through counsel, establishing that he has acquired U.S. citizenship from his father, Willie Edward Creedle, pursuant to INA Sections 301(g) and 309(a). Accordingly, DHS respectfully moves to terminate the instant proceedings.

Respectfully submitted,

Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
26 Federal Plaza, Room 1130
New York, NY 10278

In the Matter of: )
)
Garland Edward CREEDLE-QUINENZ ) File No.: A202-131-063
)
In Removal Proceedings )

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION
TO TERMINATE PROCEEDINGS, it is HEREBY ORDERED that the motion be: _____
granted, _____ denied because:

_____ DHS does not oppose the motion.

_____ The respondent does not oppose the motion.

_____ A response to the motion has not been filed with the Court.

_____ Good cause has been established for the motion.

_____ The Court agrees with the reasons stated in the opposition to the motion.

_____ The motion is untimely per _____.

_____ Other: _____

Deadlines:

_____ The application(s) for relief must be filed by _____.
_____ The respondent must comply with the
       DHS biometrics instructions by _____.


_____          _____
Date                                     Immigration Judge


**Certificate of Service**

The document was served by: [ ] Mail, [ ] Personal Service

To: [ ] Alien, [ ] Alien c/o Custodial Officer, [ ] Alien's Attny/Rep, [ ] DHS

Date: _____          By: Court Staff: _____

# CERTIFICATE of SERVICE

Alien Name:      Garland Edward CREEDLE-QUINONEZ

Alien Number:      202-131-063

I, Ramin Rastegar, hereby certify that I have served a complete copy of this Department of Homeland Security's Motion to Terminate on the respondent's representative by depositing the same in the United States Mail, First Class postage prepaid, on this 28th of April 2015, to the following address:

Lorilei A. Williams, Esq.
Staff Attorney
Unaccompanied Minors Program
Catholic Charities Community Services
80 Maiden Lane, 13th Floor
New York, NY 10038

Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
26 Federal Plaza, Room 1130
New York, New York 10278
(212) 264-5916



# EXHIBIT C

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT


ProBar Children's Project
Gentry, Michelle Maureen
119 W. Van Buren
Ste. 204
Harlingen, TX 78550

IN THE MATTER OF              FILE A 202-131-063      DATE: Apr 30, 2015
CREEDLE-QUINONEZ, GARLAND EDWARD


__ UNABLE TO FORWARD - NO ADDRESS PROVIDED

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:     BOARD OF IMMIGRATION APPEALS
                       OFFICE OF THE CLERK
                       5107 Leesburg Pike, Suite 2000
                       FALLS CHURCH, VA  20530

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                        IMMIGRATION COURT


X OTHER: DECISION OF THE IMMIGRATION JUDGE.


                              MARIA LLERENA
                              COURT CLERK
                              IMMIGRATION COURT                    FF

CC: ASSISTANT CHIEF COUNSEL
    26 FEDERAL PLAZA, 11TH FL
    NEW YORK, NY  10278

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NEW YORK

In the Matter of: )
)
Garland Edward CREEDLE-QUINENZ )      File No.: A202-131-063
)
In Removal Proceedings )

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION
TO TERMINATE PROCEEDINGS, it is HEREBY ORDERED that the motion be: ____
(granted,) ____ denied because:

____ DHS does not oppose the motion.

____ The respondent does not oppose the motion.

____ A response to the motion has not been filed with the Court.

✓ Good cause has been established for the motion.

____ The Court agrees with the reasons stated in the opposition to the motion.

____ The motion is untimely per _____

____ Other: _____

Deadlines:

____ The application(s) for relief must be filed by: _____
____ The respondent must comply with the
DHS biometrics instructions by _____

Date _4/30/15_                    _____
                                 Immigration Judge

Certificate of Service
The document was served by: [ ✓ ] Mail, [ ] Personal Service
To: [ ] Alien, [ ] Alien c/o Custodial Officer, [ ] Alien's Attny/Rep, [ ✓ ] DHS
Date: _4/30/15_             By: Court Staff: _____

# EXHIBIT D

Jail # 170131250

| Subject ID: | 358274649 |
|---|---|
| Event #: | BDC1703000474 |

| File No: | 202 131 063 |
|---|---|
| Date: | March 13, 2017 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DADE COUNTY CORRECTIONAL
1321 NW 13 STREET
MIAMI, FL 33034

FROM: (DHS Office Address)
DRO - Bradenton, FL Sub Office
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
ERO - KRCME SPC - MIAMI, FLORIDA
18201 SW 12TH STREET
MIAMI, FL 33194

