# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| GARLAND CREEDLE, | No. CV 17-22477-KMW |
| Plaintiff, | DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER DEAN CAPUTO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| v. | |
| MIAMI-DADE COUNTY, *et al.*, | |
| Defendants. | |

I, Dean Caputo, do hereby declare and state as follows:

1.     I am a U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer in the Miami Field Office.   The Miami ERO Field Office is responsible for enforcing federal immigration law in Miami-Dade County.  This includes arresting removable criminal aliens who have been arrested and/or convicted by law enforcement agencies within Miami-Dade County.

2.     I have read the allegations in the First Amended Complaint in this lawsuit.  I make the following factual statements based on my personal knowledge and my review of the official records of ICE ERO, and, if called as a witness, I could and would testify competently thereto.

3.     Upon information and belief, ICE ERO database records state that the Plaintiff, Garland Creedle, is a United States citizen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2018, at Miami, Florida.

_____
Dean Caputo)     D. 760 CAPUTO

1