

## Inmate Profile System

*miamidade.gov*



Questions and Suggestions to IPS@miamidade.gov

## Inmate Detailed Information

### Personal Information

**Name:** CREEDLE QUINONES, GARLAND

**Sex:** M   **Race:** W   **Eye:** BRO   **Weight:** 210 Lbs

**DOB:** 01/06/1999   **Hair:** BLK   **Height:** 6' 3"

### Booking Information

| | | |
|---|---|---|
| **Jail Number:** 170131250 | **CIN:** 1171521 | **Location:** |
| **Date Booked:** 03/12/2017 | | **Time Booked:** 23:53 |
| **Date Released:** 03/14/2017 | | **Time Released:** 18:55 |

Click to Enlarge       Click to Enlarge

### Case(s) Information

**Case Number:**
F17004932

**Charge:** BATTERY/AGGRAVATED/OF A PREGNANT VICTIM   **Bond:** $ 10000**

**Warrant Case:** TO BE SET   **Desc:** HOLD FOR IMMIGRATION   **Bond:** TO BE SET**

** Bond information posted on this case/charge may not reflect the current amount. Call the detention facility for updated information.

### Alias(es)

CREEDLE QUINONES, GARLAND            CREEDLE, GARLAND EDWARD

**Disclaimer:** Information posted on this web site is provided for informational purposes only. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the posted information may not reflect the current information. An arrest does not mean that the inmate has been convicted of the crime. Links to other sites are provided as a convenience to the user and no representation, warranty or endorsement of those sites is made by inclusion or exclusion of other web sites. The information on this web site should not be relied upon for any type of legal action. Unauthorized or illegal use of this information is strictly prohibited.

IPS Home  | Jail Number Inquiry  | Inmate in-Custody Name Search  | Last Bookings
CRNet Home  | IPS Disclaimer

E-mail your comments, questions and suggestions to IPS Support
This page was last edited on:   June 25, 2009

Web Site © 2002 Miami-Dade County.
All rights reserved.

http://ibmcrt.metro-dade.com:1617/wwwserv/crts/IPSAWICI.DI...   10/5/2018

## Inmate Profile System



miamidade.gov



MIAMI-DADE

Questions and Suggestions to IPS@miamidade.gov

## Inmate Detailed Information

### Personal Information

**Name:** CREEDLE QUINONES, GARLAND
**Sex:** M  **Race:** W  **Eye:** BRO  **Weight:** 210 Lbs
**DOB:** 01/06/1999  **Hair:** BLK  **Height:** 6' 3"

### Booking Information

**Jail Number:** 180125253  **CIN:** 1171521  **Location:**
**Date Booked:** 02/04/2018  **Time Booked:** 22:35
**Date Released:** 02/05/2018  **Time Released:** 17:15

Click to Enlarge     Click to Enlarge

### Case(s) Information

**Case Number:** F18002384

| Charge: | Bond: |
|---|---|
| Charge: BATTERY/AGGRAVATED/OF A PREGNANT VICTIM | Bond: $ 10000** |
| Charge: TAMPER/WIT/VIC/MISD | Bond: $ 5000** |

** Bond information posted on this case/charge may not reflect the current amount. Call the detention facility for updated information.

### Alias(es)

CREEDLE QUINONES, GARLAND          CREEDLE, GARLAND EDWARD

**Disclaimer:** Information posted on this web site is provided for informational purposes only. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the posted information may not reflect the current information. An arrest does not mean that the inmate has been convicted of the crime. Links to other sites are provided as a convenience to the user and no representation, warranty or endorsement of those sites is made by inclusion or exclusion of other web sites. The information on this web site should not be relied upon for any type of legal action. Unauthorized or illegal use of this information is strictly prohibited.

IPS Home  |  Jail Number Inquiry  |  Inmate in-Custody Name Search  |  Last Bookings
CRNet Home  |  IPS Disclaimer

E-mail your comments, questions and suggestions to IPS Support
This page was last edited on:   June 25, 2009

Web Site © 2002 Miami-Dade County.
All rights reserved.