UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| GARLAND CREEDLE,<br><br>Plaintiff,<br><br>v.<br><br>MIAMI-DADE COUNTY, *et al.*,<br><br>Defendants. | No. CV 17-22477-KMW<br><br>DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR GARRETT J. RIPA |

I, Garrett J. Ripa., do hereby declare and state as follows:

1.     I am a U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Assistant Field Office Director in the Miami Field Office. The Miami ERO Field Office is responsible for enforcing federal immigration law in Miami-Dade County.  This includes arresting removable criminal aliens who have been arrested and/or convicted by law enforcement agencies within Miami-Dade County.

2.     I have read the allegations in the Second Amended Complaint in this lawsuit. I make the following factual statements based on my personal knowledge and my review of the official records of ICE ERO, and, if called as a witness, I could and would testify competently thereto.

3.     Upon information and belief, Plaintiff, Garland Creedle, was arrested by U.S. Border Patrol on or about October 21, 2014, near Hidalgo, Texas after illegally entering the United States in violation of 8 U.S.C. § 1325 and 19 U.S.C. § 1459.  Plaintiff told the Border Patrol agents who arrested him that he was a Honduran citizen.  U.S. Border Patrol then issued the Plaintiff a notice to appear in immigration removal proceedings charging the Plaintiff as a removable alien present in the United States who has not been admitted or paroled in accordance with 8 U.S.C. §§ 1182(a)(6)(A)(i) and 1227(a)(1).

4.     At or near the time of Plaintiff's arrest, database records were created

1

showing that the Plaintiff was a Honduran citizen and charged with a removable offense. Those records were incorporated into ICE's Enforcement Integrated Database (EID). EID captures and maintains information related to the investigation, arrest, booking, detention, and removal of persons encountered during immigration and criminal law enforcement investigations and operations conducted by ICE, U.S. Customs and Border Protection (CBP), which U.S. Border Patrol is a part, and U.S. Citizenship and Immigration Services (USCIS), components within the Department of Homeland Security.

5.      After Plaintiff filed his initial complaint on or about July 5, 2017, ICE officials updated the Plaintiff's country of citizenship information in EID to reflect that he was a United States citizen.

6.      On or about February 5, 2018, ICE received information that the Plaintiff was arrested for aggravated battery of a pregnant victim and tampering with a victim. ICE communicated to the arresting law enforcement agency that the Plaintiff was a United States citizen, not subject to removal from the United States, and no action would be taken by ICE.

7.      Because ICE's EID reflects that the Plaintiff is a United States citizen, he will not be subject to another ICE detainer in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2018, at Miami, Florida.

_____
Garrett J. Ripa

2