UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-22477-KMW

GARLAND CREEDLE,

     Plaintiff,

v.

MIAMI-DADE COUNTY, *et al.*,

     Defendants.

_____/

### DECLARATION OF DERODA BENNETT

Pursuant to 28 U.S.C. § 1746, Miami-Dade Corrections and Rehabilitation Department Captain Deroda Bennett declares under penalty of perjury as follows:

1.     My name is Deroda Bennett. I am the Captain of the Intake and Release Bureau of the Miami-Dade Corrections and Rehabilitation Department (the "Department").

2.     Garland Edward Creedle was arrested for aggravated battery on a pregnant victim on March 12, 2017 and was in the custody of the Department from March 12, 2017 to March 14, 2017. During that time, a detainer request from Immigration and Customs Enforcement ("ICE") was lodged as to Mr. Creedle and subsequently lifted.

3.     Garland Edward Creedle was arrested for aggravated battery on a pregnant victim on February 4, 2018 and was in the custody of the Department from February 4, 2018 to February 5, 2018.

4.     As is the case with all inmates processed by the Department, Mr. Creedle was fingerprinted and ICE was notified that he was in the custody of the Department during his February 2018 detention.

5.     Despite being notified that Mr. Creedle was in the custody of the Department, the Department did not receive a detainer request from ICE as to Mr. Creedle.

6.      Although I have no reason to believe ICE will ever again lodge an immigration detainer as to Mr. Creedle, Department staff have been instructed that any immigration detainers received by ICE as to Mr. Creedle should be considered lodged in error and are not to be honored.

7.      Moreover, a notation has been entered in connection with Mr. Creedle's criminal identification number (CIN), which is associated with his fingerprints and will be generated every time he is brought into the custody of the Department. The notation reflects that Mr. Creedle is a U.S. citizen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24 day of December, 2018.

**DERODA BENNETT**
Captain, Miami-Dade Corrections and
Rehabilitation Department

2