# EXHIBIT 2

| U.S. Department of Homeland Security | Subject ID ▓▓▓▓▓ | | Record of Deportable/Inadmissible Alien | | | |

| Family Name (CAPS)   First   Middle | | | | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| CREEDLE-QUINONEZ, GARLAND EDWARD | | | | | M | BLK | BRO | FAR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | ▓▓▓▓▓ | 67 | 130 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 10/21/2014, 0000, 8.96 mile(s) W of HID, PWAM (BY RAFT) | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| COL VILLARREAL  LA CEIBA, ATLANTIDA, HONDURAS | PB |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| ▓▓▓▓▓   Age: ▓ | 10/21/2014 | RGV/MCS | HIDALGO, TX | 10/21/2014 0130 |

| City, Province (State) and Country of Birth | AR ☒ Form (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| LA CEIBA, ATLANTIDA, HONDURAS | | See Narrative |

| SIV Issuing Post and SIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/ SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I6A |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Left Index Print                    Right Index Print

ARREST COORDINATES:
- - - - - - - - - - - - - - - - - - -
Latitude:    26.134344
Longitude: -98.313414

CONSEQUENCE DELIVERY SYSTEM:
- - - - - - - - - - - - - - - - - - - - - - - - - -
Classification: FIRA

| Alien has been advised of communication privileges | 10/21/2014 ms (Date/Initials) | BORDER PATROL AGENT (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution | Received (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer ▓▓▓▓▓ |
| | on October 21, 2014 at 0445 (time) |
| | Disposition Warrant of Arrest/Notice to Appear |
| | Examining Officer ▓▓▓▓▓ |

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security

**Continuation Page for Form** _____ I213

| Alien's Name<br>CREEDLE-QUINONEZ, GARLAND EDWARD | File Number | Date<br>10/21/2014 |
|---|---|---|

ARRESTING AGENT:
-----------------

████ ██████
███████ ██████ ██████
████ ███████ ██

FATHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS CREEDLE, WILLIAM

HOUSTON, TEXAS, UNITED STATES

MOTHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS QUINONEZ, YOLANDA
COL VILLARREAL
LA CEIBA, ATLANTIDA, HONDURAS

ASSISTING ASSETS:
-----------------
Non-Border Patrol

UNACCOMPANIED JUVENILE:
-----------------------
CREEDLE-QUINONEZ, GARLAND EDWARD

FUNDS IN POSSESSION:
--------------------
United States Dollar .00

NARRATIVE:
----------
UAC WA/NTA
IMMIGRATION HISTORY:
No prior criminal history.

CRIMINAL HISTORY:
No prior criminal history.

ENCOUNTER:
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol
Sector.  A Border Patrol Agent determined this subject had unlawfully entered the United
States from Mexico, at a time and place other than as designated by the Secretary of the

| Signature | Title |
|---|---|
| | BORDER PATROL AGENT |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Continuation Page for Form** _____ **I213**

| Alien's Name<br>CREEDLE-QUINONEZ, GARLAND EDWARD | File Number<br>███ ███ ██<br>███ ████████████ | Date<br>10/21/2014 |
|---|---|---|

Department of Homeland Security of the United States. After determining that the subject was an alien whom illegally entered the United States, the subject was arrested and transported to the McAllen Border Patrol Station for further processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION/CRIMINAL VIOLATION:
At the McAllen Border Patrol Station, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights. The subject claimed to be a citizen and national of Honduras without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from Honduras as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with a consular officer of his country. Furthermore, the subject does not claim fear of persecution or torture if returned to the subject's country of citizenship.

DISPOSITION:
The subject was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act. The subject was served with Forms I-200, I-862, I-286, and the List of Free Legal Service Providers.

ADDITIONAL INFORMATION
1.  Location of immediate family:
Subject's father resides in Houston, Texas. Subject's mother lives in Honduras.
2.  Name, address, phone numbers and relationship of any relatives or friends in the United States or contiguous territory;
Subject's father, William Edward Creedle, phone number ████ █████████, resides at an unknown address in Houston, Texas.
3.  Type of locale in country where juvenile was raised (suburban, rural, urban, etc.);
Suburban.
5.  Length of time in transit, from home to the United States:
Approximately 30 days.
6.  Route of travel (e.g., countries, length of time spent in each, status in each, date of arrival at border, etc.)
Guatemala, Mexico
7.  Destination in the United States;
Houston, Texas.
8.  Person whom juvenile was to contact in the United States and phone number (indicate if contact has been established and who was contacted);
Subject was unable to make contact with his William Edward Creedle, at phone number █████ ██████ on 10/21/2014.
9.  Present funds and anticipated method of support;

| Signature<br>████████ | Title<br>BORDER PATROL AGENT |
|---|---|

_____3_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Continuation Page for Form** _____ **I213**

| Alien's Name | File Number | Date |
|---|---|---|
| CREEDLE-QUINONEZ, GARLAND EDWARD | ████████ | 10/21/2014 |

Subject has $0.00 USD on his person and was going to live with his father in Houston, Texas.

10.  If smuggled, the arrangement made;
Arrangements were made by his father to pay an unknown smuggler in U.S. Dollars in order to be smuggled from Honduras to Houston, Texas.

11.  The health of the juvenile:  are there any health problems admitted?
Subject claims and appears to be in good health.

12.  Juvenile's language skill;
Subject has good communication, speaking and writing skills in the Spanish language.

| Signature | Title |
|---|---|
| ████████ | BORDER PATROL AGENT |

____4____ of ____4____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)