# EXHIBIT 3

Name: CPI,CPI, DOB: 00000000                                                                QID: ▮▮▮▮
Priority: NORMAL, Status: COMPLETED

```
                    ***   LAW ENFORCEMENT SENSITIVE   ***

        IAQ RECEIVED:       2018/02/05 03:32 EST

        ORI/  WVFBIID00     ATN/ ORI=FL0379200 CRI=FL0130600      PHN/
        304▮▮▮▮▮▮
        BKN/
        NAM/  CPI,CPI
        DOB/  00/00/0000       CUS/ Y      OFF/ 0399      PUR/ C     POB/ XX
        SEX/ U
        FBI/  ▮▮▮▮▮▮▮▮    ARN/            SOC/             SID/
        ▮▮▮▮
        REM/  USVFIN=▮▮▮▮▮▮▮▮ ;IDSM=▮▮▮▮▮▮▮▮▮▮▮▮      ENCOUNTER
              INFO[EID;LAST;FIRST;MIDDLE;DOB;POB;SEX]▮▮▮▮▮▮▮ ;CREEDLE-
        QUINONES;GARLAND
              ;EDWARD;▮▮▮▮▮▮ ;;M

        **** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS   ****
        THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
        LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
        PURPOSES ONLY.

        ****  BASED ON THE INFORMATION PROVIDED *****
        THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

        NAM/  CREEDLE QUINONEZ, GARLAND EDWARD
        DOB/  ▮▮▮▮▮▮
        COB/  HONDU
        ARN/  ▮▮▮▮▮▮
        FCO/  LOS
        DOE/  10/21/2014
        FBI/  ▮▮▮▮▮▮
        SID/  ▮▮▮▮▮▮
        FFN/  WILLIAM
        MFN/  YOLANDA
        COL/  N/A

        REM/
        I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS A UNITED STATES CITIZEN.
        THIS INDIVIDUAL IS NOT SUBJECT TO REMOVAL FROM THE UNITED STATES.
        NO FURTHER ACTION BY I.C.E. WILL BE TAKEN.


        *************************************
        For further information contact ICE Miami, FL;
        -    Aliens IN CUSTODY - Miami Secure Communities IRC - Enforcement
        and Removal Operations at (305) ▮▮▮▮▮▮  or ▮▮▮▮
        -    Fax Number (305) ▮▮▮▮▮▮
        -    Aliens NOT IN CUSTODY (Roadside) - Homeland Security
        Investigations at (800) ▮▮▮▮▮▮  or (800) ▮▮▮▮▮▮
        -    Or the Law Enforcement Support Center at (802) ▮▮▮▮▮▮
        REQUESTING ORI INFORMATION:
        AGENCY/
        PHONE/

        L.E.S.C. QUERY ID:            ▮▮▮▮▮▮

                    ****** LAST MODIFIED: 2018/02/05 05:27 EST******

                    ***   LIMITED OFFICIAL USE   ***
        END OF RESPONSE . . . .
```