**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-22477-WILLIAMS/TORRES**


GARLAND CREEDLE,

       Plaintiff,

v.

MIAMI-DADE COUNTY, Florida;
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; and the
UNITED STATES OF AMERICA,

       Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING EXPERT REPORT OF JOHN AMAYA

Plaintiff, GARLAND CREEDLE, through his counsel and pursuant to this Honorable

Court's instruction at the status conference held on December 12, 2019, hereby files the following

documents:

A. Exhibit "A," Expert Report of John Amaya; and

B. Exhibit "B," Exhibits to Expert Report of John Amaya.


Dated: December 19, 2019                Respectfully submitted,

By: /s/ Rebecca Sharpless
REBECCA SHARPLESS
Florida Bar No. 0131024
ROMY LERNER
Florida Bar No. 0116713
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF
LAW

AMIEN KACOU
Florida Bar No. 44302
ACLU FOUNDATION OF FLORIDA,
INC.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Tel: (813) 288-8390

1311 Miller Drive, Suite E-273
Coral Gables, Florida 33146
Tel: (305) 284-3576, direct
Tel: (305) 284-6092, clinic
rsharpless@law.miami.edu

IRA J. KURZBAN
Florida Bar No. 225517
EDWARD F. RAMOS
Florida Bar No. 98747
KEVIN GREGG
Florida Bar No. 121852
ELIZABETH MONTANO
Florida Bar No. 1019260
KURZBAN, KURZBAN,
TETZELI & PRATT, P.A.
131 Madeira Avenue
Miami, FL 33134
Tel: 305-444-0060
Fax: 305-444-3503

DANIEL TILLEY
Fla. Bar No. 102882
ACLU FOUNDATION OF FLORIDA,
INC.
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel: 786-363-2700
Fax: 786-363-1448

## CERTIFICATE OF SERVICE

I hereby certify that, on December 19, 2019, I electronically served a true and correct copy of the foregoing on counsel for Defendants via transmission of a Notice of Electronic Filing generated by the CM/ECF system of the U.S. District Court of the Southern District of Florida.

By: /s/ Rebecca Sharpless
REBECCA SHARPLESS
Florida Bar No. 0131024
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW

*Counsel for Plaintiff*