**JOHN G. AMAYA**
8901 Battery Road Alexandria, VA 22308 · 202.744.0188 · john.amaya@gmail.com

---

**PROFILE:** Experienced attorney and former DHS senior advisor with background in government enforcement actions and investigations, litigation, compliance, and congressional oversight, with a focus on national security, trade and customs enforcement, and immigration.

## EXPERIENCE

---

**Harris, Wiltshire & Grannis LLP**                                                                  **Washington, DC**
*Of Counsel*                                                                                                     2018-Present
Investigations and litigation attorney representing corporations and individuals in connection with global immigration, customs and cross-border investigations, related litigation, and congressional investigations.

**Amaya Legal Strategies PLLC**                                                                              **Alexandria, VA**
*Attorney at Law*                                                                                                            2018
Founder and solo practicing attorney focused on representing corporations and individuals in connection with immigration and customs enforcement, benefits and investigative matters before related courts and administrative bodies.

**U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE)**   **Washington, DC**
*Deputy Chief of Staff & Senior Advisor to the Director*                                                    2015–2017
Appointed by President Barack Obama to serve on the executive leadership team for the ICE Director who leads a $6B federal agency charged with the enforcement of more than 400 federal statutes focusing on immigration enforcement, preventing terrorism, and combating the illegal movement of people and trade.

- Provided advice and legal counsel to agency Director Sarah R. Saldaña on all aspects of the criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration.
- Supported Director across a broad portfolio of responsibility regarding ICE's operations, policy, legislative and interagency affairs, and partnerships with foreign and domestic counterparts.
- Advised Director on complex legal matters including financial crimes, export enforcement, trade-based money laundering, social media and cyber security, foreign corruption, customs violations, EB-5, family residential centers, removal operations, worksite enforcement, border security, and federal-local cooperation on immigration enforcement (PEP).
- Staffed Director and participated in bilateral engagements with foreign counterparts, such as Mexico and Colombia, on matters ranging from dismantling transnational criminal organizations through coordinating customs enforcement and cross-border financial investigations to stemming unauthorized migration flows.
- Served as ICE's representative on Secretary Jeh Johnson's Social Media Task Force, which is charged with assessing the current state of social media policies, processes, and capabilities across DHS. Developed recommendations to help exploit the vast information available in social media in investigative, security and enforcement functions to protect the American people.
- Coordinated with ICE Office of Principal Legal Advisor in all areas related to execution of legal strategies and negotiations in furtherance of ICE operations to promote public safety and enhance national security.
- Served as ICE's representative in monthly White House meetings with key stakeholders, including private industry.

**U.S. Department of Homeland Security (DHS), U.S. Citizenship & Immigration Services (USCIS)**   **Washington, DC**
*Counselor to the Director*                                                                                            2014–2015
Appointed by President Barack Obama to serve as key member of the executive team for the Director who leads an agency in the oversight of all aspects of lawful immigration to the United States.

- Counseled Director Leon Rodriguez and maintained a broad portfolio of responsibility regarding USCIS operations, legislative affairs, policy, and interagency affairs.
- Counseled Director on complex matters including DAPA, DACA, H-1B, EB-5, unaccompanied children, and refugees.
- Supervised legal strategies and coordination with Office of Chief Counsel related to litigation of cases with national significance.
- Coordinated with the DHS Office of General Counsel on a wide array of legal issues including Congressional hearings, briefings, and document requests, on numerous matters including an ongoing EB-5 Congressional investigation.
- Provided key leadership in departmental and interagency working groups such as the Southwest Border Land Migration Contingency Plan, the Ebola Related CONUS Emergency Repatriation Planning, and the Consistent Enforcement of Federal Labor, Employment and Immigration Laws.

**Amaya Expert Report_Exhibit 1**

**U.S. Senate Committee on the Judiciary**                                    **Washington, DC**
*Senior Counsel/Counsel*                                                                    2010–2014
Served Chairman of the Judiciary Committee, Patrick J. Leahy (D-VT), and conducted congressional oversight of the Departments of Justice and Homeland Security, advised on Cabinet-level and judicial nominations, and managed high-profile legislation.

- Advised Chairman in the areas of homeland security, civil/criminal justice, nominations, and federal courts.
- Negotiated and managed comprehensive immigration reform legislation in Committee and Senate floor on final passage.
- Prepared Democratic Senators for Elena Kagan's nomination to the U.S. Supreme Court.
- Served as Democratic lead in bipartisan review and investigation of the EB-5 program.
- Engaged corporate executives, from companies such as Microsoft, Chipotle, Siemens, and SNCF in the formulation of legislation in the areas of immigration, foreign corrupt practices, mandatory arbitration, and sovereign immunity.
- Led preparation for Committee hearings and business meetings, reviewed all materials relevant to issue areas, and drafted internal policy memoranda, floor statements, speeches, and hearing questions.

**Mexican American Legal Defense and Educational Fund & National Council of La Raza**       **Washington, DC**
*Legislative Staff Attorney & Associate Director*                                      2007–2010
Served as an attorney and associate director in the largest national Hispanic civil rights and advocacy organizations in the United States, promoting change through legislative advocacy, communications, community education and litigation.

- Designed and executed federal legislative strategies on criminal justice, civil rights enforcement, and immigration policy.
- Represented the family interests of a deceased hate crime victim throughout state and federal prosecutions.
- Advised the White House and U.S. Senators on the nomination and confirmation of Supreme Court Justice Sonia Sotomayor.
- Served as a primary spokesperson on national and international broadcast media, including television and radio.
- Directed fieldwork and research on immigration policy, criminal justice, and civil rights enforcement.
- Managed a team of professionals dedicated to research and advocacy on immigration and civil rights policy, and oversaw the development of materials such as fact sheets, position statements, comments on regulations, and other written materials.

**U.S. Department of Justice, Civil Division**                                   **Washington, DC**
*Trial Attorney*                                                                            2006–2007
Served as a federal litigator representing the agencies involved in executing the immigration and nationality laws of the United States in both federal district courts and federal courts of appeals.

- Secured the dismissal of a case involving an individual who was advocating violence against Americans in Boston, and who made threats against the lives of the agency attorneys who prosecuted him.
- Drafted dozens of briefs and motions in defensive litigation in response to tort claims, challenges of orders of removal, denials of political asylum, and other immigration benefits.

**Honorable Ingrid Gustafson, Chief Judge, Montana 13th Judicial District Court**       **Billings, MT**
*Law Clerk*                                                                                 2005–2006

- Prepared bench memoranda and assisted the judge in preparing for jury trials, pretrial conferences, oral arguments, evidentiary hearings, case conferences, and in managing the court's civil and criminal docket.

## ADDITIONAL EXPERIENCE

- **U.S. Senator Maria Cantwell,** *Shidler Legal Fellow*                                        2002
- **U.S. Congressman Norm Dicks,** *Staff Assistant*                                             2001
- **University of Washington Board of Regents**, *Regent*                                 2000–2001

## BAR & COURT ADMISSIONS

- **Washington State**                                                                           2006
- **U.S. Supreme Court**                                                                          2016

## EDUCATION

- **Georgetown Law,** *LL.M.,* International Business and Economic Law                            2011
- **University of Washington School of Law**, *J.D.*                                             2005
- **University of Washington**, *B.A.,* Political Science                                         2001

## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

**16001.2:**   **Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE**

**Issue Date:**       November 10, 2015
**Effective Date:**   November 10, 2015
**Superseded:**       ICE Policy No. 16001.1: Superseding Guidance on Reporting and Investigating Claims to United States Citizenship (Nov. 19, 2009).
**Federal Enterprise Architecture Number:**  306-112-002b

1.  **Purpose/Background.** This Directive establishes ICE policy and procedures for ensuring that the potential U.S. citizenship of individuals encountered by U.S. Immigration and Customs Enforcement (ICE) officers, agents, and attorneys is immediately and carefully investigated and analyzed. The Immigration and Nationality Act of 1952, as amended (INA), sets forth the parameters for U.S. citizenship by virtue of birth in the United States. Additionally, the INA and various related statutes codify numerous avenues by which an individual may derive, acquire, or otherwise obtain U.S. citizenship other than through birth in the United States. As a matter of law, ICE cannot assert its civil immigration enforcement authority to arrest and/or detain a U.S. citizen. While performing their civil immigration enforcement duties, ICE officers, agents, and attorneys may encounter individuals who are not certain of their citizenship status, who claim to be U.S. citizens, and/or for whom there are indicia warranting further examination to determine whether they may be U.S. citizens.

2.  **Policy.** It is ICE policy to carefully and expeditiously investigate and analyze the potential U.S. citizenship of individuals encountered by ICE. ICE officers, agents, and attorneys should handle these matters with the utmost care and highest priority, recognizing that, while some cases may be easily resolved, many may require additional investigation and substantial legal analysis, particularly in light of the complexity of U.S. citizenship and nationality law.

    ICE personnel must assess the potential U.S. citizenship of an individual encountered by ICE if the individual makes or has made a claim to U.S. citizenship, as well as when certain indicia of potential U.S. citizenship, as identified in this Directive, are present in a case even if the individual does not affirmatively make a claim to U.S. citizenship. In all situations where an individual's potential U.S. citizenship requires further investigation, Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI) personnel must consult with the Office of the Principal Legal Advisor's (OPLA) local Office of the Chief Counsel (OCC), as prescribed in this Directive.

Amaya Expert Report_Exhibit 2

USA 000379

EX 17
DEPO MARTINEZ
DATE 11-20-19 RW

2

3.      **Definitions.** The following definitions apply for purposes of this Directive only.

3.1.    **Indicia of Potential U.S. Citizenship.** Circumstances that tend to indicate that an individual may be a U.S. citizen. Indicia are not conclusive evidence that the individual is a U.S. citizen but factors that trigger the need for further investigation. With respect to individuals encountered by ICE, the existence of any of the following factors should lead to further investigation of the individual's U.S. citizenship:

1) An immigration judge, legal representative, or purported family member indicates to ICE that the individual is or may be a U.S. citizen;

2) There is some information suggesting that the individual was born in the United States, as defined in INA § 101(a)(38), or a past or present U.S. territorial possession, such as the Panama Canal Zone;

3) There is some information suggesting that one or more of the individual's parents, grandparents, or foreign-born siblings are or were U.S. citizens, particularly when the timeline for the physical presence of these family members in the United States is incomplete;

4) The individual entered the United States as a lawful permanent resident when he or she was a minor and has at least one parent who is a U.S. citizen;

5) There is some information suggesting that the individual was adopted by a U.S. citizen;

6) An application for naturalization, a U.S. passport, or a certificate of citizenship has been filed by the individual or on the individual's behalf, and remains pending;

7) The individual has served in the U.S. Armed Forces;

8) The individual equivocates (or is unsure) about his or her date and/or place of birth and appears to be under the age of 21 years old;

9) The individual has been present in the United States since before his or her fifth birthday and does not know who his or her parents are; and/or

10) The individual was born abroad out of wedlock and there is some information suggesting that one or both of his or her parents may have been U.S. citizens, but the initially available information is inconclusive regarding physical and legal custody and/or legitimation.

---

Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE

USA 000380

3

**3.2    Individual Encountered by ICE.** An individual who is:

1)  Arrested and taken into ICE custody pursuant to the agency's civil immigration authorities, including those released from such custody pending a decision on removal or execution of a removal order;

2)  Subject to, or may become subject to, a request made by ICE that another law enforcement agency continue to hold the individual for up to 48 hours following the completion of his or her criminal custody, i.e., an "immigration detainer;"[1] and/or

3)  In proceedings before the Executive Office for Immigration Review (EOIR) or administrative removal proceedings before ICE, including but not limited to pursuant to sections 217, 235, 238(b), or 241(a)(5) of the INA.

**3.2.    Probative Evidence of U.S. Citizenship.** A unique policy standard adopted by ICE meaning that the evidence before the agency tends to show that the individual may, in fact, be a U.S. citizen. U.S. citizenship need not be shown by a preponderance of the evidence for the agency to find that there is some probative evidence of U.S. citizenship.

**4.    Responsibilities.**

**4.1.    ERO Officers, HSI Agents, and OCC Attorneys** have responsibilities under Section 5.1 of this Directive.

**4.2.    ERO Field Office Directors (FODs), HSI Special Agents in Charge (SACs), and OPLA Chief Counsels** are responsible for providing appropriate supervisory oversight to ensure officers, agents and attorneys in their respective offices comply with the policy (see section 2) and procedures (see section 5) prescribed in this Directive.

**4.3.    FODs** are responsible for ensuring that all state and local officers with delegated immigration authority pursuant to INA § 287(g) within their area of responsibility have the training and oversight necessary to understand and adhere to this Directive, and thoroughly investigate all U.S. citizenship claims made by individuals encountered by 287(g)-designated officers.

**4.4.    Headquarters (HQ) OPLA, ERO, and HSI** have responsibilities under section 5.1(3). (Headquarters Review).

**4.5.    The Executive Associate Directors for ERO and HSI, and the Principal Legal Advisor,** or their designees, are responsible for providing appropriate supervisory oversight to ensure officers, agents and attorneys in their respective offices comply with the policy (see section 2) and procedures (see section 5) of this Directive.

---

[1]  This includes individuals subject to the former Form I-247 (Immigration Detainer – Notice of Action), Form I-247D (Immigration Detainer – Request for Voluntary Action), Form I-247X (Request for Voluntary Transfer) when this form requests detention rather than simply notification, and/or any successor form serving the same or substantially similar process.

---

**Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE**

4

5.   **Procedures/Requirements.** An ICE officer, agent or attorney must assess the potential U.S. citizenship of an individual encountered by ICE if the individual makes or has made a claim to U.S. citizenship or, even in the absence of such a claim, when indicia of potential U.S. citizenship are present in a case. The ICE Directorate that first encounters the individual is generally responsible for identifying indicia of potential U.S. citizenship.

5.1.   **Procedures for Investigating and Assessing Potential U.S. Citizenship.**

1)   **Factual Examination.** The assessment of potential U.S. citizenship under this Directive must include a factual examination and a legal analysis and shall include a check of all available DHS data systems and any other reasonable means available to the officer. In general, the factual examination should be conducted by the ICE operational Directorate (ERO or HSI) that first encountered the individual. In cases where the OCC first encounters the individual, ERO should generally conduct the factual examination in coordination with the OCC.

   a)   Depending on the nature of the claim, the factual examination may include a review of the A-file and other pertinent documents, an interview of the individual, searches of vital records databases, interviews of family members and other individuals in possession of relevant information, and other appropriate investigation.

   b)   If the claim to U.S. citizenship cannot be verified, the claimant will be advised of the penalties of perjury and will be placed under oath and allowed to make a sworn statement about his or her claim to U.S. citizenship. Because a willful false claim to U.S. citizenship may be criminally prosecuted by the United States Attorney's Office (USAO), immigration officers and HSI agents should also ensure that the proper criminal procedural warnings are provided, *see Miranda v. Arizona*, 384 U.S. 436 (1966), and work with their local OCC and USAO in appropriate cases to ensure that any additional statements include information sufficient to use in future criminal prosecutions under 18 U.S.C. § 911.

   c)   Interviews with individuals making U.S. citizenship claims or for whom there are indicia of potential U.S. citizenship must be conducted by an officer or agent in the presence of and/or in consultation with a supervisor.

   d)   If the individual does not have a legal representative, prior to conducting an interview of the individual, an ICE officer or agent must arrange for the individual to be provided with the EOIR list of free legal services providers described in 8 C.F.R. § 1003.61, even if this list was previously provided.

   e)   Such interviews must be documented as sworn statements and must include all questions needed to complete all fields on a Record of Deportable/Inadmissible Alien, Form I-213.

---

**Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE**

USA 000382

5

     f)  The sworn statement must also include any additional questions designed to elicit information sufficient to allow a thorough investigation of the individual's claim to citizenship.

     g)  While ICE's access to, and information about, an individual detained in the custody of another law enforcement agency may be limited, ICE officers and agents should, to the extent feasible, conduct necessary and appropriate interviews to aid in assessing the potential U.S. citizenship of individuals against whom ICE has lodged, or is contemplating lodging, an immigration detainer.

2)  **Preparing and Submitting Memorandum.**  After the factual examination is completed, ERO or HSI (whichever conducted the factual examination) and the relevant OCC must jointly prepare and submit a memorandum for HQ review, using as a guide the attached HQ-approved template, which assesses the claim and recommends a course of action.

     a)  Absent extraordinary circumstances, this memorandum must be submitted no more than one business day from the time ERO, HSI, or OPLA first becomes aware of a claim or indicia of potential U.S. citizenship if the individual is subject to an immigration detainer or is detained in ICE custody.  In all other cases, the memorandum must be submitted as promptly as practicable.

     b)  For purposes of such memoranda, the legal analysis must indicate whether, in the OCC's view:

          1)  The evidence in the case strongly suggests that the individual is a U.S. citizen or his or her claim to U.S. citizenship is credible on its face;

          2)  Some probative evidence indicates that the individual may be a U.S. citizen but the evidence is inconclusive; or

          3)  No probative evidence indicates that the individual is a U.S. citizen.

     c)  The memorandum must be clearly annotated as containing pre-decisional, privileged attorney-client communication, attorney work product, and sensitive personally identifiable information.

     d)  Upon completion, the memorandum must be elevated via e-mail to the HQ OPLA Immigration Law and Practice Division at OPLAUSC.Claims@ice.dhs.gov and either the HQ ERO Assistant Director for Field Operations at USCCLAIMSERO@ice.dhs.gov or to the HQ HSI Domestic Operations Manager assigned responsibility for the relevant SAC office, as appropriate.

     e)  Any significant change in circumstances in a case elevated to HQ should be reported in the same manner as outlined in the preceding subparagraph, as well as

---

USA 000383

6

to any previously assigned HQ points of contact, as an update to the original memorandum.

3) **Headquarters (HQ) Review.**

a) HQ OPLA and either HQ ERO or HQ HSI will respond to the field with a decision on the recommendation within one business day of receipt of the memorandum by detained claimants and individuals subject to an immigration detainer. In all other cases a decision will be made as promptly as practicable.

4) **Detainer/Custody Determination.**

a) In those cases involving individuals who fall within section 5.1(2)(b)(1) or 5.1(2)(b)(2) of this Directive (cases involving strong/facially credible or probative evidence of U.S. citizenship):

1) ICE should not lodge an immigration detainer against or arrest the individual.

2) If ICE has already lodged an immigration detainer against the individual, it should be immediately cancelled.

3) If the individual is already in ICE custody, he or she should be immediately released.

4) If the individual has been released from ICE custody on conditions, those conditions should be re-evaluated in consultation with OPLA.

b) Where the field's initial recommendation to HQ is that an individual falls within section 5.1(2)(b)(1) or 5.1(2)(b)(2) of this Directive, it is not necessary to await HQ concurrence before cancelling an immigration detainer, releasing the individual from custody, or terminating conditions of release.

c) On a case-by-case basis and in consultation with OPLA, an individual determined by ICE to fall within section 5.1(2)(b)(1) or 5.1(2)(b)(2) of this Directive may be placed in removal proceedings on EOIR's non-detained docket to more conclusively resolve his or her immigration and citizenship status if reasons remain to believe that he or she is an alien present in the United States in violation of law.

d) Where no probative evidence of U.S. citizenship exists (section 5.1(2)(b)(3) of this Directive) and probable cause exists that the individual is a removable alien, it is permissible to lodge an immigration detainer in the case, arrest the individual, and/or process the individual for removal.

e) In any case in which there is uncertainty about whether the evidence is probative of U.S. citizenship, ICE should not detain, arrest, or lodge an immigration

---

Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE

USA 000384

7

detainer against the individual and should cancel any immigration detainer already lodged by ICE.

    f)   Where ICE determines that it will not proceed further with an enforcement action due to the U.S. citizenship claim, the individual should be informed that he or she may attempt to obtain proof of U.S. citizenship by submitting a passport application to the Department of State (http://travel.state.gov/passport) or filing an Application for Certificate of Citizenship, Form N-600, with U.S. Citizenship and Immigration Services (www.uscis.gov/n-600).

5)  **Case Management.**

    a)   ICE officers and agents will make a notation in the appropriate database(s) (e.g., ENFORCE Alien Booking Module and/or Alien Removal Module), and place a copy of the memorandum and resulting decision, properly marked as containing attorney work product, attorney-client communication, and sensitive personally identifiable information in the individual's A-file, if one already exists.

    b)   ICE attorneys will save the memorandum in the PLAnet case management system and document the resulting HQ decision and other information about the claim by completing the "USC Claims" section in PLAnet.

