UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22477-CIV-WILLIAMS

GARLAND CREEDLE,

      Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.

_____/

### FEDERAL DEFENDANTS' NOTICE OF FILING
### EXPERT WITNESS REPORT OF JAMES PERSINGER

Federal Defendants, by and through their undersigned counsel, file their Notice of Filing

Expert Witness Report of James Persinger, and state:

The expert witness report of Federal Defendant's expert witness, James Persinger, is

attached.   Exhibit B to Mr. Persinger's report, which contains two pages of database screens, has

not been included since it contains law enforcement sensitive information.   Exhibit B will be

provided to counsel by email, and Federal Defendants will seek to file it with the Court under

seal.

Dated:  February 14, 2020            Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

              By:     _s/ Dexter A. Lee_____
                         DEXTER A. LEE
                         Assistant U.S. Attorney
                         Fla. Bar No. 0936693
                         99 N.E. 4th Street
                         Miami, Florida   33132

(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on February 14, 2020, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


___s/ Dexter A. Lee_____
DEXTER A. LEE
Assistant U.S. Attorney

<u>SERVICE LIST</u>

Garland Creedle v. Miami-Dade County, et al.,
Case No. 17-22477-CIV-WILLIAMS
United States District Court, Southern District of Florida

Rebecca Sharpless
Fla. Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida  33146
(305) 284-3576 (direct)
(305) 284-6092 (clinic)
rsharpless@law.miami.edu

ATTORNEY FOR PLAINTIFFS

Dexter A. Lee, AUSA
Office of the U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANT

2

UNITED STATES OF AMERICA

**Michael B. Valdes**, Assistant County Attorney
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 NW First Street, Suite 2810
Miami, Florida 33128

**Office**: (305) 375-5620
**Fax**:    (305) 375-5634
**Email**: mbv@miamidade.gov

ATTORNEY FOR MIAMI-DADE COUNTY

Anita Viciana
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
office: 305-375-4948
email: anita@miamidade.gov

ATTORNEY FOR MIAMI-DADE COUNTY

3