Name of Subject: CREEDLE-QUINONEZ, GARLAND EDWARD

Date of Birth: 01/06/1999    Suspected or Known Citizenship: HONDURAS    Sex: M

### A. DHS REQUESTS VOLUNTARY TRANSFER OF THE SUBJECT BECAUSE (complete box 1 or 2 below):

x 1. DHS suspects that the subject is an **immigration enforcement priority** because (mark at least one):

☐ (s)he was apprehended at the border or ports of entry while attempting to unlawfully enter the United States;

☐ (s)he was apprehended in the United States after unlawfully entering or re-entering the United States after January 1, 2014;

☐ (s)he has significantly abused the visa or visa waiver programs;

☐ (s)he was issued a final order of removal after January 1, 2014; and/or

x in the judgment of a designated senior DHS official, his/her removal would serve an important federal interest.

☐ 2. DHS transferred the subject to your custody for a proceeding or investigation and, upon completion of that proceeding or investigation, DHS intends to resume custody of the subject to complete processing.

### B. DHS REQUESTS YOUR COOPERATION AS FOLLOWS (complete box 1 or 2 below):

☐ 1. NOTIFICATION. Please notify DHS as early as practicable (at least 48 hours, if possible) before the subject is released from your custody to allow DHS an opportunity to determine whether there is probable cause to conclude that (s)he is a removable alien.

NOTE: This voluntary notification request **does not** request or authorize that you detain the subject beyond the time he or she is currently scheduled for release from your custody.

x 2. DETAINER. Please serve a copy of this form on the subject and maintain custody of him/her for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. Probable cause exists that the subject is a removable alien. This determination is based on (check at least one box below):

☐ a final **order of removal** against the subject;

☐ the pendency of **ongoing removal proceedings** against the subject;

x **biometric confirmation** of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

NOTE: This request takes effect only if you serve a copy of this form on the subject, and it does not request or authorize that you hold the subject beyond 48 hours.

IMPORTANT NOTICES:

- This request arises from DHS authorities and should not impact decisions about the subject's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- As early as possible prior to the time you otherwise would release the subject, please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 305-207-5126
 If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Please notify this office in the event of the subject's death, hospitalization, or transfer to another institution.

☐ If checked: Please cancel the detainer related to this subject previously submitted to you on _____ (date).

ALEXANDER MARTINEZ - Deportation Officer     # 3974

(Name and title of Immigration Officer)        (Signature of Immigration Officer)

Notice: If the subject is taken into DHS custody, he or she may be removed from the United States. If the subject may be the victim of a crime or you want the subject to remain in the United States for a law enforcement purpose, please notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

Please provide the information below, sign, and return to DHS by mailing, emailing, or faxing a copy to _____.

### TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:

Local Booking/Inmate #: _____ Est. release date/time: _____ Date of latest criminal charge/conviction: _____

Arresting agency, if available, and latest offense charged/convicted: _____

If Box B.2. is checked above, please indicate the manner in which this Form I-247X was served upon the subject:

☐ in person ☐ by inmate mail delivery ☐ other _____ (please specify) date: _____

SGT Sanders Williams _____       (Signature of Officer)

(Name and title of Officer)

DHS Form I-247X (08/15)

# EXHIBIT E

## ROCHE SURETY & CASUALTY COMPANY, INC.

4107 N. Himes Avenue • 2nd Floor • Tampa, FL 33607
(813) 623-5042 • (800) 789-3899 • Fax (813) 623-5939

# RECEIPT AND STATEMENT OF CHARGES

CONTROL NO. AB17-113452

**RECEIVED FROM:**

Name: Marlon Francisco Quinonez Aguirre

Defendant's Name: Garland Edward Creedle

Power Number: AB17-113452

Expenses (Itemized in detail, such as Guard Fees, Recording Fees, Notary Fees, Long Distance Calls, Telegrams, Travel and other actual, unusual expenses):

Name and Address of Bail Agency:

305 Bail Bonds
1421 Northwest North River Drive
Miami, Florida 33125
Website: www.305bailbonds.com
(305) 494-9000
Agent: Bert Velunza

| | |
|---|---|
| DATE | March 13, 2017 |
| BAIL BOND PREMIUM* | $750.00 |
| MISC. CHARGES | $0.00 |
| TOTAL CHARGES | $750.00 |
| RECEIVED ON ACCOUNT | $750.00 |
| BALANCE | $0.00 |

**\*PREMIUM IS NON-REFUNDABLE.**

Received By:

Signature

Original: Client Copy      Yellow: Agent Copy      Pink: File Copy