6.    **Recordkeeping.**  Records generated pursuant to this directive are maintained in the Alien File, Index, and National File Tracking System of Records, 76 Fed. Reg. 34233 (June 13, 2011), the General Counsel Electronic Management System (GEMS), 74 Fed. Reg. 41914 (August 19, 2009), the Immigration and Enforcement Operational Records (ENFORCE), 75 Fed. Reg. 23274 (May 3, 2010), and any other applicable system. The memorandum and resulting HQ decision will be also be saved in PLAnet.

7.    **Authorities/References.**

7.1.    Immigration and Nationality Act (INA) § 101(b) and (c).

7.2.    INA §§ 301 - 303.

7.3.    INA §§ 306 - 309.

7.4.    INA § 316.

7.5.    INA §§ 319 - 320.

7.6.    INA § 322.

7.7.    INA §§ 328 - 329.

---

**Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE**

USA 000385

8

**7.8.** Section 303 of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, Pub. L. No. 94-241, 90 Stat. 263, 266 (set out as a note to 48 U.S.C. § 1801).

**8.     Attachments.**

**8.1.** Sample – USC Claims Memorandum Template.[2]

**9.     No Private Right.** This document provides only internal ICE policy guidance, which may be modified, rescinded, or superseded at any time without notice. It is not intended to, does not, and may not be relied upon to create or diminish any rights, substantive or procedural, enforceable at law or equity by any party in any criminal, civil, or administrative matter. Likewise, no limitations are placed by this guidance on the otherwise lawful enforcement or litigative prerogatives of the Department of Homeland Security.

Sarah R. Saldaña
**Director**
**U.S. Immigration and Customs Enforcement**

---

[2] This template may be periodically updated by OPLA, as new legal and policy developments warrant. In such circumstances, OPLA will work with the Office of Policy to have the updated template posted to the ICE Policy Manual online environment.

**Investigating the Potential U.S. Citizenship of Individuals Encountered by ICE**

USA 000386

```
COMMAND:                                                      09/18/19 DEPARTMENT OF HOMEL/
                                                14:00:9/18/2019 2:19:59 PM:9/18/2019
                CENTRAL INDEX SYSTEM  -  ID # SEARCH/DISPLAY        2:19:59 PM


              ID # A202131063                        A#:        DOB:
                                                  202131063   01061999

          LAST: CREEDLE QUINONEZ
         FIRST: GARLAND                                       NATZ
        MIDDLE: EDWARD                                        DATE:
       ALIASES:                                              COURT:
                                                          LOCATION:

         POE:HID    COB:        DOE:10212014
         SEX:M   HONDU          DFO:10232014       FATHER: WILLIAM
         COA:USC   COC:US( US CITIZEN )            MOTHER: YOLANDA

            SSN:                               CONSOLIDATED A-NOS
       I-94 ADM
            #:   PASSPORT 579020433
                   #:    FBI #:
        DRIVER
          LIC:      FINGER
              CD#:
                       FIN:
              --OTHER
          INFORMATION--
        EARM-X
```

**Amaya Expert Report_Exhibit 3**

CBP001

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

```
            PAGE: 1                                        09/18/DEPARTMENT OF HOMEL/
  COMMAND:                                  14:00:9/18/2019 2:20:33 PM:9/18/2019
                  CENTRAL INDEX SYSTEM  -  STATUS/HISTORY DATA        2:20:33 PM

A#:202131063        NAME: CREEDLE QUINONEZ , GARLAND        DOB:
                                                               01061999

                                                       ID
                     ACTION-        REASON        NUMBER/    KEYED-
         ACTION    LOC   DATE    ST /COURT# MISC MISC-DATE    DATE
   STATUS CHANGE NYC 01/06/1999      USC                   12/20/2018
```

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

## REPORT OF INVESTIGATION

| Title | File Number | Date |
|---|---|---|
| Primary Subject: PERLA-BENAVIDEZ JORGE A | Event No ███████████ | |
| | A098 590 412 | Report Number |

| Special Agent: (Name) | (Signature) | Office |
|---|---|---|

| Approved by: (Name and Title) | (Signature) | Office |
|---|---|---|

## SYNOPSIS
### ALIEN SMUGGLING CASE

**SMUGGLED**      ORGANIZATION Unknown _____ ████████████

NAME ████████████  A# ████████  D/POB ████████

ALIAS _____  RACE ██ SEX ██ HT ██ WT ██ EYES ████ HAIR ███

ADDRESS (US) ███████████████  FOREIGN See I-831

███████████████

IMM STAT Inadmissible Alien _____  SS# ____  FIN ██████████

**SMUGGLED**

NAME ████████████  A# ████████  D/POB ████████

ALIAS _____  RACE ██ SEX ██ HT ____ WT ____ EYES ____ HAIR ____

ADDRESS (US) _____  FOREIGN _____

████████████████

IMM STAT Inadmissible Alien _____  SS# ____  FIN ██████████

☒ Continued on attached continuation page

**ALIENS**

NUMBER IN LOAD ___14___  NATIONALITY 8 HONDURAS 6 EL SALVADOR  INTENDED DEST _____

CHARGE PER ALIEN ___Avg. $3,250.00___  DATE/PLACE OF ENTRY _____

PLACE OF ARREST _____

DATE OF ARREST _____ ARRESTING OFFICER _____

VEHICLE(S) USED _____ LIC# _____

_____

_____

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES ___0___ DEPORTABLE/INADMISSABLE ___0___ NON-DEPORTABLE 0

TOTAL NUMBER OF CONVEYANCES SEIZED ___0___ ESTIMATED TOTAL VALUE ___$.00___

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY
DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

Form G-166F (Rev. 08/01/07)

CBP010

**Amaya Expert Report_Exhibit 4**

Confidential Subject to Protective Order - Attorneys' Eyes Only

| U.S. Department of Homeland Security | Continuation Page for Form | G166F |
|---|---|---|

| Alien's Name | File Number A098 590 412 Event No ▓▓▓▓ | Date |
|---|---|---|

**SMUGGLED**
NAME GARLAND EDWARD CREEDLE-QUINONEZ   A# 202 131 063   D/POB 01/06/1999 LA CEIBA, ATLANTIDA HONDURAS
ALIAS _____   RACE W SEX M HT 67 WT 130 EYES BRO HAIR BLK
ADDRESS (US) Sonia Elizabeth Zuniga, 640 SW 11th Ave   FOREIGN COL VILLARREAL LA CEIBA, ATLANTIDA HONDURAS
Miami, FLORIDA 31330
IMM STAT Inadmissible Alien   SS# _____   FIN 1176226610

**SMUGGLED**
NAME ▓▓▓▓   A# ▓▓▓▓   D/POB ▓▓▓▓
ALIAS _____   RACE ___ SEX ▓ HT ▓ WT ▓ EYES ▓ HAIR ▓
ADDRESS (US) See I-831   FOREIGN ▓▓▓▓
IMM STAT ▓▓▓▓   SS# _____   FIN _____

**SMUGGLED**
NAME ▓▓▓▓   A# ▓▓▓▓   D/POB ▓▓▓▓
ALIAS ▓▓▓▓   RACE ___ SEX ▓ HT ▓ WT ▓ EYES ▓ HAIR ▓
ADDRESS (US) ▓▓▓▓   FOREIGN See I-831
IMM STAT Inadmissible Alien   SS# _____   FIN _____

**SMUGGLED**
NAME ▓▓▓▓   A# ▓▓▓▓   D/POB ▓▓▓▓
ALIAS _____   RACE ▓ SEX ▓ HT ▓ WT ▓ EYES ▓ HAIR ▓
ADDRESS (US) See I-831   FOREIGN ▓▓▓▓
IMM STAT Inadmissible Alien   SS# _____   FIN ▓▓▓▓

**SMUGGLED**
NAME ▓▓▓▓   A# ▓▓▓▓   D/POB ▓▓▓▓
ALIAS _____   RACE ___ SEX ▓ HT ▓ WT ▓ EYES ▓ HAIR ▓
ADDRESS (US) See I-831   FOREIGN ▓▓▓▓
IMM STAT Inadmissible Alien   SS# _____   FIN _____

| Signature | Title |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

CBP011

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ **G166F** _____



| Alien's Name | File Number<br>A098 590 412<br>Event No: ▇▇▇ | Date |
|---|---|---|

**SMUGGLED**

NAME ▇▇▇▇▇▇   A# ▇▇▇   D/POB ▇▇▇

ALIAS _____   RACE ▇ SEX ▇ HT ▇ WT ▇ EYES ▇ HAIR ▇

ADDRESS (US) See I-831   FOREIGN ▇▇▇

IMM STAT Inadmissible Alien   SS# _____ FIN ▇▇

**SMUGGLED**

NAME ▇▇▇▇   A# ▇▇▇   D/POB ▇▇▇

ALIAS _____   RACE ▇ SEX ▇ HT ▇ WT ▇ EYES ▇ HAIR ▇

ADDRESS (US) _____   FOREIGN ▇▇▇

IMM STAT Inadmissible Alien   SS# _____ FIN ▇▇

**SMUGGLED**

NAME ▇▇▇▇   A# ▇▇▇   D/POB ▇▇▇

ALIAS _____   RACE ▇ SEX ▇ HT ▇ WT ▇ EYES ▇ HAIR ▇

ADDRESS (US) See I-831   FOREIGN ▇▇▇

IMM STAT Inadmissible Alien   SS# _____ FIN ▇▇

**SMUGGLED**

NAME ▇▇▇▇   A# ▇▇▇   D/POB ▇▇▇

ALIAS _____   RACE ___ SEX ▇ HT ▇ WT ▇ EYES ▇ HAIR ▇

ADDRESS (US) See I-831   FOREIGN ▇▇▇

IMM STAT Inadmissible Alien   SS# _____ FIN _____

**SMUGGLED**

NAME ▇▇▇▇   A# ▇▇▇   D/POB ▇▇▇

ALIAS _____   RACE ▇ SEX ▇ HT ▇ WT ▇ EYES ▇ HAIR ▇

ADDRESS (US) ▇▇▇   FOREIGN ▇▇▇

IMM STAT Inadmissible Alien   SS# _____ FIN ▇▇

| Signature | Title |
|---|---|

_____**3**_____ of _____**10**_____ **Pages**

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

| U.S. Department of Homeland Security | Continuation Page for Form   G166F |
|---|---|

| Alien's Name | File Number<br>A098 590 412<br>Event No: ▊▊▊▊ | Date |
|---|---|---|

**SMUGGLED**

NAME ▊▊▊▊▊▊    A# ▊▊▊▊    D/POB ▊▊▊▊

ALIAS _____    RACE ▊ SEX ▊ HT 67 WT ▊ EYES ▊ HAIR ▊

ADDRESS (US) ▊▊▊▊▊▊    FOREIGN See I-831

▊▊▊▊

IMM STAT Inadmissible Alien    SS# ____ FIN ▊▊▊

**SMUGGLED**

NAME ▊▊▊▊▊    A# ▊▊▊    D/POB ▊▊▊

ALIAS _____    RACE ▊ SEX ▊ HT ▊ WT ▊ EYES ▊ HAIR ▊

ADDRESS (US) _____    FOREIGN

▊▊▊▊

IMM STAT Inadmissible Alien    SS# ____ FIN ▊▊▊

FOREIGN ADDRESS:

▊▊▊▊▊▊▊▊▊▊▊▊

FOREIGN ADDRESS:

▊▊▊▊▊▊▊▊▊▊▊▊

FOREIGN ADDRESS:
GARLAND EDWARD CREEDLE-QUINONEZ
COL VILLARREAL

LA CEIBA, ATLANTIDA

| Signature | Title |
|---|---|

_4_ of _10_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ **G166F** _____

| Alien's Name | File Number<br>A098 590 412<br>Event No: ███████ | Date |
|---|---|---|

HONDURAS

US ADDRESS:

███████████████████

FOREIGN ADDRESS:

███████████████████

FOREIGN ADDRESS:

███████████████████

FOREIGN ADDRESS:

███████████████████

US ADDRESS:

███████████████████

| Signature | Title |
|---|---|

_____ 5 _____ of _____ 10 _____ **Pages**

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F _____

| Alien's Name | File Number<br>A098 590 412<br>Event No:M███████ | Date |
|---|---|---|

████████████████████████

**US ADDRESS:**

████████████████████████

**FOREIGN ADDRESS:**

████████████████████████

**US ADDRESS:**

████████████████████████

**US ADDRESS:**

████████████████████████

**FOREIGN ADDRESS:**

████████████████████████

| Signature | Title |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

CBP015

Case 1:17-cv-22477-KMW   Document 167-2   Entered on FLSD Docket 12/19/2019   Page 19 of 98
Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F _____

| Alien's Name | File Number<br>A098 590 412<br>Event No: ▮ | Date |
|---|---|---|

HONDURAS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**US ADDRESS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**US ADDRESS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**FOREIGN ADDRESS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**FOREIGN ADDRESS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**US ADDRESS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Signature | Title |
|---|---|

___7___ of ___10___ **Pages**

Form I-831 Continuation Page (Rev. 08/01/07)

CBP016

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F

| Alien's Name | File Number<br>A098 590 412<br>Event No: ████████████ | Date |
|---|---|---|

US ADDRESS:

US ADDRESS:

FOREIGN ADDRESS:

US ADDRESS:

US ADDRESS:

FOREIGN ADDRESS:

| Signature | Title |
|---|---|

8 of 10 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F _____

| Alien's Name | File Number<br>A098 590 412<br>Event No: ███████ | Date |
|---|---|---|

███████

**FOREIGN ADDRESS:**

███████

**US ADDRESS:**

███████

**FOREIGN ADDRESS:**

███████

**FOREIGN ADDRESS:**

███████

| Signature | Title |
|---|---|

9 of 10 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F

| Alien's Name | File Number<br>A098 590 412<br>Event No:█████████ | Date |
|---|---|---|

| Signature | Title |
|---|---|

_____ 10 _____ **of** _____ 10 _____ **Pages**

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**     Subject ID: ███████     **Record of Deportable/Inadmissible Alien**

| | | |
|---|---|---|
| Family Name (CAPS) First Middle<br>CREEDLE-QUINONEZ, GARLAND EDWARD | | Sex: M / Hair: BLK / Eyes: BRO / Cmplxn: FAR |
| Country of Citizenship: HONDURAS | Passport Number and Country of Issue / File Number: CASE No █ A202 131 063 | Height: 67 / Weight: 130 / Occupation: LABORER |
| U.S. Address: See Narrative | | Scars and Marks |
| Date, Place, Time, and Manner of Last Entry<br>10/21/2014, 0000, 8.96 mile(s) W of HID, PWAM (BY RAFT) | Passenger Boarded at | F.B.I. Number / ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence<br>COL VILLARREAL  LA CEIBA, ATLANTIDA, HONDURAS | | Method of Location/Apprehension: PB |
| Date of Birth: 01/06/1999  Age: 15 | Date of Action: 10/21/2014 / Location Code: RGV/MCS | At/Near: HIDALGO, TX / Date/Hour: 10/21/2014 0130 |
| City, Province (State) and Country of Birth<br>LA CEIBA, ATLANTIDA, HONDURAS | AR ☒  Form (Type and No.) Lifted ☐ Not Lifted ☐ | By: See Narrative |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry: PWA Mexico / Status When Found: TRAVEL/SEEKING |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.: AT ENTRY |
| Immigration Record: NEGATIVE | Criminal Record | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children |
| Father's Name, Nationality, and Address, if Known<br>See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known<br>See Narrative | |
| Monies Due/Property in U.S. Not in Immediate Possession<br>None Claimed | Fingerprinted? ☒ Yes ☐ No / Systems Checks / Charge Code Words(s): I6A | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary: Hr / Employed from/to |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ███████          I77 #: ██████

Left Index Print          Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   26.134344
Longitude: -98.313414

CONSEQUENCE DELIVERY SYSTEM:
-----------------------------
Classification: FIRA

MARIO SALAS
BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

| | |
|---|---|
| Alien has been advised of communication privileges _____ (Date/Initials) | Received: (Subject and Documents) (Report of Interview) |
| Distribution:<br>To File<br>MCA/MCS<br>Stats | Officer: MARIO SALAS<br>on: October 21, 2014 at 0445 (time)<br>Disposition: Warrant of Arrest/Notice to Appear<br>Examining Officer: ERIC A. SANCHEZ |

Form I-213 (Rev. 08/01/07) Y

**Amaya Expert Report_Exhibit 5**          CBP020

Confidential Subject to Protective Order - Attorneys' Eyes Only

| | |
|---|---|
| **U.S. Department of Homeland Security** | **Continuation Page for Form** _____ I213 |

| Alien's Name CREEDLE-QUINONEZ, GARLAND EDWARD | File Number A202 131 063 Event No: ███████████ | Date 10/21/2014 |
|---|---|---|

US ADDRESS:
-----------
Sonia Elizabeth Zuniga 640 SW 11th Ave
Miami, FLORIDA, 31330


ARRESTING AGENT:
----------------
RUBEN AGUILAR1
ROLANDO ORTEGA AROCHO
ESON FLEMING-III

FATHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS CREEDLE, WILLIAM

HOUSTON, TEXAS, UNITED STATES

MOTHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS QUINONEZ, YOLANDA
COL VILLARREAL
LA CEIBA, ATLANTIDA, HONDURAS

UNACCOMPANIED JUVENILE:
-----------------------
CREEDLE-QUINONEZ, GARLAND EDWARD

FUNDS IN POSSESSION:
--------------------
United States Dollar .00

NARRATIVE:
----------
UAC WA/NTA
IMMIGRATION HISTORY:
No prior criminal history.

CRIMINAL HISTORY:
No prior criminal history.

ENCOUNTER:
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol
Sector.  A Border Patrol Agent determined this subject had unlawfully entered the United

| Signature MARIO SALAS | Title BORDER PATROL AGENT |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

CBP021

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____I213_____

| Alien's Name | File Number | Date |
|---|---|---|
| CREEDLE-QUINONEZ, GARLAND EDWARD | A202 131 063<br>Event No: ▮▮▮▮▮▮▮ | 10/21/2014 |

States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien whom illegally entered the United States, the subject was arrested and transported to the McAllen Border Patrol Station for further processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION/CRIMINAL VIOLATION:
At the McAllen Border Patrol Station, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights. The subject claimed to be a citizen and national of Honduras without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from Honduras as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with a consular officer of his country. Furthermore, the subject does not claim fear of persecution or torture if returned to the subject's country of citizenship.

DISPOSITION:
The subject was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act. The subject was served with Forms I-200, I-862, I-286, and the List of Free Legal Service Providers.


ADDITIONAL INFORMATION
1.  Location of immediate family:
Subject's father resides in Houston, Texas. Subject's mother lives in Honduras.
2.  Name, address, phone numbers and relationship of any relatives or friends in the United States or contiguous territory;
Subject's father, William Edward Creedle, phone number (434) 774-1853, resides at an unknown address in Houston, Texas.
3.  Type of locale in country where juvenile was raised (suburban, rural, urban, etc.);
Suburban.
5.  Length of time in transit, from home to the United States:
Approximately 30 days.
6.  Route of travel (e.g., countries, length of time spent in each, status in each, date of arrival at border, etc.)
Guatemala, Mexico
7.  Destination in the United States;
Houston, Texas.
8.  Person whom juvenile was to contact in the United States and phone number (indicate if contact has been established and who was contacted);
Subject was unable to make contact with his William Edward Creedle, at phone number (434) 774-1853 on 10/21/2014.
9.  Present funds and anticipated method of support;

| Signature | Title |
|---|---|
| MARIO SALAS | BORDER PATROL AGENT |

_____3_____ of ____4____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Confidential Subject to Protective Order - Attorneys' Eyes Only

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name<br>CREEDLE-QUINONEZ, GARLAND EDWARD | File Number<br>A202 131 063<br>Event No: ███████████ | Date<br>10/21/2014 |
|---|---|---|

Subject has $0.00 USD on his person and was going to live with his father in Houston, Texas.

10.   If smuggled, the arrangement made;

Arrangements were made by his father to pay an unknown smuggler in U.S. Dollars in order to be smuggled from Honduras to Houston, Texas.

11.   The health of the juvenile:  are there any health problems admitted?

Subject claims and appears to be in good health.

12.   Juvenile's language skill;

Subject has good communication, speaking and writing skills in the Spanish language.

| Signature<br><br>MARIO SALAS | Title<br><br>BORDER PATROL AGENT |
|---|---|

____4____ of ___4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CBP023

Confidential Subject to Protective Order - Attorneys Eyes Only

Message

| | |
|---|---|
| **From:** | Martinez, Alexander A [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARTINEZ, ALEXANDER AA44] |
| **Sent:** | 3/13/2017 2:33:31 PM |
| **To:** | ^ICE-ERO-MIA-RMVLS-SMB [/O=IRMMAIL/OU=MBX Servers - MIA/cn=Recipients/cn=DEPORT-FMI] |
| **Subject:** | Detainer: GARLAND EDWARD CREEDLE-QUINONEZ, TGK 170131250 |
| **Attachments:** | 2017_03_13_CREEDLE-QUINONEZ GARLAND EDWARD P87NFAD5A.pdf |

Subject is being held for domestic battery.


Alexander A. Martinez
DEPORTATION OFFICER
DHS/ICE/ERO – Miami Field Office
Priority Enforcement Program (PEP/IRC)
Krome 18201 SW 12th St Miami, FL 33194
Cell: (305) 407-6818 / Desk: (305) 207-5125
Fax: (305) 207-5130
Alexander.A.Martinez@ice.dhs.gov

*Plt* EX 20

DEPO *MARTINEZ*

DATE 11-20-19 RW

**Amaya Expert Report_Exhibit 6**

USA 000721

Confidential Subject to Protective Order - Attorneys' Eyes Only

## DEPARTMENT OF HOMELAND SECURITY (DHS)
## REQUEST FOR VOLUNTARY TRANSFER

Subject ID: 358274649
Event #: BDC1703000474

*Jail # 170131250*

File No: 202 131 063
Date: March 13, 2017

TO: (Name and Title of Institution – OR Any Subsequent Law Enforcement Agency) DADE COUNTY CORRECTIONAL
1321 NW 13 STREET
MIAMI, FL 33034

FROM: (DHS Office Address)
DRO – Bradenton, FL Sub Office
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
ERO – KROME SPC – MIAMI, FLORIDA
18201 SW 12TH STREET
MIAMI, FL 33194

Name of Subject: CREEDLE-QUINONEZ, GARLAND EDWARD

Date of Birth: 01/06/1999    Suspected or Known Citizenship: **HONDURAS**    Sex: M

### A. DHS REQUESTS VOLUNTARY TRANSFER OF THE SUBJECT BECAUSE (complete box 1 or 2 below):

**x** 1. DHS suspects that the subject is an **immigration enforcement priority** because (mark at least one):

- ☐ (s)he was apprehended at the border or ports of entry while attempting to unlawfully enter the United States;
- ☐ (s)he was apprehended in the United States after unlawfully entering or re-entering the United States after January 1, 2014;
- ☐ (s)he has significantly abused the visa or visa waiver programs;
- ☐ (s)he was issued a final order of removal after January 1, 2014; and/or
- **x** in the judgment of a designated senior DHS official, his/her removal would serve an important federal interest.

☐ 2. DHS transferred the subject to your custody for a proceeding or investigation and, upon completion of that proceeding or investigation, DHS intends to resume custody of the subject to complete processing.

### B. DHS REQUESTS YOUR COOPERATION AS FOLLOWS (complete box 1 or 2 below):

☐ **1. NOTIFICATION. Please notify DHS** as early as practicable (at least 48 hours, if possible) before the subject is released from your custody to allow DHS an opportunity to determine whether there is probable cause to conclude that (s)he is a removable alien.

**NOTE: This voluntary notification request does not request or authorize that you detain the subject beyond the time he or she is currently scheduled for release from your custody.**

**x 2. DETAINER. Please serve a copy** of this form on the subject **and maintain custody** of him/her for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. **Probable cause** exists that the subject is a removable alien. This determination is based on (check at least one box below):

- ☐ a final **order of removal** against the subject;
- ☐ the pendency of **ongoing removal proceedings** against the subject;
- **x biometric confirmation** of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- ☐ **statements** made voluntarily by the subject to an immigration officer **and/or other reliable evidence** that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**NOTE: This request takes effect only if you serve a copy of this form on the subject, and it does not request or authorize that you hold the subject beyond 48 hours.**

### IMPORTANT NOTICES:

- **This request arises from DHS authorities and should not impact decisions about the subject's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.**
- As early as possible prior to the time you otherwise would release the subject, please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 305-207-5126 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Please notify this office in the event of the subject's death, hospitalization, or transfer to another institution.

☐ If checked: Please cancel the detainer related to this subject previously submitted to you on _____ (date).

**ALEXANDER MARTINEZ – Deportation Officer**

_____     *ADM #3974*     _____
(Name and title of Immigration Officer)     (Signature of Immigration Officer)

**Notice:** If the subject is taken into DHS custody, he or she may be removed from the United States. If the subject may be the victim of a crime or you want the subject to remain in the United States for a law enforcement purpose, please notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

Please provide the information below, sign, and return to DHS by mailing, emailing, or faxing a copy to _____ .

### TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:

Local Booking/Inmate #: _____    Est. release date/time: _____    Date of latest criminal charge/conviction: _____
Arresting agency, if available, and latest offense charged/convicted: _____

**If Box B.2. is checked above,** please indicate the manner in and date on which this Form I-247X was served upon the subject:

☐ in person   ☐ by inmate mail delivery   ☐ other _____ (please specify) date: _____

_____     _____
(Name and title of Officer)     (Signature of Officer)

DHS Form I-247X (08/15)     Page 1 of 3

USA 000722

Confidential Subject to Protective Order - Attorneys' Eyes Only

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice to a law enforcement agency that DHS intends to assume custody of you (after you otherwise would be released from custody) because there is probable cause that you are subject to removal from the United States under federal immigration law. DHS has requested that the law enforcement agency that is currently detaining you maintain custody of you for a period not to exceed 48 hours beyond the time when you would have been released based on your criminal charges or convictions. **If DHS does not take you into custody during this additional 48 hour period, you should contact your custodian (the agency that is holding you now) to inquire about your release. If you have a question or complaint regarding this detainer, please contact the ICE ERO Detention Reporting and Information Line at (888) 351-4024. For complaints related to alleged violations of civil rights or civil liberties connected to DHS activities, please contact the Joint Intake Center at (877) 2INTAKE (877-246-8253). If you believe you are a United States citizen or the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.**

## NOTIFICACIÓN AL DETENIDO

El Departamento de Seguridad Nacional (DHS) ha emitido una orden de detención inmigratoria en su contra. Una orden de detención inmigratoria es un aviso a la autoridad de seguridad pública que DHS tiene la intención de asumir custodia sobre usted (después que normalmente hubiera sido liberado de su custodia) porque existe causa probable que usted esté sujeto a ser removido de los Estados Unidos bajo la ley federal de inmigración. DHS ha pedido que la autoridad de seguridad pública que actualmente lo tiene detenido lo / la mantenga en su custodia por un período que no sobrepase 48 horas después del momento cuando usted hubiera sido liberado basado en sus cargos o condenas criminales. **Si DHS no lo toma bajo su custodia durante este período adicional de 48 horas, usted debe contactar a la agencia responsable por su custodia (la que actualmente lo tiene detenido) para preguntar acerca de su liberación. Si usted tiene alguna pregunta o queja concerniente a esta orden de detención, por favor contacte la Línea para Reportar e Información de ICE ERO al (888) 351-4024. Para quejas relacionadas a violaciones alegadas de derechos civiles o libertades civiles conectadas a las actividades de DHS, por favor contacte al Joint Intake Center (Centro de Admisión) al (877) 2INTAKE (877-246-8253). Si usted cree ser un ciudadano de los Estados Unidos o víctima de un crimen, por favor avísele a DHS llamando gratis al ICE Law Enforcement Support Center (Centro de Apoyo de ICE para las Agencias para el Cumplimiento de la Ley) al (855) 448-6903.**

## AVIS AU DETENU

Le Département de la Sécurité Nationale (en anglais: DHS) a émis un ordre d'arrêt d'immigration contre vous. Un ordre d'arrêt d'immigration est un avis à un organisme d'application de la loi que DHS a l' intention d'assumer votre garde (après votre libération) car il existe cause probable que vous soyez sujet à l'expulsion des Etats-Unis en vertu du droit fédéral de l'immigration. DHS a demandé à l'agence d'application de la loi qui actuellement vous détient, de vous maintenir sous garde pendant une période n'excédant pas 48 heures après avoir été libéré en fonction des accusations ou condamnations criminelles contre vous. **Si DHS ne vous prend pas en garde à vue au cours de cette période de 48 heures supplémentaires, vous devez contacter votre gardien (l'agence qui vous retient aujourd'hui) pour enquérir au sujet de votre libération. Si vous avez une question ou une complainte au sujet de cette demande, veuillez contacter la Ligne pour Rapporter et d'Information de ICE ERO au (888) 351-4024. Pour les plaintes relatives à des violations présumées des droits et libertés civils liés à des activités de DHS, veuillez contacter Joint Intake (Centre d'Admissions) au (877) 2INTAKE (877-246-8253). Si vous croyez que vous êtes un citoyen américain ou victime d'un crime, veuillez prévenir DHS, en appelant gratuitement ICE Law Enforcement Support Center (Centre d'Appui de ICE pour les Organismes d'Application de la Loi) au 855 448-6903.**

## AVISO AO DETENTO

O Departamento de Segurança Interna (DHS, pela sigla americana) emitiu uma ordem de custódia imigratória em seu nome. Este documento é um aviso enviado às agências de aplicação da lei de que o DHS pretende assumir a custódia da sua pessoa, caso seja libertad. O DHS pediu que a agência de aplicação da lei encarregada da sua atual detenção mantenha-o sob custódia durante, no máximo, 48 horas após o período em que seria libertado pelas autoridades estaduais ou municipais de aplicação da lei, de acordo com as respectivas acusaçoes e penas criminais. **Se o DHS nao assumir a sua custódia durante essas 48 horas adicionais, voce deverá entrar em contato com a agência custodiante (a agência de aplicação da lei ou qualquer outra entidade que esteja detendo-o no momento) para obter informações sobre sua libertação da custódia estadual ou municipal. Caso voce tenha alguma reclamação a fazer sobre esta ordem de custódia imigratória ou relacionada a violações dos seus direitos ou liberdades civis decorrente das atividades do DHS, entre em contato com o *Joint Intake Center,* que seja o Centro de Entrada Conjunta da Agência de Controle de Imigração e Alfândega (ICE, pela sigla americana) pelo telefone 1-877-246-8253. Se você acreditar que é cidadao dos EUA ou está sendo vítima de um crime, informe ao DHS, ligando para o *Law Enforcement Support Center,* que seja o Centro de Apoio para Aplicação da Lei do ICE pelo telefone de ligação gratuita (855) 448-6903.**

DHS Form I-247X (08/15)                                                                                             Page 2 of 3

Confidential Subject to Protective Order - Attorneys' Eyes Only

## THÔNG BÁO CHO NGƯỜI ĐANG BỊ GIAM

Bộ An ninh Nội địa Mỹ (DHS) có lệnh giam giữ ông/bà vì lý do liên quan đến luật di trú.  Lệnh giam giữ vì lý do liên quan đến luật di trú là thông báo của DHS cho các cơ quan thi hành luật pháp là DHS có ý định dành thẩm quyền để tạm giữ ông/bà (sau khi ông/bà được thả). Lý do là, theo luật di trú của liên bang Mỹ, DHS có lý do chính đáng để xếp ông/bà vào diện có thể bị trục xuất ra khỏi Mỹ.  DHS đã yêu cầu cơ quan thi hành luật pháp, nơi đang giam ông/bà, phải tiếp tục giam ông/bà thêm cho đến tối đa không được quá 48 tiếng đồng hồ, thời điểm mà ông/bà coi như đã được thả, căn cứ vào lời buộc tội hoặc bản án kết tội của tòa.  **Nếu trong vòng 48 tiếng đồng hồ bổ sung này mà DHS không đến nhận ông/bà, thì ông/bà nên liên lạc với nhân viên quản lý của mình (nơi đang giam giữ ông/bà) để biết chi tiết về vấn đề được thả ra khỏi nhà giam.  Nếu ông/bà có thắc mắc hoặc khiếu nại về lệnh tạm giữ này, xin liên lạc với ICE ERO Detention Reporting and Information Line ở số (888) 351-4024.  Nếu ông/bà có phàn nàn về các hoạc động, công tác của DHS mà ông/bà cho là có vi phạm đến dân quyền hoặc tự do dân quyền, xin liên lạc Joint Intake Center ở số (877) 2INTAKE (877-246-8253).  Nếu ông/bà tin rằng mình có quốc tịch Mỹ, hoặc mình là nạn nhân trong vụ tội, xin gọi ICE Law Enforcement Support Center ở số điện thoại miễn phí (855) 448-6903 để báo cho DHS biết.**

## 對扣留者的通告

美国国土安全部（DHS）已發出一張扣留令，對你進行扣留。 移民扣留令的目的是告訴执法機關現在DHS有權力扣押你（在你被关押的部门释放之後）因为根据美国联邦移民法，我們有顔能成立的因由可將你遣送出境。DHS已向扣留你的有關执法機關提出要求在你刑事控罪及定罪後被释放的48小時內對你继续进行扣留。如果在這48小时内DHS没有扣押你，那你可以联络你的保管人（現关押你的部门）查詢有關你释放的事。 如果你對這扣留令有任何问题或投诉，请联络ICE ERO 拘留报告信息热线 （888）351-4024。任何有關DHS涉嫌违反民权或民权自由行爲的投诉，请联系美国移民及海关执法局联合接待中心（ICE Joint Intake Center）（877）2INTAKE（877-246-8253）。如果你相信你是美国公民或是受害者，请联系美国移民及海关执法局的执法支援中心（ICE Law Enforcement Support Center）告知DHS，其免费电话号码是（855）448-6903。

DHS Form I-247X (08/15)

Page 3 of 3

USA 000724

Confidential Subject to Protective Order - Attorneys' Eyes Only

CORRECTIONS                                                           Page 1 of 1

CORRECTIONS
Inmate Profile System

CONTACT US
PRIVACY STATEMENT

○ Corrections - Home        ○ Resident   ○ Visitor   ○ Business   ○ Employee   ○ Government

About Corrections

Director
Accreditation
Visitation Schedule
Visitation Guidelines
Inmate Search

Programs & Divisions

Employment
Community Affairs
Transit Bureau
Boot Camp
Facility Operations
Special Operations
Support Services

**In Custody Inmate Information**
**Personal Information**
Name: CREEDLE, GARLAND EDWARD
Sex: M    Race: W    Eye: BRO    Weight: 204 Lbs
DOB: 01/06/1999    Hair: BRO    Height: 6' 2"

**Booking Information**
Jail Number: 170131250    IDS: 3126531    Loc: TGKCC
Date Booked: 03/12/2017    Time Booked: 23:53

Click to Enlarge    Click to Enlarge

**Case(s) Information**
*Case Number: F1700493?*
Charge: BATTERY/AGGRAVATED/OF A PREGNANT VICTIM          Bond: $ 10000**
  Remark: DOMESTIC VIOL;

** Bond information posted on this case/charge may not reflect the current amount. Call the detention facility for updated information

[ Back to List ]    [ New Search ]

Disclaimer: Information posted on this web site is provided for informational purposes only. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the posted information may not reflect the current information. An arrest does not mean that the inmate has been convicted of the crime. Links to other sites are provided as a convenience to the user and no representation, warranty or endorsement of those sites is made by inclusion or exclusion of other web sites. The information on this web site should not be relied upon for any type of legal action. Unauthorized or illegal use of this information is strictly prohibited.

For comments and suggestions please send email to Miami-Dade DPEC

Date Last Edited : Wed Oct 24 16 19 45 2012

Home | About Us | Phone Directory | Privacy Statement | Disclaimer

E-mail your comments, questions and suggestions to Webmaster

Web Site
© 2006 Miami-Dade County.
All rights reserved

USA 000725

Confidential Subject to Protective Order - Attorneys' Eyes Only

This Edge Into Printer
This Side Down for HP 9040

Citizenship: *Honduras*

Status:

| Final Order | Re-Entry |
| --- | --- |
| In Status (LPR/B2) | Out of Status (Overstay) |

EW

_____ Not amenable at this time - Amenable Change

_____ Not amenable

Priority Level (circle):

1    2    3    Other

Priority Level Justification/Conviction(s):

```
Received: 2017-03-13 08:40:06     MSG-NBR: 00042   MNE: F13930003
        ATTN: SYSTEM GENERATED HEADER

--NLETS--
IAR.VTICE1901
05:40 03/13/2017 05758
05:40 03/13/2017 06133 FLICE35S0
*2000001396
TXT
                *** LAW ENFORCEMENT SENSITIVE ***

IAQ RECEIVED:    2017/03/13 02:27 EDT

ORI/  WVFBIID00    ATN/ ORI=FL0379200 CRI=FL0130600 ;  PHN/ 3046252000
BKN/
NAM/  CPI,CPI
DOB/  00/00/0000      CUS/ Y     OFF/ 0399     PUR/ C     POB/ XX     SEX/ U
FBI/  P87NFAD5A      ARN/             SOC/             SID/ FL08361416
REM/  USVFIN=1176226610;IDSM=SSCN2017072000001396ENCOUNTER
      INFO[EID;LAST;FIRST;MIDDLE;DOB;POB;SEX]2848699325;CREEDLE-QUINONES;GARLAND
      ;EDWARD;19990106;;M

**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS ****
THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY.
```

Current Arrest Charge(s):

*AGG Battery*

Booking Name:

Triaged By (Print Legibly): *Nazario*

Triaged Fields Above

```
**** BASED ON THE INFORMATION PROVIDED *****
THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

NAM/  CREEDLE QUINONEZ, GARLAND EDWARD
DOB/  01/06/1999
ALIAS/ CREEDLE-QUINONEZ, GARLAND EDWARD
COB/  HONDURAS
ARN/  A202131063
FCO/  NRC
DOE/  10/21/2014
FBI/  P87NFAD5A
SID/  FL08361416
FFN/  WILLIAM
MFN/  YOLANDA
EVENT NUMBER/ MCS1510000579
EVENT DATE/ 10/21/2014
DETENTION LOCATION/ CHILDREN'S VILLAGE
BOOKED IN DATE/ 04/14/2015
BOOKED OUT DATE/ 05/04/2015
COL/  2

REM/
I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS NOT LEGALLY IN THE
UNITED STATES AND APPEARS TO BE SUBJECT TO REMOVAL PROCEEDINGS.
```

Research Fields Below

Process Disposition:

| DTHR | NIC | NAR | T |
| --- | --- | --- | --- |

Alien Number (if not an "hit"):

FBIS (if not an hit):

County:

CAP Office:

```
********************************************
For further information contact ICE Miami, FL;
-    Aliens IN CUSTODY - Miami Secure Communities IRC - Enforcement and Removal
Operations at (305) 207-5126 or 5127
-    Fax Number (305) 207-5130
-    Aliens NOT IN CUSTODY (Roadside) - Homeland Security Investigations
XSECTOR or (800) 973-2867
-    Or the Law Enforcement Support Center at (802) 872-6020
REQUESTING ORI INFORMATION:
AGENCY/
PHONE/

L.E.S.C. QUERY ID:        1512170

        ****** LAST MODIFIED: 2017/03/13 08:40 EDT******
```

CAP          JCART

Research Agent(s) (Print Legibly):

USA 000726

Confidential Subject to Protective Order - Attorneys' Eyes Only

EARM Case Event Management

## EARM

Logged In: CBP9785E |

Person ID: 9640656  Sex: M  DOB: 01/06/1999  Current Age: 18  COB: HONDU  COC: HONDU
Subject ID : 351373206  Processing Disposition: Warrant of Arrest/Notice to Appear  RCA Look-Up
Case # : 14461519  Case Category: [8B]  Docket: NYC - Closed Docket

| | | | |
|---|---|---|---|
| Final Order of Removal: No | Time in Custody: N/A | Special Class: | |
| Final Order Date: N/A | Depart / Cleared Status: A- | | |
| Proceed With Removal: N/A | Proceedings Terminated | | |
| Days Final Order in Effect: N/A | | | |

**Current / Active Alerts**

Detention History



# Creedle-Quinonez, Garland Edward 202 131 063

## Case Actions & Decisions

| Ref # | Case # | Date | A&D By | A&D Description | Jurisdiction | See Ref # | Appeal Reserved By |
|---|---|---|---|---|---|---|---|
| 3 | 14461519 | 05/29/2015 | Agency | Close Case - A-Proceedings Terminated | Agency | | N/A |
| 2 | 14461519 | 05/05/2015 | Immigration Judge | T - Proceedings Terminated | Immigration Judge (IJ) | | |
| 1 | 14461519 | 02/05/2015 | Agency | Charging Documents Forwarded to EOIR | Agency | | N/A |
| | 14461519 | 10/21/2014 | Agency | I862 Charging Document Served - Manner Served - Personal Service to Alien | Agency | | N/A |
| | 14461519 | 10/21/2014 | Agency | I862 Charging Document Issued - Subject charged as - You are an alien who has not been admitted or paroled | Agency | | N/A |

| Legend | |
|---|---|
| **Case #:** | |
| *### = | Case #s in bold red text with an * designate A&Ds for the active case (the case currently being worked on) |
| ### = | Case #s in plain black text designate A&Ds for all other cases included in the filter |

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.27

USA 000727

Confidential Subject to Protective Order - Attorneys Eyes Only



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

| 03/13/2017 09:34 EDT | Generated By: RICHEL NAZARIO FLORES | Page 1 of 3 |
|---|---|---|

### REQUEST

| Request Message Detail | Date and Time | Seq |
|---|---|---|
| 2L01NN45688298.QR.FLICE30T0.FBI/P87NFAD5A.PUR/C.ATN/NAZARIO FLORES, RICHEL JOSE | 03/13/2017 09:31:34 | 45688298 |

### RESPONSE

| Source | Date and Time | Status |
|---|---|---|
| III | 03/13/2017 09:31:35 | Acknowledged |

```
2L01NN45688298
FLICE30T0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/P87NFAD5A. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 FLORIDA       - STATE ID/FL08361416
END
```

### RESPONSE

| Source | Date and Time | Status |
|---|---|---|
| Nlets | 03/13/2017 09:31:36 | Acknowledged |

```
CR.FLIII0000
06:31 03/13/2017 07620
06:31 03/13/2017 40775 FLICE30T0
*NN45688298
TXT
HDR/2L01NN45688298
ATN/NAZARIO FLORES, RICHEL JOSE
***********************  CRIMINAL HISTORY RECORD  ************************
Data As Of            2017-03-13
*************************** Introduction ****************************
This rap sheet was produced in response to the following request:
FBI Number            P87NFAD5A
State Id Number       FL08361416 (FL
)
Request Id            NN45688298
Purpose Code          C
Attention             NAZARIO FLORES, RICHEL JOSE
The information in this rap sheet is subject to the following caveats:
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE (FL)
** THIS CRIMINAL HISTORY CONTAINS A JUVENILE ARREST RECORD ** (FL)
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A
CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY
THAT CONTRIBUTED THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED
FOR CRIMINAL JUSTICE PURPOSES AS DEFINED BY THE CODE OF FEDERAL
REGULATIONS. (FL)
THIS IS A SINGLE-SOURCE OFFENDER RECORD. (FL)
***********************  IDENTIFICATION  ****************************
Subject Name(s)
CREEDLE, GARLAND
CREEDLE, GARLAND EDWARD  (AKA)
CREEDLE, QUINONES GARLAND  (AKA)
Subject Description
FBI Number            State Id Number
P87NFAD5A             FL08361416 (FL
)
Sex                   Race
Male                  White
Height                Weight            Date of Birth
6'02"                 204               1999-01-06
Hair Color            Eye Color
Brown                 Brown
***********************  CRIMINAL HISTORY  ************************
==============================  Cycle 001  =============================
Tracking Number       001
Earliest Event Date   2016-10-23 Incident Date      2016-10-23
-----------------------------------------------------------------------
Arrest Date           2016-10-23
Arrest Case Number    1171521
Arresting Agency      FL0130600
```

**For Official Use Only / Law Enforcement Sensitive**

USA 000728

Confidential Subject to Protective Order - Attorneys' Eyes Only



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
MIAMI POLICE DEPARTMENT
Arrest Type  JUVENILE ARREST
Charge                     001
        Charge Number      1171521
Charge Tracking Number     1320062480
        Charge Literal     AGGRAV BATTERY-
               Agency      FL0130600
MIAMI POLICE DEPARTMENT
   Charge Description       BATTERY AGGRAVATED
               Statute      AGGRAVATED BATTERY (FL784.045; FL
}
   NCIC Offense Code        1319
           Counts           001
         Severity           FELONY
   Enhancing Factor         2ND DEGREE
-------------------------------------------------------------
Prosecutor Disposition     (Cycle 001)
Prosecution Date           2016-10-23
Prosecutor Agency          FL013025J 11TH CIRCUIT COURT - MIAMI
Charge                     001
        Charge Number      001
Charge Tracking Number     1320062480
        Charge Literal     BATTERY-
    Charge Description      Suppl Arr Degree:2ND
    Charge Description      Suppl Arr Level:FELONY
    Charge Description      BATTERY
    Charge Description      COUNSEL TYPE:PUBLIC  DEFENDER
               Statute      BATTERY (FL784.03; )
    NCIC Offense Code       1319
           Counts           001
         Severity           MISDEMEANOR
   Enhancing Factor         1ST DEGREE
         Disposition        (Other 2016-11-01; FILED
)
-------------------------------------------------------------
Court Disposition          (Cycle 001)
Court Disposition Date           2016-12-09( SAME)
Court Case Number          132016CJ0027000001XX
Court Agency               FL013025J
 11TH CIRCUIT COURT - MIAMI
Charge                     001
        Charge Number      001
Charge Tracking Number     1320062480
        Charge Literal     BATTERY-
    Charge Description      BATTERY
    Charge Description      COUNSEL TYPE:PUBLIC  DEFENDER
    Charge Description      TRIAL TYPE:NONE
    Charge Description      PLEA TYPE:NOT GUILTY
               Statute      BATTERY (
FL784.03
; )
    NCIC Offense Code       1319
           Counts           001
         Severity           MISDEMEANOR
   Enhancing Factor         1ST DEGREE
         Disposition        (Deferred 2016-12-09; PRETRIAL DIVERSION
)
================================ Cycle 002 ================================
Tracking Number            002
Earliest Event Date        2017-03-12 Incident Date        2017-03-12
-------------------------------------------------------------
Arrest Date                2017-03-12
Arrest Case Number         1171521
Arresting Agency           FL0130600
MIAMI POLICE DEPARTMENT
Arrest Type  ADULT
Charge                     001
        Charge Number      1171521
Charge Tracking Number     1301344366
        Charge Literal     AGGRAV BATTERY-
               Agency      FL0130600
MIAMI POLICE DEPARTMENT
   Charge Description       BATTERY AGGRAVATED OF A PREGNANT VICTIM-DOM
                            VIOL
               Statute      OFFENDER KNEW/SHOULD HAVE KNOWN VICT PREGNANT
                            (FL784.045(1B); FL
}
   NCIC Offense Code        1318
           Counts           001
         Severity           FELONY
   Enhancing Factor         2ND DEGREE
*********************** INDEX OF AGENCIES ****************************
```

**For Official Use Only / Law Enforcement Sensitive**

Confidential Subject to Protective Order - Attorneys' Eyes Only



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

03/13/2017 09:34 EDT                  Generated By: RICHEL NAZARIO FLORES                  Page 3 of 3

| Agency<br>; FL0130600;<br>Address | MIAMI POLICE DEPARTMENT<br><br>UNKNOWN CONTACT |  |
|---|---|---|
| Agency<br>; FL013025J;<br>Address<br>* * * END OF RECORD * * * | 11TH CIRCUIT COURT - MIAMI<br><br>COURT ADMINISTRATOR |  |

**For Official Use Only / Law Enforcement Sensitive**

USA 000730

Case 1:17-cv-22477-KMW Document 167-2 Entered on FLSD Docket 12/19/2019 Page 37 of 98
Confidential Subject to Protective Order - Attorneys' Eyes Only

 

⚠ **Intermittent System Issues: TECS**

🛈 **Information/Notices:** DHS/FBI Joint Advisory Report JAR 16-20296, BBSS, MyIT

Show Details

<< Back to Search Results

**IDENT details for GARLAN CREEDLE QUINONEZ (Y8TTJGP8B) Born 01-06-1999**

| Bio Data 1 | |
| --- | --- |
| Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | HD |
| Citizenship | HND = HONDURAS |
| Nationality | |
| Height | 75 (INH) |
| Weight | 210 (LBR) |
| Eye Color | BRO |
| Hair Color | BLK |
| Sex | M |
| Race | W |

| Encounter Detail | |
| --- | --- |
| Organization | DHS CIS ASY |
| Encounter ID | 3945357032 |
| Encounter Status Code | None |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | A20213106320161213083031 |
| Activity ID Type Code | CPMSId |
| Activity Type | Application |
| Activity Reason | I589 |
| Activity Date | 12-13-2016 |
| Activity Time | 08:30:58 AM |
| Activity Comment | |
| Activity Site Code | XMB |
| Activity Terminal | 174 |

| Documents 1 |
| --- |
| |

USA 000731

Confidential Subject to Protective Order - Attorneys' Eyes Only

| | |
|---|---|
| Document ID | 202131063 |
| Document Type | A1 = Alien Registration Card |
| Document Issued | |
| Issuing Country | USA = UNITED STATES OF AMERICA |
| Document Expiration | |
| Status Date | |
| Status Text | |
| Status Description | |
| Class Admission Code | |
| Full Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Gender | U |
| Date of Birth | |
| Place of Birth | HD |
| Nationality | |
| Citizenship | HND = HONDURAS |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| 202131063 | Alien Number |

| Photograph - Frontal |
|---|



USA 000732

Confidential Subject to Protective Order - Attorneys' Eyes Only

### IDENT details for GARLAN CREEDLE QUINONEZ (A202131063) Born 01-06-1999

| Bio Data 1 | |
|---|---|
| Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | HD |
| Citizenship | HND = HONDURAS |
| Nationality | |
| Height | 75 (INH) |
| Weight | 210 (LBR) |
| Eye Color | BRO |
| Hair Color | BLK |
| Sex | M |
| Race | W |

| Encounter Detail | |
|---|---|
| Organization | DHS CIS ASY |
| Encounter ID | 3945357032 |
| Encounter Status Code | None |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | A202131063201612130831 |
| Activity ID Type Code | CPMSId |
| Activity Type | Application |
| Activity Reason | I589 |
| Activity Date | 12-13-2016 |
| Activity Time | 08:30:58 AM |
| Activity Comment | |
| Activity Site Code | XMB |
| Activity Terminal | 174 |

| Documents 1 | |
|---|---|
| Document ID | 202131063 |
| Document Type | A1 = Alien Registration Card |
| Document Issued | |
| Issuing Country | USA = UNITED STATES OF AMERICA |
| Document Expiration | |

USA 000733

Confidential Subject to Protective Order - Attorneys' Eyes Only

| | |
|---|---|
| Status Date | |
| Status Text | |
| Status Description | |
| Class Admission Code | |
| Full Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Gender | U |
| Date of Birth | |
| Place of Birth | HD |
| Nationality | |
| Citizenship | HND = HONDURAS |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| 202131063 | Alien Number |

| Photograph - Frontal |
|---|



USA 000734

Confidential Subject to Protective Order - Attorneys' Eyes Only

PCQS508 - Details

**IDENT details for GARLAND CREEDLE (Y8TTJGP8B) Born 01-06-1999**

| Bio Data 1 | |
|---|---|
| Name | CREEDLE, GARLAND |
| Date of Birth | 01-06-1999 |
| Place of Birth | |
| Citizenship | |
| Nationality | |
| Height | |
| Weight | |
| Eye Color | |
| Hair Color | |
| Sex | M |
| Race | |

| Encounter Detail | |
|---|---|
| Organization | DOJ FBI |
| Encounter ID | 3878252241 |
| Encounter Status Code | WatchList |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | FBI:sscn2016298000007263 |
| Activity ID Type Code | TCN |
| Activity Type | Enforcement |
| Activity Reason | CJIS Search of US-VISIT |
| Activity Date | 10-24-2016 |
| Activity Time | 06:19:06 AM |
| Activity Comment | |
| Activity Site Code | CIMS |
| Activity Terminal | |

| Derogatory Information 1 | |
|---|---|
| Activity ID | FBI:sscn2016298000007263 |
| Organization | DOJ FBI |
| Organization ORIID | |
| User Login | CJIS_USER |
| Site Code | CIMS |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do

3/13/2017

USA 000735

Confidential Subject to Protective Order - Attorneys Eyes Only

PCQS508 - Details

| Terminal | |
|---|---|
| Activity Type | Enforcement |
| Activity Reason | CJIS Search of US-VISIT |
| Activity Date | 10-24-2016 |
| Activity Time | 06:19:06 AM |
| Activity Comment | FNU = P87NFAD5A |
| Activity Reporter | |
| Derogatory Type | FBI-FNU |
| Derogatory Expiration Date | |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| P87NFAD5A | FBI Number |

USA 000736

Confidential Subject to Protective Order - Attorneys' Eyes Only

PCQS508 - Details

**IDENT details for GARLAND CREEDLE (A202131063) Born 01-06-1999**

| Bio Data 1 | |
|---|---|
| Name | CREEDLE, GARLAND |
| Date of Birth | 01-06-1999 |
| Place of Birth | |
| Citizenship | |
| Nationality | |
| Height | |
| Weight | |
| Eye Color | |
| Hair Color | |
| Sex | M |
| Race | |

| Encounter Detail | |
|---|---|
| Organization | DOJ FBI |
| Encounter ID | 3878252241 |
| Encounter Status Code | WatchList |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | FBI:sscn2016298000007263 |
| Activity ID Type Code | TCN |
| Activity Type | Enforcement |
| Activity Reason | CJIS Search of US-VISIT |
| Activity Date | 10-24-2016 |
| Activity Time | 06:19:06 AM |
| Activity Comment | |
| Activity Site Code | CIMS |
| Activity Terminal | |

| Derogatory Information 1 | |
|---|---|
| Activity ID | FBI:sscn2016298000007263 |
| Organization | DOJ FBI |
| Organization ORIID | |
| User Login | CJIS_USER |
| Site Code | CIMS |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do          3/13/2017

USA 000737

Confidential Subject to Protective Order - Attorneys' Eyes Only

PCQS508 - Details

| Terminal | |
|---|---|
| Activity Type | Enforcement |
| Activity Reason | CJIS Search of US-VISIT |
| Activity Date | 10-24-2016 |
| Activity Time | 06:19:06 AM |
| Activity Comment | FNU = P87NFAD5A |
| Activity Reporter | |
| Derogatory Type | FBI-FNU |
| Derogatory Expiration Date | |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| P87NFAD5A | FBI Number |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do                    3/13/2017

USA 000738

Confidential Subject to Protective Order - Attorneys' Eyes Only

**IDENT details for GARLAND CREEDLE-QUINONES (Y8TTJGP8B) Born 01-06-1999**

| Bio Data 1 | |
|---|---|
| Name | CREEDLE-QUINONES, GARLAND EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | |
| Citizenship | |
| Nationality | |
| Height | |
| Weight | |
| Eye Color | |
| Hair Color | |
| Sex | M |
| Race | |

| Encounter Detail | |
|---|---|
| Organization | DHS CBP BP |
| Encounter ID | 2848699325 |
| Encounter Status Code | Recidivist |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | 168648166 |
| Activity ID Type Code | EnforceCivId |
| Activity Type | Enforcement |
| Activity Reason | |
| Activity Date | 10-21-2014 |
| Activity Time | 07:49:09 AM |
| Activity Comment | |
| Activity Site Code | MCS |
| Activity Terminal | CBMCS539 |

| Derogatory Information 1 | |
|---|---|
| Activity ID | 168648166 |
| Organization | DHS CBP BP |
| Organization ORIID | |
| User Login | CBP1767E |
| Site Code | MCS |

USA 000739

Confidential Subject to Protective Order - Attorneys' Eyes Only

| Terminal | CBMCS539 |
|---|---|
| Activity Type | Enforcement |
| Activity Reason | |
| Activity Date | 10-21-2014 |
| Activity Time | 07:49:09 AM |
| Activity Comment | |
| Activity Reporter | |
| Derogatory Type | RECID |
| Derogatory Expiration Date | |

| Derogatory Information - Apprehension 1 | |
|---|---|
| Activity ID | 168648166 |
| Apprehension Agent Name | FNU LNU |
| Apprehension Date | 10-21-2014 |
| Apprehension Time | 12:00:00 AM |
| Apprehension Location | |
| Apprehension Method | PB |
| Duration of Illegal Stay | |
| Entry Status | A |
| Charge NCIC Code | |
| Charge Disposition Description | |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| | |

**Photograph - Frontal**



USA 000740

Confidential Subject to Protective Order - Attorneys Eyes Only

**IDENT details for GARLAND CREEDLE-QUINONES (A202131063) Born 01-06-1999**

| Bio Data 1 | |
|---|---|
| Name | CREEDLE-QUINONES, GARLAND EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | |
| Citizenship | |
| Nationality | |
| Height | |
| Weight | |
| Eye Color | |
| Hair Color | |
| Sex | M |
| Race | |

| Encounter Detail | |
|---|---|
| Organization | DHS CBP BP |
| Encounter ID | 2848699325 |
| Encounter Status Code | Recidivist |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | 168648166 |
| Activity ID Type Code | EnforceCivId |
| Activity Type | Enforcement |
| Activity Reason | |
| Activity Date | 10-21-2014 |
| Activity Time | 07:49:09 AM |
| Activity Comment | |
| Activity Site Code | MCS |
| Activity Terminal | CBMCS539 |

| Derogatory Information 1 | |
|---|---|
| Activity ID | 168648166 |
| Organization | DHS CBP BP |
| Organization ORIID | |
| User Login | CBP1767E |
| Site Code | MCS |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do

3/13/2017

USA 000741

Confidential Subject to Protective Order - Attorneys' Eyes Only

| | |
|---|---|
| Terminal | CBMCS539 |
| Activity Type | Enforcement |
| Activity Reason | |
| Activity Date | 10-21-2014 |
| Activity Time | 07:49:09 AM |
| Activity Comment | |
| Activity Reporter | |
| Derogatory Type | RECID |
| Derogatory Expiration Date | |

| Derogatory Information - Apprehension 1 | |
|---|---|
| Activity ID | 168648166 |
| Apprehension Agent Name | FNU LNU |
| Apprehension Date | 10-21-2014 |
| Apprehension Time | 12:00:00 AM |
| Apprehension Location | |
| Apprehension Method | PB |
| Duration of Illegal Stay | |
| Entry Status | A |
| Charge NCIC Code | |
| Charge Disposition Description | |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| | |

| Photograph - Frontal |
|---|
|  |

**FOR OFFICIAL USE ONLY (FOUO) - (2017-03-13 09:27:30 CDT)**

USA 000742

Case 1:17-cv-22477-KMW   Document 167-2   Entered on FLSD Docket 12/19/2019   Page 49 of 98

Confidential Subject to Protective Order - Attorneys' Eyes Only

PCQS508 - Details

## Accessibility Statement

USA 000743

Confidential Subject to Protective Order - Attorneys' Eyes Only

Message
_____

| | |
|---|---|
| From: | Martinez, Alexander A [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARTINEZ, ALEXANDER AA44] |
| Sent: | 3/13/2017 2:27:15 PM |
| To: | MDCR-ICEIDR@miamidade.gov |
| Subject: | Detainer : GARLAND EDWARD CREEDLE-QUINONEZ JAIL#170131250 |
| Attachments: | 2017_03_13_CREEDLE-QUINONEZ GARLAND EDWARD Jail#170131250.pdf |

Importance:     High

Subject is in your custody.


Alexander A. Martinez
DEPORTATION OFFICER
DHS/ICE/ERO – Miami Field Office
Priority Enforcement Program (PEP/IRC)
Krome 18201 SW 12th St Miami, FL 33194
Cell: (305) 407-6818 / Desk: (305) 207-5125
Fax: (305) 207-5130
Alexander.A.Martinez@ice.dhs.gov

EX 21
DEPO MARTINEZ
DATE 11-2019    RW

**Amaya Expert Report_Exhibit 7**                        USA 000836

DEPARTMENT OF HOMELAND SECURITY (DHS)
**REQUEST FOR VOLUNTARY TRANSFER**

| Subject ID: 358274649 | Jail # | File No: 202 131 063 |
|---|---|---|
| Event #: BDC1703000474 | 170131250 | Date: March 13, 2017 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DADE COUNTY CORRECTIONAL
1321 NW 13 STREET
MIAMI, FL 33034

FROM: (DHS Office Address)
DRO - Bradenton, FL Sub Office
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
ERO - KROME SPC - MIAMI, FLORIDA
18201 SW 12TH STREET
MIAMI, FL 33194

Name of Subject: CREEDLE-QUINONEZ, GARLAND EDWARD

Date of Birth: 01/06/1999   Suspected or Known Citizenship: HONDURAS   Sex: M

**A. DHS REQUESTS VOLUNTARY TRANSFER OF THE SUBJECT BECAUSE** *(complete box 1 or 2 below):*

X 1. DHS suspects that the subject is an **immigration enforcement priority** because *(mark at least one)*:

☐ (s)he was apprehended at the border or ports of entry while attempting to unlawfully enter the United States;
☐ (s)he was apprehended in the United States after unlawfully entering or re-entering the United States after January 1, 2014;
☐ (s)he has significantly abused the visa or visa waiver programs;
☐ (s)he was issued a final order of removal after January 1, 2014; and/or
X in the judgment of a designated senior DHS official, his/her removal would serve an important federal interest.

☐ 2. **DHS transferred the subject to your custody** for a proceeding or investigation and, upon completion of that proceeding or investigation, DHS intends to resume custody of the subject to **complete processing.**

**B. DHS REQUESTS YOUR COOPERATION AS FOLLOWS** *(complete box 1 or 2 below):*

☐ 1. **NOTIFICATION. Please notify DHS** as early as practicable (at least 48 hours, if possible) before the subject is released from your custody to allow DHS an opportunity to determine whether there is probable cause to conclude that (s)he is a removable alien.

**NOTE: This voluntary notification request does not request or authorize that you detain the subject beyond the time he or she is currently scheduled for release from your custody.**

X 2. **DETAINER. Please serve a copy** of this form on the subject **and maintain custody** of him/her for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. **Probable cause** exists that the subject is a removable alien. This determination is based on *(check at least one box below)*:

☐ a final **order of removal** against the subject;
☐ the pendency of **ongoing removal proceedings** against the subject;
X **biometric confirmation** of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ **statements** made voluntarily by the subject to an immigration officer **and/or other reliable evidence** that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**NOTE: This request takes effect only if you serve a copy of this form on the subject, and it does not request or authorize that you hold the subject beyond 48 hours.**

IMPORTANT NOTICES:

- This request arises from DHS authorities and should not impact decisions about the subject's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- As early as possible prior to the time you otherwise would release the subject, please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at _305-207-5126_ . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Please notify this office in the event of the subject's death, hospitalization, or transfer to another institution.

☐ If checked: Please cancel the detainer related to this subject previously submitted to you on _____ (date).

ALEXANDER MARTINEZ - Deportation Officer        # 3974

(Name and title of Immigration Officer)        (Signature of Immigration Officer)

**Notice:** If the subject is taken into DHS custody, he or she may be removed from the United States. If the subject may be the victim of a crime or you want the subject to remain in the United States for a law enforcement purpose, please notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

Please provide the information below, sign, and return to DHS by mailing, emailing, or faxing a copy to _____ .

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:**

Local Booking/Inmate #: _____   Est. release date/time: _____   Date of latest criminal charge/conviction: _____

Arresting agency, if available, and latest offense charged/convicted: _____

If Box B.2. is checked above, please indicate the manner in and date on which this Form I-247X was served upon the subject:

☐ in person   ☐ by inmate mail delivery   ☐ other _____ (please specify)   date: _____

_____        _____
(Name and title of Officer)        (Signature of Officer)

DHS Form I-247X (08/15)        Page 1 of 3

USA 000837

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice to a law enforcement agency that DHS intends to assume custody of you (after you otherwise would be released from custody) because there is probable cause that you are subject to removal from the United States under federal immigration law. DHS has requested that the law enforcement agency that is currently detaining you maintain custody of you for a period not to exceed 48 hours beyond the time when you would have been released based on your criminal charges or convictions. **If DHS does not take you into custody during this additional 48 hour period, you should contact your custodian** (the agency that is holding you now) to inquire about your release. **If you have a question or complaint regarding this detainer, please contact the ICE ERO Detention Reporting and Information Line at (888) 351-4024. For complaints related to alleged violations of civil rights or civil liberties connected to DHS activities, please contact the Joint Intake Center at (877) 2INTAKE (877-246-8253). If you believe you are a United States citizen or the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.**

## NOTIFICACIÓN AL DETENIDO

El Departamento de Seguridad Nacional (DHS) ha emitido una orden de detención inmigratoria en su contra. Una orden de detención inmigratoria es un aviso a la autoridad de seguridad pública que DHS tiene la intención de asumir custodia sobre usted (después que normalmente hubiera sido liberado de su custodia) porque existe causa probable que usted esté sujeto a ser removido de los Estados Unidos bajo la ley federal de inmigración. DHS ha pedido que la autoridad de seguridad pública que actualmente lo tiene detenido lo / la mantenga en su custodia por un período que no sobrepase 48 horas después del momento cuando usted hubiera sido liberado basado en sus cargos o condenas criminales. **Si DHS no lo toma bajo su custodia durante este período adicional de 48 horas, usted debe contactar a la agencia responsable por su custodia** (la que actualmente lo tiene detenido) para preguntar acerca de su liberación. **Si usted tiene alguna pregunta o queja concerniente a esta orden de detención, por favor contacte la Línea para Reportar e Información de ICE ERO al (888) 351-4024. Para quejas relacionadas a violaciones alegadas de derechos civiles o libertades civiles conectadas a las actividades de DHS, por favor contacte al Joint Intake Center (Centro de Admisión) al (877) 2INTAKE (877-246-8253). Si usted cree ser un ciudadano de los Estados Unidos o víctima de un crimen, por favor avísele a DHS llamando gratis al ICE Law Enforcement Support Center (Centro de Apoyo de ICE para las Agencias para el Cumplimiento de la Ley) al (855) 448-6903.**

## AVIS AU DETENU

Le Département de la Sécurité Nationale (en anglais: DHS) a émis un ordre d'arrêt d'immigration contre vous. Un ordre d'arrêt d'immigration est un avis à un organisme d'application de la loi que DHS a l' intention d'assumer votre garde (après votre libération) car il existe cause probable que vous soyez sujet à l'expulsion des Etats-Unis en vertu du droit fédéral de l'immigration. DHS a demandé à l'agence d'application de la loi qui actuellement vous détient, de vous maintenir sous garde pendant une période n'excédant pas 48 heures après avoir été libéré en fonction des accusations ou condamnations criminelles contre vous. **Si DHS ne vous prend pas en garde à vue au cours de cette période de 48 heures supplémentaires, vous devez contacter votre gardien** (l'agence qui vous retient aujourd'hui) pour enquérir au sujet de votre libération. **Si vous avez une question ou une complainte au sujet de cette demande, veuillez contacter la Ligne pour Rapporter et d'Information de ICE ERO au (888) 351-4024. Pour les plaintes relatives à des violations présumées des droits et libertés civils liés à des activités de DHS, veuillez contacter Joint Intake (Centre d'Admissions) au (877) 2INTAKE (877-246-8253). Si vous croyez que vous êtes un citoyen américain ou victime d'un crime, veuillez prévenir DHS, en appelant gratuitement ICE Law Enforcement Support Center (Centre d'Appui de ICE pour les Organismes d'Application de la Loi) au 855 448-6903.**

## AVISO AO DETENTO

O Departamento de Segurança Interna (DHS, pela sigla americana) emitiu uma ordem de custódia imigratória em seu nome. Este documento é um aviso enviado às agências de aplicação da lei de que o DHS pretende assumir a custódia da sua pessoa, caso seja libertad. O DHS pediu que a agência de aplicação da lei encarregada da sua atual detenção mantenha-o sob custódia durante, no máximo, 48 horas após o período em que seria libertado pelas autoridades estaduais ou municipais de aplicação da lei, de acordo com as respectivas acusações e penas criminais. **Se o DHS não assumir a sua custódia durante essas 48 horas adicionais, voce deverá entrar em contato com a agência custodiante** (a agência de aplicação da lei ou qualquer outra entidade que esteja detendo-o no momento) para obter informações sobre sua libertação da custódia estadual ou municipal. **Caso voce tenha alguma reclamação a fazer sobre esta ordem de custódia imigratória ou relacionada a violações dos seus direitos ou liberdades civis decorrente das atividades do DHS, entre em contato com o** *Joint Intake Center,* **que seja o Centro de Entrada Conjunta da Agência de Controle de Imigração e Alfândega (ICE, pela sigla americana) pelo telefone 1-877-246-8253. Se você acreditar que é cidadao dos EUA ou está sendo vítima de um crime, informe ao DHS, ligando para o** *Law Enforcement Support Center,* **que seja o Centro de Apoio para Aplicação da Lei do ICE pelo telefone de ligação gratuita (855) 448-6903.**

DHS Form I-247X (08/15)                                                                                                                    Page 2 of 3

USA 000838

**THÔNG BÁO CHO NGƯỜI ĐANG BỊ GIAM**

Bộ An ninh Nội địa Mỹ (DHS) có lệnh giam giữ ông/bà vì lý do liên quan đến luật di trú. Lệnh giam giữ vì lý do liên quan đến luật di trú là thông báo của DHS cho các cơ quan thi hành luật pháp là DHS có ý định dành thẩm quyền để tạm giữ ông/bà (sau khi ông/bà được thả). Lý do là, theo luật di trú của liên bang Mỹ, DHS có lý do chính đáng để xếp ông/bà vào diện có thể bị trục xuất ra khỏi Mỹ. DHS đã yêu cầu cơ quan thi hành luật pháp, nơi đang giam ông/bà, phải tiếp tục giam ông/bà thêm cho đến tối đa không được quá 48 tiếng đồng hồ, thời điểm mà ông/bà coi như đã được thả, căn cứ vào lời buộc tội hoặc bản án kết tội của tòa. **Nếu trong vòng 48 tiếng đồng hồ bổ sung này mà DHS không đến nhận ông/bà, thì ông/bà nên liên lạc với nhân viên quản lý của mình** (nơi đang giam giữ ông/bà) để biết chi tiết về vấn đề được thả ra khỏi nhà giam. Nếu ông/bà có thắc mắc hoặc khiếu nại về lệnh tạm giữ này, xin liên lạc với **ICE ERO Detention Reporting and Information Line** ở số (888) 351-4024. Nếu ông/bà có phàn nàn về các hoạc động, công tác của DHS mà ông/bà cho là có vi phạm đến dân quyền hoặc tự do dân quyền, xin liên lạc **Joint Intake Center** ở số (877) 2INTAKE (877-246-8253). Nếu ông/bà tin rằng mình có quốc tịch Mỹ, hoặc mình là nạn nhân trong vụ tội, xin gọi **ICE Law Enforcement Support Center** ở số điện thoại miễn phí (855) 448-6903 để báo cho DHS biết.

**對扣留者的通告**

美国国土安全部（DHS）已發出一張扣留令，對你進行扣留。 移民扣留令的目的是告訴执法機關現在DHS 有權力扣押你（在你被关押的部门释放之後）因为根据美国联邦移民法，我們有顏能成立的因由可將你遣送出境。DHS 已向扣留你的有關执法機關提出要求在你刑事控罪及定罪後被释放的48小時內對你继续进行扣留。如果在這48小时內DHS没有扣押你，那你可以联络你的保管人（现关押你的部门）查詢有關你释放的事。 如果你對這扣留令有任何问题或投诉，请联络ICE ERO 拘留报告信息热线 （888）351-4024。任何有關DHS涉嫌违反民权或民权自由行爲的投訴，请联系美国移民及海关执法局联合接待中心（ICE Joint Intake Center）（877）2INTAKE（877-246-8253）。如果你相信你是美国公民或是受害者，请联系美国移民及海关执法局的执法支援中心（ICE Law Enforcement Support Center）告知DHS，其免费电话号码是（855）448-6903。

DHS Form I-247X (08/15)

Page 3 of 3

USA 000839

CORRECTIONS

CORRECTIONS
Inmate Profile System

CONTACT US
PRIVACY STATEMENT





⊘ Resident   ⊘ Visitor   ⊘ Business   ⊘ Employee   ⊘ Government

### In Custody Inmate Information

**Personal Information**

Name: CREEDLE, GARLAND EDWARD

Sex: M    Race: W    Eye: BRO    Weight: 204 Lbs

DOB: 01/06/1999    Hair: BRO    Height: 6' 2"

**Booking Information**

Jail Number: 170131290    IDS: 3126531    Loc: TGKCC

Date Booked: 03/12/2017    Time Booked: 23:53

Click to Enlarge       Click to Enlarge

**Case(s) Information**

Case Number: F17004932

Charge: BATTERY/AGGRAVATED/OF A PREGNANT VICTIM    Bond: $ 10000**

Remark: DOMESTIC VIOL:

** Bond information posted on this case/charge may not reflect the current amount. Call the detention facility for updated information.

[ Back to List ]    [ New Search ]

Disclaimer: Information posted on this web site is provided for informational purposes only. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the posted information may not reflect the current information. An arrest does not mean that the inmate has been convicted of the crime. Links to other sites are provided as a convenience to the user and no representation, warranty or endorsement of those sites is made by inclusion or exclusion of other web sites. The information on this web site should not be relied upon for any type of legal action. Unauthorized or illegal use of this information is strictly prohibited.

For comments and suggestions please send email to Main Case DRSD

Date Last Edited : Wed Oct 24 18:18:45 2012

Home | About Us | Phone Directory | Privacy Statement | Disclaimer

E-mail your comments, questions and suggestions to Webmaster

Web Site
© 2006 Miami-Dade County
All rights reserved

USA 000840

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT

ProBar Children's Project
Gentry, Michelle Maureen
119 W. Van Buren
Ste. 204
Harlingen, TX 78550

IN THE MATTER OF                FILE A 202-131-063        DATE: Apr 30, 2015
CREEDLE-QUINONEZ, GARLAND EDWARD

__ UNABLE TO FORWARD - NO ADDRESS PROVIDED

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                      OFFICE OF THE CLERK
                      5107 Leesburg Pike, Suite 2000
                      FALLS CHURCH, VA  20530

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                      IMMIGRATION COURT

X OTHER: DECISION OF THE IMMIGRATION JUDGE.

                                    MARIA LLERENA
                                    COURT CLERK
                                    IMMIGRATION COURT                FF

    CC: ASSISTANT CHIEF COUNSEL
        26 FEDERAL PLAZA, 11TH FL
        NEW YORK, NY  10278

EX 22
DEPO MARTINEZ
DATE 11-20-19  RW

1

**Amaya Expert Report_Exhibit 8**

USA 000294

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NEW YORK

In the Matter of:         )
                          )
Garland Edward CREEDLE-QUINENZ  )     File No.: A202-131-063
                          )
In Removal Proceedings       )

<u>ORDER OF THE IMMIGRATION JUDGE</u>

Upon consideration of the U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION TO TERMINATE PROCEEDINGS, it is HEREBY ORDERED that the motion be: ____ granted, ____ denied because:

____ DHS does not oppose the motion.

____ The respondent does not oppose the motion.

____ A response to the motion has not been filed with the Court.

✓ Good cause has been established for the motion.

____ The Court agrees with the reasons stated in the opposition to the motion.

____ The motion is untimely per _____.

____ Other: _____

Deadlines:

____ The application(s) for relief must be filed by _____.
____ The respondent must comply with the
DHS biometrics instructions by _____.

4/30/15

Date                                Immigration Judge

Certificate of Service
The document was served by: [✓] Mail, [ ] Personal Service
To: [ ] Alien, [ ] Alien c/o Custodial Officer, [✓] Alien's Attny/Rep, [✓] DHS
Date: ___4/30/15___      By: Court Staff: _____

2

Wen-Ting Cheng
Chief Counsel
Susan Marie Beschta
Acting Deputy Chief Counsel
Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
26 Federal Plaza, Room 1130
New York, New York 10278

DETAINED JUVENILE

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NEW YORK

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Garland Edward CREEDLE-QUINENZ ) | File No.: A202-131-063 |
| ) | |
| In Removal Proceedings ) | |

Immigration Judge:   N/A

Next Hearing: N/A

U.S. DEPARTMENT OF HOMELAND SECURITY'S
MOTION TO TERMINATE PROCEEDINGS

3

USA 000296

The United States Department of Homeland Security, Immigration and Customs Enforcement ("DHS"), by and through counsel, respectfully requests that removal proceedings be terminated.

The respondent, a juvenile currently detained at Children's Village in New York, has submitted documentation, through counsel, establishing that he has acquired U.S. citizenship from his father, Willie Edward Creedle, pursuant to INA Sections 301(g) and 309(a). Accordingly, DHS respectfully moves to terminate the instant proceedings.

Respectfully submitted,

Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
26 Federal Plaza, Room 1130
New York, NY 10278



4

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**NEW YORK, NEW YORK**

In the Matter of:       )
      )
      )
Garland Edward CREEDLE-QUINENZ    )     File No.: A202-131-063
      )
In Removal Proceedings     )
      )

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION TO TERMINATE PROCEEDINGS, it is HEREBY ORDERED that the motion be: _____ granted, _____ denied because:

_____ DHS does not oppose the motion.

_____ The respondent does not oppose the motion.

_____ A response to the motion has not been filed with the Court.

_____ Good cause has been established for the motion.

_____ The Court agrees with the reasons stated in the opposition to the motion.

_____ The motion is untimely per _____.

_____ Other: _____

Deadlines:

_____ The application(s) for relief must be filed by _____.
_____ The respondent must comply with the
     DHS biometrics instructions by _____.


_____       _____
Date                     Immigration Judge

**Certificate of Service**

The document was served by: [ ] Mail, [ ] Personal Service

To: [ ] Alien, [ ] Alien c/o Custodial Officer, [ ] Alien's Attny/Rep, [ ] DHS

Date: _____     By: Court Staff: _____

5

USA 000298

Confidential Subject to Protective Order - Attorneys Eyes Only

## CERTIFICATE of SERVICE

Alien Name:        Garland Edward CREEDLE-QUINONEZ

Alien Number:      202-131-063

I, Ramin Rastegar, hereby certify that I have served a complete copy of this Department of Homeland Security's Motion to Terminate on the respondent's representative by depositing the same in the United States Mail, First Class postage prepaid, on this 28th of April 2015, to the following address:

Lorilei A. Williams, Esq.
Staff Attorney
Unaccompanied Minors Program
Catholic Charities Community Services
80 Maiden Lane, 13th Floor
New York, NY 10038

Ramin Rastegar
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
26 Federal Plaza, Room 1130
New York, New York 10278
(212) 264-5916

6

USA 000299

Confidential Subject to Protective Order - Attorneys Eyes Only

EARM Case Summary

Page 1 of 2

## EARM

Logged In: FNY6910A |

Person ID: 9640656  Sex: M  DOB: 01/06/1999  Current Age: 16  COB: HONDU  COC: HONDU
Subject ID : 351373206  Processing Disposition: Warrant of Arrest/Notice to Appear  RCA Look-Up
Case # : 1446519  Case Category: [8B]  Docket: NYC - Closed Docket
Final Order of Removal: No       Time in Custody: N/A                    Special Class:
Final Order Date: N/A            Depart / Cleared Status: A-
Proceed With Removal: N/A        Proceedings Terminated
Days Final Order in Effect: N/A

**Current / Active Alerts**

Detention History



# Creedle-Quinonez, Garland Edward 202 131 063

# Case Summary

DOCKET CLE...
DATE 5/29/15



### Case Details

Case Category: [8B] Excludable / Inadmissible - Under Adjudication by IJ

Final Order of Removal: No

Final Order Date: N/A

Are there reasons that prevent removal of the alien at this time? N/A

Reason preventing removal: N/A

Cleared-Depart Status: A-Proceedings Terminated

Aggravated Felon. Not an Aggravated Felon

Mandatory Detention: No

Special Classes:

Last Updated By: FNY6910A

Last Update: 05/29/2015

View EOIR Information

### Important Case Dates

| | |
|---|---|
| Entry Date: | 10/21/2014 |
| Apprehension Date: | 10/21/2014 |
| Case Creation Date: | 10/22/2014 |
| Charging Document Issued - I862 : | 10/21/2014 |
| Charging Document Served - I862 : | 10/21/2014 |
| A-File to Trial Attorney: | N/A |
| Initial Book-in: | 10/23/2014 |
| Last Book-in: | 04/14/2015 |
| Final Book-out: | 05/04/2015 |
| Last Custody Review: | 10/21/2014 |
| Travel Document Requested: | N/A |
| Case Closed: | 05/29/2015 |

## Docket Assignment

DCO: NYC - NEW YORK, NY
Docket Name: Closed Docket

## Case Call-ups

| | Expires | Status | Description | Set By | Set Date |
|---|---|---|---|---|---|
| 🔎 | 04/24/2015 | Completed | Claims USC | NYC3010A | 04/17/2015 |
| 🔎 | 05/10/2015 | Completed | Release Pending | NYC3010A | 04/27/2015 |
| 🔎 | 06/05/2015 | Completed | Next Hearing: 06/04/2015 | FAO4986A | 10/27/2014 |

Hide Completed call-ups in listing

## Encounters Included in Case File

| | A-Number | Subject ID | Last Name | First Name | COB | Age | Entry Date | Apprehended | Disposition | Primary |
|---|---|---|---|---|---|---|---|---|---|---|
| 🔎 | 202131063 | 351373206 | Creedle-quinonez | Garland | HONDU | 16 | 10/21/2014 | 10/21/2014 | Warrant of Arrest/Notice to Appear | ☆ |

## Administrative and Criminal Immigration Charges

DLt EX 23
DEPO MARTINEZ
DATE 11-20-19  RW
5 4

https://earm.ice.dhs.gov/earm/earm/cases/summary/showCaseSummary.do

5/29/2015

**Amaya Expert Report_Exhibit 9**

USA 000347

## CPMS QUERY SUMMARY VIEW

### IDENTITY SUMMARY

| Name | DOB | Person Ids |
|---|---|---|
| CREEDLE QUINONEZ, GARLAN | 01/06/1999 | A202131062 |
| | | FIN# 1176226680 |

| Gender | Race | Country of Birth | Citizenship |
|---|---|---|---|
| M | W | HO - HONDURAS | HO - HONDURAS |

IDENT Watchlist Status >> Status Date: **12/13/2016** | Status Type: **WATCHLIST**

Latest FBI Results >> Response Date: **12/13/2016** | Response Type: **IDENT**

Latest DOD Results: >> **CPMS does not contain a DOD response for this identity**

Amaya Expert Report_Exhibit 10

DH EX 24
DEPO MARTINEZ
DATE 11-20-19 RW

Confidential Subject to Protective Order - Attorneys Eyes Only

Details

Page 1 of 5

<< Back to Search Results

Print

# CPMS details for GARLAN CREEDLE QUINONEZ (A202131063) Born 01-06-1999 - I589 ZDF1600585770: ASC Encounter

### Transaction - A202131063201612130831

| | |
|---|---|
| **Transaction Date** | 12-13-2016 |
| **Transaction Priority Value** | 2 |
| **Transaction Destination Organization** | TXCISWANZ |
| **Transaction Originating Organization** | FLINSMM00 |
| **Transaction Control Number** | A202131063201612130831 |
| **Native Scanning Resolution** | 19.69 |
| **Nominal Transmitting Resolution** | 19.69 |
| **Record Retention Indicator** | true |
| **Case Tracking ID** | 201612131325 |
| **Transaction Receipt Number** | ZDF1600585770 |
| **Activity Reason** | I589 |
| **Quality Control Id** | |
| **Capture Device Make** | MORPHO |
| **Capture Device Model** | MORPHOTOPR |
| **Capture Device Serial Number** | 00000 |
| **Record Rap Sheet Request Indicator** | true |
| **Transaction Major Version** | 3 |
| **Transaction Category Code** | FAUF |
| **Record Controlling Agency** | |
| **Transaction Search Request Category Code** | P |
| **ASC Site Code** | XMB6I2 |
| **Machine Number** | 174 |
| **Employee Id** | GRAMOS |
| **External Sending System Id** | |
| **Transaction Code** | 3 |
| **Routing Code** | BN |

### FBI Response

https://cpms.dhs.gov/CPMSQuery/Identify/TCN/A202131063201612130831

FBI Response - A202131063201612130831 *(The link only works in Internet Explorer and Chrome. Please copy and paste the link into IE or Chrome, if you are using Firefox.)*

### Transaction - ZDF1600585770201612130830

| | |
|---|---|
| **Transaction Date** | 12-13-2016 |
| **Transaction Priority Value** | 2 |
| **Transaction Destination Organization** | TXCISWANZ |
| **Transaction Originating Organization** | FLINSMM00 |
| **Transaction Control Number** | ZDF1600585770201612130830 |

Plt EX 25
DEPO MARTINEZ
DATE 11-20-19  RW

USA 000973

**Amaya Expert Report_Exhibit 11**

Confidential Subject to Protective Order - Attorneys' Eyes Only

| | |
|---|---|
| Native Scanning Resolution | 19.69 |
| Nominal Transmitting Resolution | 19.69 |
| Record Retention Indicator | true |
| Case Tracking ID | 201612131325 |
| Transaction Receipt Number | ZDF1600585770 |
| Activity Reason | I589 |
| Quality Control Id | |
| Capture Device Make | MORPHO |
| Capture Device Model | MORPHOTOPR |
| Capture Device Serial Number | 00000 |
| Record Rap Sheet Request Indicator | true |
| Transaction Major Version | 3 |
| Transaction Category Code | BIO1 |
| Record Controlling Agency | |
| Transaction Search Request Category Code | P |
| ASC Site Code | XMB6I2 |
| Machine Number | 174 |
| Employee Id | GRAMOS |
| External Sending System Id | |
| Transaction Code | 3 |
| Routing Code | BN |

### FBI Response

https://cpms.dhs.gov/CPMSQuery/Identify/TCN/ZDF160058577002016121308

FBI Response - ZDF160058577002016121308 *(The link only works in Internet Explorer and Chrome. Please copy and paste the link into IE or Chrome, if you are using Firefox.)*

### Biographics

| | |
|---|---|
| Last Name | CREEDLE QUINONEZ |
| First Name | GARLAN |
| Alternate Last Name | GARLAND EDWARD CREEDLE Q |
| Alternate First Name | |
| Date of Birth | 01-06-1999 |
| Alien Number | A202131063 |
| SSN | |
| Citizenship | HD |
| Country of Birth | HD |
| Gender | M |
| Race | W |
| Eye Color | BRO |
| Hair Color | BLK |
| Height | 603.0 |
| Weight | 210.0 |
| Residence Address | 1216 NW 75 STREET MIAMI, FL 33147 |
| USCIS Account ID | |
| Sticker ID | |

USA 000974

Confidential Subject to Protective Order - Attorneys Eyes Only

| | |
|---|---|
| **Sticker Expiration Date** | |
| **Biometric Capture Date/Time** | 12-13-2016 08:31:00 |
| **Press Print Waived** | false |
| **Signature Waived** | false |
| **Photo Waived** | false |

### Biometric - Fingerprint

| | |
|---|---|
| **Finger Position Code** | 2 |

### Fingerprint Check

| | |
|---|---|
| **CIDN** | A202131063 |
| **A-Number** | A202131063 |
| **Form Number** | I589 |
| **Fingerprint Date** | 12-13-2016 |
| **Send Date** | |
| **Original TCN** | A202131063201612130831 |
| **Original TCR** | E2016348000000112755 |
| **FBI Response Description** | I - IDENT |
| **Date Processed By FBI** | 12-13-2016 |
| **Response FBI Number** | P87NFAD5A |
| **Reject Description** | |
| **Response FBI Name** | CREEDLE,GARLAND |
| **MNU** | A202131063 |
| **ASC Site Code** | XMB6I2 |
| **Form Type** | I589 |
| **AG Directive** | |
| **Wants Flash** | |
| **Receipt Number** | ZDF1600585770 |
| **Alternate Name 1** | GARLAND EDWARD CREEDLE Q. |

### Name Check Data

| Field Name | Name Check 1 |
|---|---|
| Birth Date | 01-06-1999 |
| Place of Birth | HOND |
| Race | U = Unknown |
| Sex | M = Male |
| SSN | |
| CIDN | A202131063 |
| CIDN Extension | 00 |
| A-Number | A202131063 |
| Last Name | CREEDLEQUINONEZ |
| First Name | GARLAN EDWARD |
| Street Name | 1216 NW 75 STREET |
| Street Number | |
| City | MIAMI |
| State | FL |

USA 000975

Confidential Subject to Protective Order - Attorneys' Eyes Only

Details

| | |
|---|---|
| Country | US |
| Sent Date | 12-05-2016 00:30:00 |
| FBI Processed Date | 12-06-2016 01:30:00 |
| Stored Date | 12-06-2016 01:30:00 |
| FBI Name Response | CREEDLEQUINONEZ,GARLAN EDWARD |
| FBI Birth Date Response | 01-06-1999 |
| Result | NR - No Record |
| Prior Result | |
| ORI | MFR-2D074EB2-41EA-58AF-C764-F1F8D79452FB |
| Alias(es) | |

Photograph



Signature

Press Print

USA 000976

Confidential Subject to Protective Order - Attorneys' Eyes Only

Details



USA 000977

Confidential Subject to Protective Order - Attorneys Eyes Only

9/9/2019                                              CIS - ID # Search/Display

CIMIDN                    DEPARTMENT OF HOMELAND SECURITY - USCIS                09/09/19
COMMAND:                  CENTRAL INDEX SYSTEM   -   ID # SEARCH/DISPLAY         15:04:03


        ID # (A/AA/AB/C/DA/EE):                           A#: 202131063   DOB: 01061999
        (DL/FB/FI/FP/I/PP/SS/TD)


            LAST: CREEDLE QUINONEZ
            FIRST: GARLAND                                    NATZ DATE:
           MIDDLE: EDWARD                                         COURT:
          ALIASES:                                            LOCATION:


        POE: HID      COB: HONDU    DOE: 10212014
        SEX: M        COC: US       DFO: 10232014          FATHER: WILLIAM
        COA: USC ( US CITIZEN )                            MOTHER: YOLANDA


              SSN:                       CONSOLIDATED A-NOS      --OTHER INFORMATION--
        I-94 ADM #:                                             EARM-X
        PASSPORT #: 579020433
            FBI #:
        DRIVER LIC:
        FINGER CD#:
         IDENT FIN: 1176226610


        OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS ENTER. CLEAR  EXIT   PF1  NEXT CONS A#
    PF2  PRIOR CONS A#   PF3  REFRESH   PF4  RETURN   PF5  HELP   PF6  MAIN MENU   PF8  HISTORY   PF9  EAD

*DH.* EX 22
DEPO MARTINEZ
DATE 11-20-19 RW

ENTER '?' FOR CIS HOTKEY MENU

USA 000972

**Amaya Expert Report_Exhibit 12**

Confidential Subject to Protective Order - Attorneys Eyes Only

8/9/2018                                                                 EARM View Person Details

**EARM**

Logged In: FMI6073A |

Person ID: **9640656** Sex: **M** DOB: **01/06/1999** Current Age: **19** COB: **HONDU** COC: **US**

Subject ID : **358282345** Processing Disposition: **Foreign Born USC** RCA Look-Up

No Case associated with this encounter

-- Select Different Case File --          ▼

**Current / Active Alerts**

Detention History



# Creedle-Quinonez, Garland Edward 202 131 063
## Person Details

Person ID: **9640656**

Last Name: **CREEDLE-QUINONEZ**

First Name: **GARLAND**

Middle Name: **EDWARD**

Sex: **M**

Transgender: **N/A**

Marital Status: **Single**

Religion: **N/A**

Aggravated Felon Status: **No Aggravated Felony Convictions**

Date of Birth: **01/06/1999**

Current Age: **19**

Country of Birth (COB): **HONDURAS**

City of Birth: **LA CEIBA**

Country of Citizenship (COC): **UNITED STATES**

Controlling A-Number: **202 131 063**

Additional A-Numbers:

FINS:

1176226610

BOP#/USM: **N/A**

FBI#: **P87NFAD5A**

SSN: **N/A**

**Person Comments**

N/A

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 5 52

PH. EX 28

DEPO MARTINEZ

DATE 11-20-19 RW

**Amaya Expert Report_Exhibit 13**

USA 000253

⬆
This Edge Into Printer
This Side Down for HP 9040

Citizenship:
Honduras

Status:
Final Order          Re-Entry

EWI          In Status          Out of Status
(LPR/82)          (Overstay)

Not amenable at this time - Amenable Charge

Not amenable

Priority Level (circle):
1     2     3     Other

Priority Level Justification/Conviction(s):

```
============
Received: 2017-03-13 08:40:06     MSG-NBR: 00042   MNE: F13930003
   ATTN: SYSTEM GENERATED HEADER

--NLETS--
IAR.VTICE1901
05:40 03/13/2017 05758
05:40 03/13/2017 06133 FLICE35S0
*2000001396
TXT
          ***  LAW ENFORCEMENT SENSITIVE  ***

IAQ RECEIVED:     2017/03/13 02:27 EDT

ORI/  WVFBIID00    ATN/ ORI=FL0379200 CRI=FL0130600 ;  PHN/ 3046252000
BKN/
NAM/  CPI,CPI
DOB/  00/00/0000    CUS/ Y    OFF/ 0399    PUR/ C    POB/ XX     SEX/ U
FBI/  P87NFAD5A    ARN/          SOC/              SID/  FL08361416
REM/  USVFIN=1176226610;IDSM=SSCN2017072000001396ENCOUNTER
      INFO[EID;LAST;FIRST;MIDDLE;DOB;POB;SEX]2848699325;CREEDLE-QUINONES;GARLAND
      ;EDWARD;19990106;;M

**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS  ****
THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY.

****  BASED ON THE INFORMATION PROVIDED *****
THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

NAM/  CREEDLE QUINONEZ, GARLAND EDWARD
DOB/  01/06/1999
ALIAS/ CREEDLE-QUINONEZ, GARLAND EDWARD
COB/  HONDURAS
ARN/  A202131063
FCO/  NRC
DOE/  10/21/2014
FBI/  P87NFAD5A
SID/  FL08361416
FFN/  WILLIAM
MFN/  YOLANDA
EVENT NUMBER/ MCS1510000579
EVENT DATE/ 10/21/2014
DETENTION LOCATION/ CHILDREN'S VILLAGE
BOOKED IN DATE/ 04/14/2015
BOOKED OUT DATE/ 05/04/2015
COL/  2

REM/
I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS NOT LEGALLY IN THE
UNITED STATES AND APPEARS TO BE SUBJECT TO REMOVAL PROCEEDINGS.


**********************************
For further information contact ICE Miami, FL;
-   Aliens IN CUSTODY - Miami Secure Communities IRC - Enforcement and Removal
Operations at (305) 207-5126 or 5127
-   Fax Number (305) 207-5130
-   Aliens NOT IN CUSTODY (Roadside) - Homeland Security Investigations (HSI)
XSECTOR or (800) 973-2867
-   Or the Law Enforcement Support Center at (802) 872-6020
REQUESTING ORI INFORMATION:
AGENCY/
PHONE/

L.E.S.C. QUERY ID:        1512170

          ****** LAST MODIFIED: 2017/03/13 08:40 EDT******
```

Current Arrest Charge(s):
AGG Battery

Booking Name:

Triaged By (Print Legibly):
Nazario
Triage Fields Above

Research Fields Below
Process Disposition:
DTNR     NIC     NAR     T

Alien Number (if not on "hit"):

FBI (if not on hit):

County:

CAP Officer

CAP          JCART

**Δ π EXHIBIT 11**
Deponent RIP
Date 1/22/19   Rptr. LS
WWW.DEPOBOOK.COM

**Amaya Expert Report_Exhibit 14**

USA 000726

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| GARLAND CREEDLE,<br><br>Plaintiff,<br><br>v.<br><br>MIAMI-DADE COUNTY, *et al.*,<br><br>Defendants. | No. CV 17-22477-KMW<br><br>DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR GARRETT J. RIPA |



Δ π EXHIBIT 17

Deponent R. I PC

Date 1/22/19  Rptr. LJ

WWW.DEPOBOOK.COM

I, Garrett J. Ripa., do hereby declare and state as follows:

1.     I am a U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Assistant Field Office Director in the Miami Field Office. The Miami ERO Field Office is responsible for enforcing federal immigration law in Miami-Dade County.  This includes arresting removable criminal aliens who have been arrested and/or convicted by law enforcement agencies within Miami-Dade County.

2.     I have read the allegations in the Second Amended Complaint in this lawsuit. I make the following factual statements based on my personal knowledge and my review of the official records of ICE ERO, and, if called as a witness, I could and would testify competently thereto.

3.     Upon information and belief, Plaintiff, Garland Creedle, was arrested by U.S. Border Patrol on or about October 21, 2014, near Hidalgo, Texas after illegally entering the United States in violation of 8 U.S.C. § 1325 and 19 U.S.C. § 1459.  Plaintiff told the Border Patrol agents who arrested him that he was a Honduran citizen. U.S. Border Patrol then issued the Plaintiff a notice to appear in immigration removal proceedings charging the Plaintiff as a removable alien present in the United States who has not been admitted or paroled in accordance with 8 U.S.C. §§ 1182(a)(6)(A)(i) and 1227(a)(1).

4.     At or near the time of Plaintiff's arrest, database records were created

1

**Amaya Expert Report_Exhibit 15**

showing that the Plaintiff was a Honduran citizen and charged with a removable offense. Those records were incorporated into ICE's Enforcement Integrated Database (EID). EID captures and maintains information related to the investigation, arrest, booking, detention, and removal of persons encountered during immigration and criminal law enforcement investigations and operations conducted by ICE, U.S. Customs and Border Protection (CBP), which U.S. Border Patrol is a part, and U.S. Citizenship and Immigration Services (USCIS), components within the Department of Homeland Security.

5.      After Plaintiff filed his initial complaint on or about July 5, 2017, ICE officials updated the Plaintiff's country of citizenship information in EID to reflect that he was a United States citizen.

6.      On or about February 5, 2018, ICE received information that the Plaintiff was arrested for aggravated battery of a pregnant victim and tampering with a victim. ICE communicated to the arresting law enforcement agency that the Plaintiff was a United States citizen, not subject to removal from the United States, and no action would be taken by ICE.

7.      Because ICE's EID reflects that the Plaintiff is a United States citizen, he will not be subject to another ICE detainer in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2018, at Miami, Florida.

_____
Garrett J. Ripa

2

Confidential Subject to Protective Order - Attorneys Eyes Only

EARM Case Event Management

Page 1 of 1

EARM

Logged In: CBP9785E |

Person ID: 9640656  Sex: M  DOB: 01/06/1999  Current Age: 18  COB: HONDU  COC: HONDU
Subject ID : 351373206  Processing Disposition: Warrant of Arrest/Notice to Appear  RGA Look-Up
Case # : 14461519  Case Category. [8B]  Docket: NYC - Closed Docket

| Final Order of Removal: No | Time in Custody: N/A | Special Class: |
| Final Order Date: N/A | Depart / Cleared Status: A- | |
| Proceed With Removal: N/A | Proceedings Terminated | |
| Days Final Order in Effect: N/A | | |

Current / Active Alerts

Detention History



# Creedle-Quinonez, Garland Edward 202 131 063

## Case Actions & Decisions

| Ref # | Case # | Date | A&D By | A&D Description | Jurisdiction | See Ref # | Appeal Reserved By |
|---|---|---|---|---|---|---|---|
| 3 | 14461519 | 05/29/2015 | Agency | Close Case - A-Proceedings Terminated | Agency | | N/A |
| 2 | 14461519 | 05/05/2015 | Immigration Judge | T - Proceedings Terminated | Immigration Judge (IJ) | | |
| 1 | 14461519 | 02/05/2015 | Agency | Charging Documents Forwarded to EOIR | Agency | | N/A |
| | 14461519 | 10/21/2014 | Agency | I862 Charging Document Served - Manner Served - Personal Service to Alien | Agency | | N/A |
| | 14461519 | 10/21/2014 | Agency | I862 Charging Document Issued - Subject charged as - You are an alien who has not been admitted or paroled | Agency | | N/A |

| Legend | |
|---|---|
| Case #: | |
| *### = | Case #s in bold red text with an * designate A&Ds for the active case (the case currently being worked on) |
| ### = | Case #s in plain black text designate A&Ds for all other cases included in the filter |

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.27



EXHIBIT 18
Deponent Ripa
Date 4/22/19 Rptr.
WWW.DEPOBOOK.COM

**Amaya Expert Report_Exhibit 16**

USA 000727

PCQS508 - Details

Page 1 of 13

 

⚠ **Intermittent System Issues: TECS**
<< Back to Search Results

🛈 Information/Notices: DHS/FBI Joint Advisory Report JAR 16-20296, BBSS, MyIT

Show Details

IDENT details for GARLAN CREEDLE QUINONEZ (Y8TTJGP8B) Born 01-06-1999

| Bio Data 1 | |
|---|---|
| Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | HD |
| Citizenship | HND = HONDURAS |
| Nationality | |
| Height | 75 (INH) |
| Weight | 210 (LBR) |
| Eye Color | BRO |
| Hair Color | BLK |
| Sex | M |
| Race | W |



| Encounter Detail | |
|---|---|
| Organization | DHS CIS ASY |
| Encounter ID | 3945357032 |
| Encounter Status Code | None |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | A202131063201612130831 |
| Activity ID Type Code | CPMSId |
| Activity Type | Application |
| Activity Reason | I589 |
| Activity Date | 12-13-2016 |
| Activity Time | 08:30:58 AM |
| Activity Comment | |
| Activity Site Code | XMB |
| Activity Terminal | 174 |

| Documents 1 |
|---|
| |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do

3/13/2017

**Amaya Expert Report_Exhibit 17**

USA 000731

Confidential Subject to Protective Order - Attorneys Eyes Only

PCQS508 - Details

| | |
|---|---|
| Document ID | 202131063 |
| Document Type | A1 = Alien Registration Card |
| Document Issued | |
| Issuing Country | USA = UNITED STATES OF AMERICA |
| Document Expiration | |
| Status Date | |
| Status Text | |
| Status Description | |
| Class Admission Code | |
| Full Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Gender | U |
| Date of Birth | |
| Place of Birth | HD |
| Nationality | |
| Citizenship | HND = HONDURAS |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| 202131063 | Alien Number |

Photograph - Frontal



3/13/2017

USA 000732

Confidential-Subject to Protective Order-Attorneys Eyes Only

PCQS508 - Details

### IDENT details for GARLAN CREEDLE QUINONEZ (A202131063) Born 01-06-1999

| Bio Data 1 | |
|---|---|
| Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Date of Birth | 01-06-1999 |
| Place of Birth | HD |
| Citizenship | HND = HONDURAS |
| Nationality | |
| Height | 75 (INH) |
| Weight | 210 (LBR) |
| Eye Color | BRO |
| Hair Color | BLK |
| Sex | M |
| Race | W |

| Encounter Detail | |
|---|---|
| Organization | DHS CIS ASY |
| Encounter ID | 3945357032 |
| Encounter Status Code | None |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | A202131063201612130831 |
| Activity ID Type Code | CPMSId |
| Activity Type | Application |
| Activity Reason | I589 |
| Activity Date | 12-13-2016 |
| Activity Time | 08:30:58 AM |
| Activity Comment | |
| Activity Site Code | XMB |
| Activity Terminal | 174 |

| Documents 1 | |
|---|---|
| Document ID | 202131063 |
| Document Type | A1 = Alien Registration Card |
| Document Issued | |
| Issuing Country | USA = UNITED STATES OF AMERICA |
| Document Expiration | |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do

3/13/2017

USA 000733

Confidential Subject to Protective Order - Attorneys' Eyes Only

PCQS508 - Details

| | |
|---|---|
| Status Date | |
| Status Text | |
| Status Description | |
| Class Admission Code | |
| Full Name | CREEDLE QUINONEZ, GARLAN EDWARD |
| Gender | U |
| Date of Birth | |
| Place of Birth | HD |
| Nationality | |
| Citizenship | HND = HONDURAS |

| Assigned IDs | |
|---|---|
| ID | ID Type |
| 202131063 | Alien Number |

Photograph - Frontal



USA 000734

Confidential Subject to Protective Order - Attorneys Eyes Only

PCQS508 - Details

**IDENT details for GARLAND CREEDLE (Y8TTJGP8B) Born 01-06-1999**

| Bio Data 1 | |
|---|---|
| Name | CREEDLE, GARLAND |
| Date of Birth | 01-06-1999 |
| Place of Birth | |
| Citizenship | |
| Nationality | |
| Height | |
| Weight | |
| Eye Color | |
| Hair Color | |
| Sex | M |
| Race | |

| Encounter Detail | |
|---|---|
| Organization | DOJ FBI |
| Encounter ID | 3878252241 |
| Encounter Status Code | WatchList |
| Person Enumerator | Y8TTJGP8B |
| Fingerprint ID Number | 1176226610 |
| Identity Status Code | WatchList |
| Activity ID | FBI:sscn2016298000007263 |
| Activity ID Type Code | TCN |
| Activity Type | Enforcement |
| Activity Reason | CJIS Search of US-VISIT |
| Activity Date | 10-24-2016 |
| Activity Time | 06:19:06 AM |
| Activity Comment | |
| Activity Site Code | CIMS |
| Activity Terminal | |

| Derogatory Information 1 | |
|---|---|
| Activity ID | FBI:sscn2016298000007263 |
| Organization | DOJ FBI |
| Organization ORIID | |
| User Login | CJIS_USER |
| Site Code | CIMS |

https://esb2ui.esb2.uscis.dhs.gov/PCQS508/AllDetails.do

3/13/2017

USA 000735

Confidential Subject to Protective Order - Attorneys' Eyes Only

**DEPARTMENT OF HOMELAND SECURITY (DHS)**
## REQUEST FOR VOLUNTARY TRANSFER

| | | |
|---|---|---|
| Subject ID: 358274649 | Jail # 170131250 | File No: 202 131 063 |
| Event #: BDC1703000474 | | Date: March 13, 2017 |

**TO:** (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DADE COUNTY CORRECTIONAL 1321 NW 13 STREET MIAMI, FL 33034

**FROM:** (DHS Office Address) DRO - Bradenton, FL Sub Office U.S. IMMIGRATION & CUSTOMS ENFORCEMENT ERO - KROME SPC - MIAMI, FLORIDA 18201 SW 12TH STREET MIAMI, FL 33194

Name of Subject: CREEDLE-QUINONEZ, GARLAND EDWARD

Date of Birth: 01/06/1999     Suspected or Known Citizenship: HONDURAS     Sex: M

### A. DHS REQUESTS VOLUNTARY TRANSFER OF THE SUBJECT BECAUSE (complete box 1 or 2 below):

X 1. DHS suspects that the subject is an **immigration enforcement priority** because (mark at least one):
- ☐ (s)he was apprehended at the border or ports of entry while attempting to unlawfully enter the United States;
- ☐ (s)he was apprehended in the United States after unlawfully entering or re-entering the United States after January 1, 2014;
- ☐ (s)he has significantly abused the visa or visa waiver programs;
- ☐ (s)he was issued a final order of removal after January 1, 2014; and/or
- X in the judgment of a designated senior DHS official, his/her removal would serve an important federal interest.

☐ 2. DHS transferred the subject to your custody for a proceeding or investigation and, upon completion of that proceeding or investigation, DHS intends to resume custody of the subject to **complete processing.**

### B. DHS REQUESTS YOUR COOPERATION AS FOLLOWS (complete box 1 or 2 below):

☐ 1. **NOTIFICATION. Please notify DHS** as early as practicable (at least 48 hours, if possible) before the subject is released from your custody to allow DHS an opportunity to determine whether there is probable cause to conclude that (s)he is a removable alien.

NOTE: This voluntary notification request **does not** request or authorize that you detain the subject beyond the time he or she is currently scheduled for release from your custody.

X 2. **DETAINER. Please serve a copy of this form on the subject** and maintain custody of him/her for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. Probable cause exists that the subject is a removable alien. This determination is based on (check at least one box below):
- ☐ a final **order of removal** against the subject;
- ☐ the pendency of **ongoing removal proceedings** against the subject;
- X **biometric confirmation** of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- ☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

NOTE: This request takes effect only if you serve a copy of this form on the subject, and it does not request or authorize that you hold the subject beyond 48 hours.

**IMPORTANT NOTICES:**
- This request arises from DHS authorities and should not impact decisions about the subject's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- As early as possible prior to the time you otherwise would release the subject, please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 305-207-5126. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-____.
- Please notify this office in the event of the subject's death, hospitalization, or transfer to another institution.

☐ If checked: Please cancel the detainer related to this subject previously submitted to you on _____ (date).

ALEXANDER MARTINEZ - Deportation Officer
(Name and title of Immigration Officer)

# 3974
(Signature of Immigration Officer)

Δπ EXHIBIT 22  Deponent ____  Date 1/12/19 Rptr. ____  WWW.DEPOBOOK.COM

**Notice:** If the subject is taken into DHS custody, he or she may be removed from the United States. If the subject may be the victim of crime or you want the subject to remain in the United States for a law enforcement purpose, please notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

Please provide the information below, sign, and return to DHS by mailing, emailing, or faxing a copy to _____.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:**

Local Booking/Inmate #: _____ Est. release date/time: _____ Date of latest criminal charge/conviction: _____

Arresting agency, if available, and latest offense charged/convicted: _____

If Box B.2. is checked above, please indicate the manner in and date on which this Form I-247X was served upon the subject:
☐ in person  ☐ by inmate mail delivery  ☐ other _____  (please specify) date: _____

Sgt. Sanders Williams  Garland Creedle
(Name and title of Officer)

(Signature of Officer)

DHS Form I-247X (08/15)     Page 1 of 3

**Amaya Expert Report_Exhibit 18**

Name: CPI,CPI, DOB: 00000000                                                    QID: 2864361
Priority: NORMAL, Status: COMPLETED
_____

```
                    ***   LAW ENFORCEMENT SENSITIVE   ***

        IAQ RECEIVED:    2018/02/05 03:32 EST

        ORI/ WVFBIID00    ATN/ ORI=FL0379200 CRI=FL0130600    PHN/
        3046252000
        BKN/
        NAM/  CPI,CPI
        DOB/  00/00/0000    CUS/ Y      OFF/ 0399    PUR/ C      POB/ XX
        SEX/ U
        FBI/  P87NFAD5A     ARN/             SOC/           SID/
        FL08361416
        REM/  USVFIN=1176226610;IDSM=SSCN2018036000005540ENCOUNTER
              INFO[EID;LAST;FIRST;MIDDLE;DOB;POB;SEX]2848699325;CREEDLE-
        QUINONES;GARLAND
              ;EDWARD;19990106;;M

        **** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS   ****
        THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
        LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
        PURPOSES ONLY.

        ****  BASED ON THE INFORMATION PROVIDED *****
        THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

        NAM/  CREEDLE QUINONEZ, GARLAND EDWARD
        DOB/  01/06/1999
        COB/  HONDU
        ARN/  A202131063
        FCO/  LOS
        DOE/  10/21/2014
        FBI/  P87NFAD5A
        SID/  FL08361416
        FFN/  WILLIAM
        MFN/  YOLANDA
        COL/  N/A

        REM/
        I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS A UNITED STATES CITIZEN.
        THIS INDIVIDUAL IS NOT SUBJECT TO REMOVAL FROM THE UNITED STATES.
        NO FURTHER ACTION BY I.C.E. WILL BE TAKEN.


        ****************************************
        For further information contact ICE Miami, FL;
        -    Aliens IN CUSTODY - Miami Secure Communities IRC - Enforcement
        and Removal Operations at (305) 207-5126 or 5127
        -    Fax Number (305) 207-5130
        -    Aliens NOT IN CUSTODY (Roadside) - Homeland Security
        Investigations at (800) XSECTOR or (800) 973-2867
        -    Or the Law Enforcement Support Center at (802) 872-6020
        REQUESTING ORI INFORMATION:
        AGENCY/
        PHONE/

        L.E.S.C. QUERY ID:        2864361

                ****** LAST MODIFIED: 2018/02/05 05:27 EST******

                ***   LIMITED OFFICIAL USE   ***
        END OF RESPONSE . . . .
```

_____

**Amaya Expert Report_Exhibit 19**

USA 000254

Case 1:17-cv-22477-KMW   Document 167-2   Entered on FLSD Docket 12/19/2019   Page 81 of 98

Confidential Subject to Protective Order - Attorneys' Eyes Only



| DOJ FBI | | | |
|---|---|---|---|

**Encounter ID:**

**FIN**

No Photo Available

| Bio Data | | |
|---|---|---|
| **Name** | | |
| CPI, CPI | | |
| **DOB** | **Nationality / Birthplace** | **Citizenship** |
| no data | no data | no data |
| **Gender** | **Race** | **Height (ins.)** |
| U | U | 0 |
| **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| 0 | XXX | XXX |

| Person Identifier | |
|---|---|
| **ID** | **Type** |
|  |  |

| Status |
|---|
|  |

| Derogatory Data | | | | | |
|---|---|---|---|---|---|
| **Source** | **Charge Code** | **Type** | **Entry Date** | **Expiration Date** | **User ID** |
| no data / no data / no data | no data | ▓ | no data | no data | no data |

| Transaction Data | | | | |
|---|---|---|---|---|
| **Date Finger Printed** | **Site Code** | **Terminal ID** | **Date Loaded** | **Reason Finger Printed** |
| 02/05/2018 |  |  | 02/05/2018 | CJIS Search of US-VISIT |

| Docs Associated with this Encounter | | | | | | |
|---|---|---|---|---|---|---|
| **Type** | **Document ID** | **Issuing Country** | **Name** | **Gender** | **DOB** | **Nationality** | **Issued** |

| DOJ FBI | |
|---|---|

**Encounter ID:**

| Bio Data | | |
|---|---|---|
| **Name** | | |
| CPI, CPI | | |
| **DOB** | **Nationality / Birthplace** | **Citizenship** |

**Amaya Expert Report_Exhibit 20**

CRP039

/18/2019

US Visit Details
Confidential Subject to Protective Order - Attorneys' Eyes Only



| FIN ▮▮▮ | no data | no data | no data |
|---|---|---|---|
| | **Gender** | **Race** | **Height (ins.)** |
| | U | U | 0 |
| | **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| | 0 | XXX | XXX |

**Person Identifier**

| ID | Type |
|---|---|
| ▮▮▮ | ▮▮▮ |

**Status**

▮▮▮

**Derogatory Data**

| Source | Charge Code | Type | Entry Date | Expiration Date | User ID |
|---|---|---|---|---|---|
| no data / no data / no data | no data | ▮▮▮ | no data | no data | no data |
| ▮▮▮ | | | | | |

**Transaction Data**

| Date Finger Printed | Site Code | Terminal ID | Date Loaded | Reason Finger Printed |
|---|---|---|---|---|
| 03/13/2017 | ▮▮▮ | ▮▮▮ | 03/13/2017 | CJIS Search of US-VISIT |

**Docs Associated with this Encounter**

| Type | Document ID | Issuing Country | Name | Gender | DOB | Nationality | Issued |
|---|---|---|---|---|---|---|---|

---

**DOJ FBI**

| Encounter ID: ▮▮▮ | **Bio Data** | | |
|---|---|---|---|
| FIN ▮▮▮ | **Name** | | |
| | CREEDLE, GARLAND | | |
| | **DOB** | **Nationality / Birthplace** | **Citizenship** |
| | 01/06/1999 | no data | no data |
| | **Gender** | **Race** | **Height (ins.)** |
| | M | no data | no data |
| | **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| | no data | no data | no data |

**Person Identifier**

| ID | Type |
|---|---|
| ▮▮▮ | ▮▮▮ |

9/18/2019

| Status |
|---|
| ███████ |

### Derogatory Data

| Source | Charge Code | Type | Entry Date | Expiration Date | User ID |
|---|---|---|---|---|---|
| no data / no data / no data | no data | █████ | no data | no data | no data |
| ███████ | | | | | |

### Transaction Data

| Date Finger Printed | Site Code | Terminal ID | Date Loaded | Reason Finger Printed |
|---|---|---|---|---|
| 10/24/2016 | ███████ | ███████ | 10/24/2016 | CJIS Search of US-VISIT |

### Docs Associated with this Encounter

| Type | Document ID | Issuing Country | Name | Gender | DOB | Nationality | Issued |
|---|---|---|---|---|---|---|---|



**DHS CBP BP**

**Encounter ID:** ███████

**FIN** ███████

### Bio Data

| Name | | |
|---|---|---|
| CREEDLE-QUINONES, EDWARD | | |
| **DOB** | **Nationality / Birthplace** | **Citizenship** |
| 01/06/1999 | no data | no data |
| **Gender** | **Race** | **Height (ins.)** |
| M | no data | no data |
| **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| no data | no data | no data |

| Status |
|---|
| ███████ |

### Derogatory Data

| Source | Charge Code | Type | Entry Date | Expiration Date | User ID |
|---|---|---|---|---|---|
| no data / no data / no data | no data | ███████ | no data | no data | no data |

### Transaction Data

| Date Finger Printed | Site Code | Terminal ID | Date Loaded | Reason Finger Printed |
|---|---|---|---|---|
| 10/21/2014 | ███████ | ███████ | 10/21/2014 | no data |

### Docs Associated with this Encounter

Confidential Subject to Protective Order - Attorneys' Eyes Only

| Type | Document ID | Issuing Country | Name | Gender | DOB | Nationality | Issued |
|---|---|---|---|---|---|---|---|

### DHS CIS ASY

**Encounter ID:** [REDACTED]

**FIN** [REDACTED]

| Bio Data | | |
|---|---|---|
| **Name** | | |
| CREEDLE QUINONEZ, EDWARD | | |
| **DOB** | **Nationality / Birthplace** | **Citizenship** |
| 01/06/1999 | no data | HND |
| **Gender** | **Race** | **Height (ins.)** |
| M | W | 75 |
| **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| 210 | BRO | BLK |

| Person Identifier | |
|---|---|
| **ID** | **Type** |
| 202131063 | A - Alien Registration Number |

**Disclaimer**

Information related to an asylum claim, including the fact that a person applied for asylum, cannot be released to 3rd parties without the written consent of the applicant except as provided in 8 CFR 208.6.

**Status**

None

**Derogatory Data**

| Source | Charge Code | Type | Entry Date | Expiration Date | User ID |
|---|---|---|---|---|---|

**Transaction Data**

| Date Finger Printed | Site Code | Terminal ID | Date Loaded | Reason Finger Printed |
|---|---|---|---|---|
| 12/13/2016 | [REDACTED] | [REDACTED] | 12/13/2016 | I589 |

**Docs Associated with this Encounter**

| Type | Document ID | Issuing Country | Name | Gender | DOB | Nationality | Issued |
|---|---|---|---|---|---|---|---|
| A1 | 202131063 | USA | CREEDLE QUINONEZ, GARLAN | M | 01/06/1999 | no data | no data |

CBP032

9/18/2019



9/18/2019

## DHS CIS ASY

**Encounter ID:**

**FIN**

### Bio Data

#### Name

CREEDLE QUINONEZ, EDWARD

| DOB | Nationality / Birthplace | Citizenship |
|---|---|---|
| 01/06/1999 | no data | HND |
| **Gender** | **Race** | **Height (ins.)** |
| M | W | 75 |
| **Weight (lbs.)** | **Eye Color** | **Hair Color** |
| 210 | BRO | BLK |

#### Person Identifier

| ID | Type |
|---|---|
| 202131063 | A - Alien Registration Number |

### Disclaimer

Information related to an asylum claim, including the fact that a person applied for asylum, cannot be released to 3rd parties without the written consent of the applicant except as provided in 8 CFR 208.6.

### Status

None

### Derogatory Data

| Source | Charge Code | Type | Entry Date | Expiration Date | User ID |
|---|---|---|---|---|---|

### Transaction Data

| Date Finger Printed | Site Code | Terminal ID | Date Loaded | Reason Finger Printed |
|---|---|---|---|---|
| 12/13/2016 | | | 12/13/2016 | I589 |

### Docs Associated with this Encounter

| Type | Document ID | Issuing Country | Name | Gender | DOB | Nationality | Issued |
|---|---|---|---|---|---|---|---|
| A1 | 202131063 | USA | CREEDLE QUINONEZ, GARLAN | M | 01/06/1999 | no data | no data |

Confidential Subject to Protective Order - Attorneys' Eyes Only

US Passport                                                                                    Page 1 of 1

## US Passport



| | | |
|---|---|---|
| **Last Name:**  CREEDLE QUINONEZ | **First Name:**  GARLAND EDWARD | **Date of Birth :**  01/06/1999 |
| **Gender:**  Male | **Status:**  ISSUED | **Place of Birth:**  HND |
| **Passport Number :**  C18285450 | **Passport Type :**  IP | **Nationality :**  USA |
| **Issued Date :**  07/11/2018 | **Expire Date :**  07/10/2028 | **Citizenship:** USA |

**Alias :**   CREEDLE, GARLAND EDWARD

**Amaya Expert Report_Exhibit 21**

CBP024

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

## Enforce Civilian Query

### GARLAND EDWARD CREEDLE-QUINONEZ, 01/06/1999

**EID Event:** ███████████

| | | |
|---|---|---|
| **Incident Date:** 03/13/2017 | **Incident Type:** CLC | **Incident Disposition:** No Sigma translation found for: FBUSC |
| **Alien Record Number:** 202131063**FINS:** | | **Place of Birth:** HONDURAS |
| **EID Civilian ID:** 175601568 | **EID Incident ID:** ████████ | **Estimated Age:** 18 |

**Aliases (1)** ▼

GARLAND EDWARD CREEDLE-QUINONEZ

**Physical Details (1)** ▼

**Gender:** Male      **Eye Color:** BROWN      **Hair Color:** BLACK
**Race:** WHITE       **Height:** 67            **Weight:** 130

**Addresses (3)** ▼

COL VILLARREAL LA CEIBA No Sigma translation found for: OTR HONDURAS

███████████████████████████

COL VILLARREAL LA CEIBA No Sigma translation found for: OTR HONDURAS

**Citizenships (1)** ▼

UNITED STATES OF AMERICA

**Narratives (1)** ▼

**Title:** Record of Deportable/Excludable Alien
**Narrative:**
        USC under INA 301g and INA 309a born abroad out of wedlock

**Charging Documents (2)** ▼

I-264 - Notification of Arrest to Consulate

Enforce Civilian Query

Confidential Subject to Protective Order - Attorneys' Eyes Only

I-94 - Departure Record

CBP026

9/18/2019

Enforce Civilian Query

Page 1 of 2

Case 1:17-cv-22477-KMW   Document 167-2   Entered on FLSD Docket 12/19/2019   Page 90 of 98
Confidential Subject to Protective Order - Attorneys' Eyes Only

## Enforce Civilian Query

### GARLAND EDWARD CREEDLE-QUINONEZ, 01/06/1999

**EID Event:** ▆▆▆▆▆▆▆

**Incident Date:** 03/13/2017   **Incident Type:** CLC   **Incident Disposition:** No Sigma translation found for: FBUSC

**Alien Record Number:** 202131063FINS:   **Place of Birth:** HONDURAS

**EID Civilian ID:** 175601568   **EID Incident ID:** ▆▆▆▆▆▆   **Estimated Age:** 18

---

**Aliases (1)** ▾

GARLAND EDWARD CREEDLE-QUINONEZ

---

**Physical Details (1)** ▾

**Gender:** Male   **Eye Color:** BROWN   **Hair Color:** BLACK
**Race:** WHITE   **Height:** 67   **Weight:** 130

---

**Addresses (3)** ▾

COL VILLARREAL LA CEIBA No Sigma translation found for: OTR HONDURAS

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

COL VILLARREAL LA CEIBA No Sigma translation found for: OTR HONDURAS

---

**Citizenships (1)** ▾

UNITED STATES OF AMERICA

---

**Narratives (1)** ▾

**Title:** Record of Deportable/Excludable Alien
**Narrative:**
     USC under INA 301g and INA 309a born abroad out of wedlock

---

**Charging Documents (2)** ▾

I-264 - Notification of Arrest to Consulate

9/18/2019

Enforce Civilian Query

Confidential Subject to Protective Order - Attorneys' Eyes Only

I-94 - Departure Record

9/18/2019

Case 1:17-cv-22477-KMW   Document 167-2   Entered on FLSD Docket 12/19/2019   Page 92 of 98
Confidential Subject to Protective Order - Attorneys' Eyes Only

## EARM

Logged In: CBP6131B |

Person ID: ███ Sex: M DOB: **01/06/1999** Current Age: **20** COB: HONDU COC: US
Subject ID: ███ Processing Disposition: **Warrant of Arrest/Notice to Appear** RCA Look-Up
Case # : ███ Case Category: **[8B]** Docket: NYC - Closed Docket
Final Order of Removal: **No** | Time in Custody: **N/A** | Special Class:
Final Order Date: **N/A** | Depart / Cleared Status: **A-**
Proceed With Removal: **N/A** | **Proceedings Terminated**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

Detention History

# Creedle-Quinonez, Garland Edward 202 131 063

## Person Details

| | | |
|---|---|---|
| Person ID: ███ | Date of Birth: **01/06/1999** | Controlling A-Number: **202 131 063** |
| Last Name: **CREEDLE-QUINONEZ** | Current Age: **20** | Additional A-Numbers: |
| First Name: **GARLAND** | Country of Birth (COB): **HONDURAS** | FINS: |
| Middle Name: **EDWARD** | City of Birth: **LA CEIBA** | |
| Sex: **M** | Country of Citizenship (COC): **UNITED STATES** | BOP#/USM: **N/A** |
| Transgender: **N/A** | | FBI#: ███ |
| Marital Status: **Single** | | SSN: **N/A** |
| Religion: **N/A** | | |
| Aggravated Felon Status: **No Aggravated Felony Convictions** | | |

**Person Comments**
  N/A

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.59

**Amaya Expert Report_Exhibit 22**

CBP003

9/18/2019

EARM Case Summary

Confidential Subject to Protective Order - Attorneys' Eyes Only

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | |
|---|---|
| Date Case Closed: | 05/29/2015 |
| Depart-Cleared Status: | A-Proceedings Terminated |
| Date Departed: | |
| Port Departed: | |
| Departure Country: | |
| Expense Code: | |

Alien was removed with the following biographical information:

| | |
|---|---|
| A-Number: | 202131063 |
| Name: | CREEDLE-QUINONEZ, GARLAND EDWARD |
| DOB: | 01/06/1999 |
| COB: | HONDURAS |
| COC: | HONDURAS |
| Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/21/2014 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | | |
| 10/21/2014 | 212a6Ai | I6A | ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) | | |

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 5.59

CBP004

9/18/2019

## EARM

Logged In: CBP6131B |

Person ID: | Sex: M DOB: 01/06/1999 Current Age: 20 COB: HONDU COC: US
Subject ID : | Processing Disposition: Warrant of Arrest/Notice to Appear RCA Look-Up
Case # : | Case Category: [8B] Docket: NYC - Closed Docket
Final Order of Removal: No | Time in Custody: N/A | Special Class:
Final Order Date: N/A | Depart / Cleared Status: A-Proceedings
Proceed With Removal: N/A | Terminated
Days Final Order in Effect: N/A

**Current / Active Alerts**

Detention History



## Creedle-Quinonez, Garland Edward 202 131 063

## Case Summary

### Case Details

Case Category: [8B] Excludable / Inadmissible - Under Adjudication by IJ

Final Order of Removal: **No**

Final Order Date: **N/A**

Are there reasons that prevent removal of the alien at this time? **N/A**

Reason preventing removal: N/A

Cleared-Depart Status: **A-Proceedings Terminated**

Aggravated Felon: **No Aggravated Felony Convictions**

Mandatory Detention: **No**

Special Classes:

Last Updated By:

Last Update: **05/29/2015**

EOIR Search

IHRP Case:

  ○ Yes  ○ No

### Important Case Dates

| | |
|---|---|
| Entry Date: | 10/21/2014 |
| Apprehension Date: | 10/21/2014 |
| Case Creation Date: | 10/22/2014 |
| Charging Document Issued - I862 : | 10/21/2014 |
| Charging Document Served - I862 : | 10/21/2014 |
| A-File to Trial Attorney: | N/A |
| Initial Book-in: | 10/23/2014 |
| Last Book-in: | 04/14/2015 |
| Final Book-out: | 05/04/2015 |
| Last Custody Review: | 10/21/2014 |
| Travel Document Requested: | N/A |
| Case Closed: | 05/29/2015 |

## Docket Assignment

DCO: NYC - NEW YORK, NY
Docket Name: Closed Docket

## Case Call-ups

| | Expires | Status | Description | Set By | Set Date | |
|---|---|---|---|---|---|---|
| 🔎 | 04/24/2015 | Completed | Claims USC | | 04/17/2015 | |
| 🔎 | 05/10/2015 | Completed | Release Pending | | 04/27/2015 | |
| 🔎 | 06/05/2015 | Completed | Next Hearing: 06/04/2015 | | 10/27/2014 | |

**Hide Completed call-ups in listing**

## Encounters Included in Case File

| | A-Number | Subject ID | Last Name | First Name | COB | Age | Entry Date | Apprehended | Disposition | Primary |
|---|---|---|---|---|---|---|---|---|---|---|
| 🔎 | 202131063 | | Creedle-quinonez | Garland | HONDU | 20 | 10/21/2014 | 10/21/2014 | Warrant of Arrest/Notice to Appear | ⭐ |

## Administrative and Criminal Immigration Charges

| Charged | Section | DACS | Description | Disposition |
|---|---|---|---|---|
| 10/21/2014 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | |
| 10/21/2014 | 212a6Ai | I6A | ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) | |

## Additional Charges of Inadmissibility/Deportability (I-261)

**Nothing found to display.**

## Case Closure

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only



## EARM

Logged In: CBP6131B |

Person ID: ███   Sex: M  DOB: 01/06/1999  Current Age: 20  COB: HONDU  COC: US
Subject ID ███  Processing Disposition: **Foreign Born USC**  RCA Look-Up

**No Case associated with this encounter**

-- Select Different Case File -- ▾

**Current / Active Alerts**

Detention History

## Creedle-Quinonez, Garland Edward 202 131 063

## Encounter Details

**3 Encounter(s) linked to Person ID: 9640656**

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 3 | ███ | 202131063 | CREEDLE QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 03/14/2017 | | |
| ◉ | 2 | ███ | 202131063 | CREEDLE-QUINONEZ | GARLAND | US | No Priority | 01/06/1999 | 03/13/2017 | | |
| ○ | 1 | ███ | 202131063 | CREEDLE-QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 10/21/2014 | ███ | ███ |

**Encounter Details** All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: ███

Event Occurred On: **03/13/2017**

Event Type: **CAP Local**

Operation: **N/A**

Site: **KRO**

Landmark: **MIA TG - MIAMI DADE COUNTY JAIL TURNER GUILFORD KNIGHT (TGK)**

Primary Agent: **ALEXANDER MARTINEZ**

Assigned On: **03/13/2017**

Event Supervisor: ███ **NAVARRO**

Assigned On: **03/13/2017**

### Subject Information

FINS: **N/A**

A-Number: **202 131 063**

Control Name: **CREEDLE-QUINONEZ**

First Name: **GARLAND**

Middle Name: **EDWARD**

Maiden: **N/A**

Nickname: **N/A**

Living?: **N/A**

Sex: **M**

Transgender: **N/A**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **LABORER**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **UNITED STATES**

Hair: **BLK**

Eyes: **BRO**

Complexion: **FAR**

Race: **W**

Origin: **N/A**

Date of Birth: **01/06/1999**

Age: **20**

Age at Encounter: **18**

Height: **67**

Weight: **130**

Speak/Understand English: **N/A**

Read/Write English: **N/A**

Primary Language: **N/A**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Foreign Born USC**

INS Status: **N/A**

POE: **N/A**

Entry Date: **N/A**

Entry Class: **N/A**

Apprehension Date: **N/A**

Site: **N/A**

Landmark: **N/A**

Arrest At/Near: **N/A**

Juvenile Status: **N/A**

Family Unit ID: **N/A**

Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

**I-213 Narrative**   **Narrative 1 : Created Date: 03/23/2017 08:53 AM**   USC under INA 301g and INA 309a born abroad out of wedlock

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release

EARM 5.59

███P006

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

EARM.View Encounter Summary                                                                                              Page 1 of 2

## EARM

Logged In: CBP6131B |

| Person ID ▉ | Sex: M DOB: 01/06/1999 Current Age: 20 COB: HONDU COC: US |
| Subject ID: ▉ | Processing Disposition: Warrant of Arrest/Notice to Appear   RCA Look-Up |
| Case # ▉ | Case Category [BB] Docket: NYC - Closed Docket |

Final Order of Removal: No     Time in Custody: N/A     Special Class
Final Order Date: N/A     Depart / Cleared Status: A-
Proceed With Removal: N/A     **Proceedings Terminated**
Days Final Order in Effect: N/A

**Current / Active Alerts**

Detention History



# Creedle-Quinonez, Garland Edward 202 131 063

# Encounter Details

**3 Encounter(s) linked to Person ID: 9640656**

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 3 | ▉ | 202131063 | CREEDLE QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 03/14/2017 | | |
| ○ | 2 | ▉ | 202131063 | CREEDLE-QUINONEZ | GARLAND | US | No Priority | 01/06/1999 | 03/13/2017 | | |
| ◉ | 1 | ▉ | 202131063 | CREEDLE-QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 10/21/2014 | ▉ | |

**Encounter Details** All information below may only be edited in EAGLE

## Event / Incident Information

Event Number: ▉
Event Occurred On: **10/21/2014**
Event Type: **Administrative Non-Criminal Individual**

Operation: ▉
Site: **MCS**
Landmark: **Z9.5 - RINCON VILLAGE**

Primary Agent: **ROLANDO RODRIGUEZ1**
Assigned On: **10/21/2014**
Event Supervisor: **ENRIQUE CRUZ**
Assigned On: **10/21/2014**

## Subject Information

FINS: ▉
A-Number: **202 131 063**
Control Name: **CREEDLE-QUINONEZ**
First Name: **GARLAND**
Middle Name: **EDWARD**
Maiden: **N/A**
Nickname: **N/A**
Living?: **N/A**
Sex: **M**
Transgender: **N/A**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **LABORER**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **HONDURAS**
Hair: **BLK**
Eyes: **BRO**
Complexion: **FAR**
Race: **W**
Origin: **N/A**
Date of Birth: **01/06/1999**
Age: **20**
Age at Encounter: **15**
Height: **67**
Weight: **130**
Speak/Understand English: **N/A**
Read/Write English: **N/A**
Primary Language: **N/A**

Role: **I**
Role Comment: **N/A**
Processing Disposition: **Warrant of Arrest/Notice to Appear**
INS Status: **Inadmissible Alien**
POE: **HIDALGO, TX**
Entry Date: **10/21/2014**
Entry Class: **PWA Mexico**
Apprehension Date: **2014-10-21 01:30:00.0**
Site: **MCS**
Landmark: **Z9.5 - RINCON VILLAGE**
Arrest At/Near: **HIDALGO, TX**
Juvenile Status: **Unaccompanied**
Family Unit ID: **N/A**
Separation Reason: **N/A**
Accompanying Family Member Relation: **N/A**
Accompanying Family Member Subject ID: **N/A**
Consequence Delivery System Selection: **FIRA**

**I-213 Narrative**   **Narrative 1 : Created Date: 10/21/2014 10:01 PM**   UAC WA/NTA

IMMIGRATION HISTORY:
**No prior criminal history.**

CRIMINAL HISTORY:

CBP007

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

No prior criminal history.

**ENCOUNTER:**
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol Sector. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien whom illegally entered the United States, the subject was arrested and transported to the McAllen Border Patrol Station for further processing using the E3/IDENT and IAFIS Systems.

**IMMIGRATION/CRIMINAL VIOLATION:**
At the McAllen Border Patrol Station, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights. The subject claimed to be a citizen and national of Honduras without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.

**CONSULAR NOTIFICATION:**
The subject was notified of the right to communicate with a consular officer from Honduras as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with a consular officer of his country. Furthermore, the subject does not claim fear of persecution or torture if returned to the subject's country of citizenship.

**DISPOSITION:**
The subject was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act. The subject was served with Forms I-200, I-862, I-286, and the List of Free Legal Service Providers.


**ADDITIONAL INFORMATION**
1. Location of immediate family:
Subject's father resides in Houston, Texas. Subject's mother lives in Honduras.
2. Name, address, phone numbers and relationship of any relatives or friends in the United States or contiguous territory;
Subject's father, William Edward Creedle, phone number (434) 774-1853, resides at an unknown address in Houston, Texas.
3. Type of locale in country where juvenile was raised (suburban, rural, urban, etc.);
Suburban.
5. Length of time in transit, from home to the United States:
Approximately 30 days.
6. Route of travel (e.g., countries, length of time spent in each, status in each, date of arrival at border, etc.)
Guatemala, Mexico
7. Destination in the United States;
Houston, Texas.
8. Person whom juvenile was to contact in the United States and phone number (indicate if contact has been established and who was contacted);
Subject was unable to make contact with his William Edward Creedle, at phone number (434) 774-1853 on 10/21/2014.
9. Present funds and anticipated method of support;
Subject has $0.00 USD on his person and was going to live with his father in Houston, Texas.
10. If smuggled, the arrangement made;
Arrangements were made by his father to pay an unknown smuggler in U.S. Dollars in order to be smuggled from Honduras to Houston, Texas.
11. The health of the juvenile: are there any health problems admitted?
Subject claims and appears to be in good health.
12. Juvenile's language skill;
Subject has good communication, speaking and writing skills in the Spanish language.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.59

CBP008

9/18/2019

Confidential Subject to Protective Order - Attorneys' Eyes Only

EARM View Encounter Summary                                                    Page 1 of 1

**EARM**

Logged In: CBP6131B |

Person ID: ▓▓▓  Sex: M  DOB: 01/06/1999  Current Age: 20  COB: HONDU  COC: US
Subject ID: ▓▓▓  Processing Disposition: **Foreign Born USC**  RCA Look-Up
**No Case associated with this encounter**

-- Select Different Case File --  ▾

**Current / Active Alerts**

| Detention History |

## Creedle-Quinonez, Garland Edward 202 131 063

## Encounter Details

**3 Encounter(s) linked to Person ID: 9640656**

|  | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 3 | ▓▓▓ | 202131063 | CREEDLE QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 03/14/2017 | | |
| ○ | 2 | ▓▓▓ | 202131063 | CREEDLE-QUINONEZ | GARLAND | US | No Priority | 01/06/1999 | 03/13/2017 | | |
| ○ | 1 | ▓▓▓ | 202131063 | CREEDLE-QUINONEZ | GARLAND | HONDU | No Priority | 01/06/1999 | 10/21/2014 | ▓▓▓ | |

**Encounter Details** All information below may only be edited in EAGLE

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: ▓▓▓ | Operation: N/A | Primary Agent: ▓▓▓ **MARTINEZ** |
| Event Occurred On: **03/14/2017** | Site: **KRO** | Assigned On: **03/14/2017** |
| Event Type: **CAP Local** | Landmark: **MIA TG - MIAMI DADE COUNTY JAIL TURNER GUILFORD KNIGHT (TGK)** | Event Supervisor: ▓▓▓ **CABARCAS** |
| | | Assigned On: **03/14/2017** |

### Subject Information

| | | |
|---|---|---|
| FINS: **N/A** | Historical Priority: **No Priority** | Role: **P** |
| A-Number: **202 131 063** | Criminal Type: **N/A** | Role Comment: **N/A** |
| Control Name: **CREEDLE QUINONEZ** | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Foreign Born USC** |
| First Name: **GARLAND** | Primary Citizenship: **HONDURAS** | INS Status: **Inadmissible Alien** |
| Middle Name: **EDWARD** | Hair: **BLK** | POE: **UNKNOWN** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **N/A** |
| Nickname: **N/A** | Complexion: **LBR** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **W** | Apprehension Date: **N/A** |
| Sex: **M** | Origin: **H** | Site: **N/A** |
| Transgender: **N/A** | Date of Birth: **01/06/1999** | Landmark: **N/A** |
| Marital Status: **N/A** | Age: **20** | Arrest At/Near: **N/A** |
| SSN: **N/A** | Age at Encounter: **18** | Juvenile Status: **N/A** |
| Juvenile Verified: **N/A** | Height: **74** | Family Unit ID: **N/A** |
| Occupation: **N/A** | Weight: **204** | Separation Reason: **N/A** |
| | Speak/Understand English: **N** | Accompanying Family Member Relation: **N/A** |
| | Read/Write English: **N** | Accompanying Family Member Subject ID: **N/A** |
| | Primary Language: **SPANISH** | Consequence Delivery System Selection: **N/A** |

**I-213 Narrative**    **Narrative 1 : Created Date: 03/14/2017 12:11 PM**   USC under INA 301g and INA 309a born abroad out of wedlock

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release
EARM 5.59

9/18/2019