UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22477-KMW

Rule 26(a) (2)(B) Expert Report of James "Jim" Persinger

1.

My name is James "Jim" Persinger.  I am over the age of twenty-one (21) and am a resident of the State of Georgia.  I am competent to give this Affidavit and I am under no disability that would prevent me from testifying truthfully to the facts set forth herein and I hereby declare the following under penalty of perjury.

2.

I am the Owner and Chief Executive Officer of PM Investigations, Inc. (hereinafter referred to as "PM Investigations").  The facts set forth in this Report are based upon my personal knowledge and for use in support of United States Department of Homeland Security; United States Immigration and Customs Enforcement; and the United States of America (hereinafter referred to interchangeably as the "Defendant") in the above-styled Civil Action.

3.

All fees paid for my services rendered are in no way contingent upon the results of my services or report(s). Furthermore, I have no financial interest in or to the outcome of this Civil Action.

4.

I am a computer forensic and cybercrime expert and have held this position since 2001.  I am a Georgia licensed Private Investigator of nineteen (19) years and a South Carolina licensed Private Investigator of eight years (8). I am also a former Cobb County

(State of Georgia) Police Officer of ten (10) years, where I taught over 525 recruits. I am a P.O.S.T. Certified Instructor for law enforcement and carry an Instructor's License for Private Investigators through the Secretary of State of Georgia. I have taught at three Georgia colleges, including Clayton State College, American InterContinental University and Gwinnett Technical College. I was a Board Member of the Technology Advisory Board for American InterContinental University of Dunwoody for the past seven (7) years. I have been in technology for over thirty (30) years.

My computer forensic experience encompasses assisting I.C.E., the Secret Service, the F.B.I., the G.B.I., and other governmental and law enforcement agencies including, but not limited to, agencies located in Georgia, North Carolina and Florida, major corporations, and financial institutions throughout the United States. As of October 2019, I have initiated and/or personally conducted over 2,750 computer forensic and cybercrime cases (encompassing analysis of 5,000+ hard drives for both civil and criminal cases) dealing with topics including, but not limited to, spoliation claims, criminal violations, white-collar crimes, computer hacking and cracking, intellectual property theft, and other types of computer violations or criminal activities.

I conceptualized and wrote Field Search, a software application currently utilized by United States law enforcement agencies, United States government offices and military forces, international law enforcement agencies and international government offices including, but not limited to, the Canadian Border Patrol, the United Kingdom and Australia, for purposes which include the monitoring of computer usage to apprehend child predators, discovering intellectual property thefts or violations, or discovering terrorist groups.

I have conceptualized, designed and programmed other software applications, two (2) of which are patented with others currently being copyrighted and I have also designed, developed and programmed hardware devices for both the private and public sectors. I have received training from several law enforcement agencies and corporations in the use and application of their forensic software applications and hardware devices used specifically for conducting digital forensic investigations and examinations.

5.

I own and manage six (6) publically accessible websites, each utilizing databases to create, store, and display content to people who view the website. Additionally, I have developed client-based software using local databases as well as server-based databases.

6.

I am familiar with different databases and database drivers such as MySQL, Microsoft's SQL server, Microsoft Access, Oracle's Database's "Oracle", and SQLite. In many situations, access to the database requires a username and a password. This restriction attempts to keep the data safe from unauthorized access and allows only those authorized to create, modify, or access the information.

7.

I am familiar with the different elements of a database such as tables, fields, stored procedures, and index keys. These different elements allow the information in question to be unique while still allowing information to flow freely to those authorized.

8.

A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit "A".

9.

I have never been disqualified or impeached by any court to provide expert testimony. Furthermore, I have been declared an expert in the field of Digital Forensics and Cyber Crimes and have testified in countless civil and criminal proceedings and trials in the following jurisdictions: Cherokee County Superior Court; Clayton County Superior Court; Cobb County Superior Court; DeKalb County Superior Court; Douglas County Superior Court; Fulton County Superior Court; Gwinnett County Superior Court; the United States District Court for the Northern District of Georgia; the United States District Court for the Middle District of Georgia and numerous other Superior Court jurisdictions.

10.

I was retained by Mr. Dexter Lee, Esquire, located at the U.S. Attorney's Office, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132. Mr. Lee requested I review the report of Mr. John Amaya (hereinafter referred to as "Mr. Amaya's Report"), expert for the Plaintiff, as well as other documents including, but limited to, training manuals, depositions, information returns based on database queries, etc., all of which are specifically related to this Civil Action.

11.

As a retired Field Training Police Officer and Defensive Tactics Instructor for Cobb County [Georgia] Police Department, I can factually state that police officers in the field have an array of tools available to them that can be used to perfect the physical arrest of an individual. These tools include, but are not limited to, their assigned firearm, handcuffs, flex-cuffs, oleoresin capsicum (also known as "pepper spray"), defensive tactic pressure points, ASP batons, etc., and officer's discretion. One reason for the

array of arrest tools is to ensure the safety and health of each suspect being arrested or detained is managed properly.   In one situation I was directly involved with, the height, weight and physical size of one suspect required me to use two (2) sets of handcuffs interlinked with each other in order to perfect the arrest.  The suspect's physical size actually prohibited me from using only one (1) set of handcuffs.

12.

Similarly,  Deportation Officer Alexander Martinez has access to "tools" in the form of multiple web-based programs and biometrics (e.g., fingerprints).  These web-based programs are used to access and query different databases to assist in the facilitation of his duties as a deportation officer.  Among the web-based program "tools" available  to Deportation Officer Alexander Martinez are EARMS, EAGLE, PCQS, IDENT, Miami-Dade Corrections Inmate Profile  System, and NCIC.  Each of these web-based programs are used to access different databases and each respectively has its own "unique" interface.   In my expert opinion, because each web-based program has its own "unique" interface I would expect the results of one web-based program's database query to generate information in a different visual format than that of another web-based program as well as array of different pieces of information from each program.

13.

In this specific case, Deportation Officer Martinez used the information generated from his individual queries of the NCIC program's database, the EARMS program's database, the PCQS program (which queried the IDENT database), the Miami-Dade Corrections Inmate Profile  System program's database, the EAGLE program's database, etc. on March 13, 2017 to assist in making the decision to have a detainer

placed on Mr. Creedle.  Detainer Investigative File-CREEDLE.pdf supplied by Mr. Lee for my examination contained the results from those program queries.

While reviewing the Detainer Investigative File-CREEDLE.pdf, I noticed on page 10 the field titled "Citizenship" displayed the results "HND= Honduras", the field titled "Encounter ID" displayed the results "3945357032", the field titled "Activity Type" displayed the results "Application", the field titled "Activity Reason" displayed the results "I589", the field titled "Activity Date" displayed the results "12-31-2016" and the field titled "Activity Time" displayed the results "08:30:58 AM".  When I inquired from Mr. Lee what an Activity Type of "I589" was, Mr. Lee informed me it was a specific form used to obtain asylum in the United States and provided me with a blank copy of the "Application for Asylum and for Withholding or Removal" form.

Therefore, based upon the information contained in the Detainer Investigative File-CREEDLE.pdf, it is my opinion that Deportation Officer Martinez clearly used more than one web-based program "tool" where the information obtained on Mr. Creedle was obtained from more than one database.   Furthermore, it is my expert opinion that the I589 application for asylum was completed and submitted by Mr. Creedle of his own free will and therefore left Deportation Officer Martinez with a reason to issue his detainer.

14.

Section 22 of page 7 in Mr. Amaya's Report suggests officers have access to four (4) databases to determine alienage and where a person is subject to removal before issuing an immigration detainer.

Mr. Amaya further reports "The databases are often incomplete, contain contradictory information, are not updated uniformly [emphasis added], and lack comprehensive sources of information about citizenship and immigration status.

Government reports have documented the lack of accuracy, timeliness and completeness of the databases.". In my experience, database data is commonly entered by more than one authorized person and can also offer the end-user information that can be used as a guide to assist with their decision making. Furthermore, it is my experience and expertise that data entered into a database is typically controlled with a user name and password that provides those who have the authority to create, modify, update or delete data within a database through the use of the program's interface.

15.

In section 23 of Mr. Amaya's report, he states "The databases are often incomplete, contain contradictory information, are not updated uniformly, and lack comprehensive sources of information about citizenship and immigration status [emphasis added]. Government reports have documented the lack of accuracy, timeliness and completeness of the databases.". I was provided a copy of a chart titled "For determining whether legitimate children born outside the U.S. acquire U.S. citizenship at birth." from Mr. Lee to help me identify, as a database developer, some of the questions one would need to consider when developing a database to handle this task. Even though the document is only 3 pages, it raises several questions as to the formula that would be required to make the database effective or even manageable. The answers to some of the fields would require a multitude of different responses each and would need to involve questions from all officers handling immigration, responses from both parents, and responses from the person seeking U.S. citizenship. Therefore the lack of this information does not, in my expert opinion, mean the current databases are inferior or lack of accuracy.

16.

On or about February 10, 2020, at 10:00 a.m. I met with Atlanta, Georgia-based Deportation Officer Sonya Lewis, a 23-year federal employee of the United States Government.  Deportation Officer Lewis navigated and revealed screens of the various programs used to assist deportation officers in their duties as deportation officers. The programs were not all "linked" to each other; however, she was able to copy and paste her key terms from one web-based program to another without issue (See Exhibit "B").

17.

During my time with Deportation Officer Lewis, and as she accessed the various web-based programs, none of the programs showed any signs of errors or produced any messages that the data was corrupt, in the incorrect format, or that the information added to any record exceeded the database's table or field limitation.  Additionally, I noticed that Deportation Officer Lewis was not restricted to how she navigated throughout the interfaces; giving her the ability to use her own discretion as to what she needed to complete in order to perform her duties.

Thus, the programs I witnessed demonstrated to me how a deportation officer can use multiple programs with independent programs and their databases to assist in making his/her determination of an individual's U.S. citizenship.

18.

Section 63 on Page 15 of Mr. Amaya's Report suggests biometrics (e.g. fingerprints) should not solely be relied upon in determining the status of an individual's U.S. citizenship.  Generally speaking, biometrics are relied upon by varying organizations (i.e., law enforcement, coroner's offices, etc.) to identify an individual.   In this case, Deportation Officer Martinez did not rely solely upon biometrics as

documented on page 1 in the Detainer Investigative File-CREEDLE.pdf.   Deportation Officer Martinez used the combination of biometrics and database results to make his determination of Mr. Creedle's citizenship.

EXPERT OPINIONS

19.

Section 12:   In my expert opinion, because each web-based program has its own "unique" interface I would expect the results of one web-based program's database query to generate information in a different visual format than that of another web-based program.

Section 13 (1):      Therefore, based upon the information contained in the Detainer Investigative File-CREEDLE.pdf, it is my opinion that Deportation Officer Martinez clearly used more than one web-based program "tool" where the information obtained on Mr. Creedle was obtained from more than one database.

Section 13 (2):      Furthermore,  it is my expert opinion that the I589 application for asylum was completed and submitted by Mr. Creedle of his own free will  and therefore left Deportation Officer Martinez with a reason to issue his detainer.

Section 15:      The lack of this information does not, in my expert opinion, mean the current databases are inferior because a database has not been designed to contain every possible question and/or answer if someone is a U.S. citizen.

Section 16:      Furthermore, it is my experience and expertise that data entered into a database is typically controlled by a user name and password that authorizes an individual  the ability to create, modify, update or delete data within a database, which establishes a standard of care.

## COMPENSATION

### 20.

Testimony, including deposition time, is billed at $325.00 per hour in ¼ hour increments.  Typically, travel time is billed at $325.00 per hour in ¼ hour increments; however, in this case travel time is billed at $162.50 per hour in ¼ hour increments.  All fees paid for my services rendered are in no way contingent upon the results of my services or report(s). Furthermore, I have no financial interest in or to the outcome of this Civil Action.

## PRIOR TESTIMONY

### 21.

A copy of my prior testimony is attached hereto as Exhibit "C".

I declare under the penalty of perjury of the laws of the State of Georgia and the United States that the foregoing is true and correct.  Executed this 14th day of February 2020.

_____
James Persinger

Addendum "01"
List of Documents & Exhibits

1. Exhibit "A" - Copy of my CV.
2. Exhibit "B" – Expert Testifying Cases.
3. Blank I-589.pdf
4. Detainer Investigative File-CREEDLE.pdf
5. DE116_2nd_amd_compl.pdf
6. Alex Martinez Depo Transcript (ICE OPLA).pdf
7. DE167_Exh_A_expert_report.pdf
8. DE167_Exh_B_amaya_CV.pdf
9. Exhibit "C" - Screen Capture of EARM tabs performed by Officer Lewis.
10. EAGLE ERO FAQ (Bates USA 000406)
11. PCQS Fact Sheet (Bates USA 000708)
12. For determining whether legitimate children born outside the U.S. acquire U.S. citizenship at birth (flow chart).

# Exhibit "A"

# JIM PERSINGER, CFE, LPI

**400 Galleria Parkway, Suite #1500, Atlanta, Georgia 30339**
**Office: 770-421-1326                    LIC#: PDE046149**

## Consultant, Computer & Digital Forensic Expert, Video & Audio Forensic Expert, Cyber Crime Expert, Expert Witness, Investigator and Trial Consultant

**Employment History:**
### 2001 – Present: Founder and C.E.O. of PM Investigations, Inc.

PM Investigations was formed in 2001 to provide consulting and investigative services to the public, private and government sectors. Today, it is a comprehensive entity providing a wider range of services, including: Spider Technology (solely owned and developed by PM Investigations), Computer and Digital Forensics (civil and criminal cases), Video and Audio Forensics (civil and criminal cases), Internet research, recovery and reconstruction, expert testimony, intellectual property theft and recovery investigations (domestic and international), crime prevention analysis, training seminars, network threat analysis, penetration testing, email tracing, data and password recovery, cellphone analysis, and other specialized investigative and consulting services. PM Investigations' client base includes governmental agencies at the local, state and federal levels; Fortune 100 and 500 corporations; multi-national companies; financial services institutions; national law firms, other businesses and individuals. As of September 2019, I have initiated and/or personally conducted 2,900+ computer forensic cases (encompassing analysis of 5,200+ hard drives) and consulted on 3,000+ computer forensic cases.

### 1993 – Present: Founder and Owner of JB Enterprises

JB Enterprises was formed in 1993 and continues to provide consulting services in the development and commercialization of hardware devices and software applications in both server and client environments, development of software applications for children with disabilities and development of forensic software applications. JB Enterprises' client base includes governmental agencies, including, Homeland Security, NLECTC and local agencies, Fortune 100 corporations, national companies, financial services institutions, educational facilities, other businesses and individuals.

### 08/2000 – 12/2001:    Green Machine, LLC
### Manager, Systems IT & Software Developer

Created and managed websites using JAVA, HTML, VB Scripts, and exported using FTP control. Provided cross-system support for many networks within the Company using TCP/IP through CISCO routers. Monitored and regulated T1 data flow through routers and switches. Handled the Mitel telephone system for the entire organization. Monitored system servers, workstations and network-connected printers. Project Manager for Company Websites and Client/Server applications. Supervised 10

subcontractor software developers responsible for the creation of websites for customers.  Configured and maintained the Company's Microsoft NT Servers. Conducted forensics on all servers and systems; monitored vulnerabilities.  Provided technical support and network related solutions for customers who utilized the Company's web products across a variety of hardware platforms and operating environments.  Managed and configured e-Mail servers, which included Win2K, UNIX – MS Exchange, and Send Mail.

### 06/1998 – 08/2000:     Primus Knowledge Solutions, Inc.
### Programmer & Senior Technical Support

Developed field applications to test network environments (TCP/IP, Balance Loads, etc.).  Created a call tracking system for internal support calls. Developed solutions and implemented actions for support.  Provided technical application support for all outside customers and field representatives.  Created and maintained all InstallShield scripts for all Company software applications.  Wrote and executed SQL based scripts.  Stress tested all applications for server utilization levels.  Maintained technical knowledge of products, applications, and services in developmental and operational environments. Assisted with user training to develop skills for administration and support of the database and development environments.  Installed and maintained Microsoft SQL servers.  Developed and maintained internal technical support tools and systems to ensure accuracy and currency of information.  Performed problem reproduction to verify, analyze, and resolve customer reported problems.

### 01/1998 – 06/1998:     Cobb County Government, IT Department
### Field IT Support

Maintained field servers/PCs running token ring.  Installed and configured drivers for all printers.  Responded and worked with customers addressing their technical issues regarding their hardware, software, DOS, and database products.  Maintained and monitored the Company's tape backup systems.  Traveled to customers to assist in advanced system troubleshooting.  Trained users on applications and their systems.

### 05/1997 – 01/1998:  Interface Electronics, Inc.
### Onsite IT Support Engineer

Traveled to college and university libraries to configure routers, servers, workstations, and other applications.  Diagnosed and repaired servers and workstations, including motherboards, hard drives, power supplies, etc.  Performed forensics on university servers and workstations.  Built customized cables.  Provided support and training to all users.  Wrote customized scripts to diagnose all allocations based on network environments.  Maintained and monitored the Company's tape backup systems. Traveled to customers to assist in advanced system troubleshooting.  Trained users on applications and their systems.

## *03/1987 – 05/1997:   Cobb County Police Department*
## *Senior Field Training Officer*

Responsibilities included the creation of tactical training materials for new recruits, managing the training schedules for new recruits, and general police officer duties.

### *Court Approved Expert Witness:*

- Northern Federal District Court
- Cobb County Superior Court
- Fulton County Superior Court
- Clayton County Superior Court
- DeKalb County Superior Court
- Gwinnett County Superior Court

### *Cases (Civil and Criminal) Involving:*

- Terrorism
- Intellectual Property Theft
- Arms & Drug Trafficking
- Child Pornography/Enticement
- Cell Towers & GPS Locations
- Fraud & Identity Theft
- Building & Security Negligence
- Police & Personnel Training
- Financial Operations
- Access Control & Privacy Invasion
- Employment Law/Discrimination
- Cybercrime & Internet Stalking
- Capital Crimes/Murder
- Human & Animal Rights
- Video & Audio Forensics
- White Collar Crime
- Risk Management
- Marital/Divorce/Estate Disputes
- Corporate Policies & Procedures
- Network Penetration & Security

### *Clients & Consulting Assignments Include:*

- United States Secret Service
- Federal Bureau of Investigation
- Georgia Bureau of Investigation
- The South Financial Group
- Delta Airlines
- Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
- WestPoint Stevens
- Kessler Hotels
- SunTrust Bank
- Redline Recovery Services
- Federal Express
- Federal Defender's Office (Atlanta, Tennessee, N. Carolina)

### *Key Professional Accomplishments (Past & Present)*

- Recognized and presented an Award by the National Institute of Justice for development of Field Search
- Brought in as the "Expert to the Expert" in venues, including the Northern Federal District Court
- Continued appointment on American InterContinental University's Information Technology Advisory Board
- Patent Pending on several software applications and hardware devices
- Developed Field Search for the Rocky Mount Region Probation & Parole Department in conjunction with NLTEC unit; currently downloaded by 15,000+ law enforcement personnel in the United States, Canada and the United Kingdom

- Board-certified instructor for Private Investigators and Security Personnel
- Board-certified instructor for continuing education credit for Private Investigations
- POST-certified instructor:  advanced and specialized training for law enforcement in Georgia
- 1993 Cobb County Police Officer of the Year
- 1992 Cobb County Police Officer of the Year

## *Key Professional Affiliations & Memberships (Past & Present)*

Member:  American Society of Digital Forensics & eDiscovery (ASDFED)
Member:  Georgia Association of Professional Private Investigators  (GAPPI)
Member:  Investigative Security Professional Association of Georgia (ISPAG)
Member:  Metro-Tech Atlanta

## *Software Applications (Training & Expertise):*

- EnCase – Forensic Software
- Field Search – Forensic Software
- Cellebrite – Forensic Software
- A+ & C++
- Mitel Phone Systems
- F.T.K. Forensic Software
- Cisco routers, switches and hubs
- Net+
- Baynetworks
- Checkpoint Firewall Protection

## *Webmaster (Past & Present):*

- pminvestigations.com
- catieonline.com
- icieonline.com
- liveoakseed.com
- babymint.com
- touchworx.com
- IronShield.Systems
- forensicsexpert.com
- silentshield.com
- greenmachine.net
- northgacpr.com
- callcti.com
- tabernaclebaptist.org
- JBEnterprises.net

## *Custom Software Applications Developed/Written:*

- P2P Decryptor – decrypts and reports information obtained from peer-to-peer applications
- CATIE™ - Capturing And Tracking Internet Evidence, available exclusively to law enforcement
- I.C.I.E.® - In Case of Internet Emergency, reports suspicious, dangerous or illegal activity discovered on the Internet to the appropriate authorities
- Field Search – University of Denver and Federal Probation & Parole (monitoring of sex offenders)
- Visual Report Manager – Case Management software for investigators and attorneys
- URL Reader – Used to gather data from a PC of all Internet sites visited
- Configurator – Used to burn CD-ROMs and convert AVI to MPEG files
- Kids Konnection – Preschool learning tools and games
- Network Notifier – Pings, Telnets and Trace Routes in a GUI application

- Ispy – Tools for public libraries to monitor computer activities
- Excel2Data – Application takes Excel spreadsheets and imports them into SQL7 using a template
- MACModified – Application used to change "Modified", "Access", and "Created" times
- PMIImageViewer – Allows a custom built interface to view images as evidence
- Hard Drive Identifier – Identifies hard drive serial numbers, sectors, etc.
- System Analyzer – Quickly and effectively gathers data about a computer

## *Venues Investigated:*

- Multi-Use Commercial Properties
- Office Buildings
- Hotels, Motels & Retail Businesses
- Parking Lots
- Restaurants
- Apartments
- Crime Scenes
- Education Facilities
- Transportation Services
- Computer Facilities
- Local, State, And Federal Properties
- Public Utilities
- Residential Associations
- Personal & Corporate Residences

## *Seminars & Presentations for Organizations/Groups:*

- State Bar of Georgia
- Atlanta Bar Association
- Georgia Association of Criminal Defense Lawyers
- CPAs & Entrepreneurs
- Cobb County Young Defense Council
- Clayton State College
- Gwinnett Technical College
- Georgia Police Academy
- Cobb County Police Department
- Georgia Association of Professional Private Investigators, Inc.
- Atlanta-based Law Firms
- Atlanta Bar-Young Criminal Attorneys
- American InterContinental University
- Tennessee School of College

## *Seminar & Presentation Topics:*

- Computer & Digital Forensics
- Cell Phone & GPS Forensics
- Cell Phone Triangulation
- Negligence, Liability and Security
- Emergency Planning and Procedures
- Risk Analysis & Personal Safety
- Crime Prevention for Businesses
- Computer Facility Security
- Employee Loss Prevention Training
- Interviews and Interrogations
- Video & Audio Forensics
- Child Pornorgraphy/Enticement
- Special Weapons and Tactics
- Network Security
- Network Penetration Testing
- Network Application
- Crime Prevention for Communities
- Unarmed Self Defense
- Protecting Your Intellectual Property
- Firearms

## *Georgia Police Academy Diplomas:*

- Law for Police
- Managing Criminal Investigations
- Crime Prevention
- Organizing & Managing the Major Case
- Terrorism Negotiations
- Evidence & Courtroom Testimony
- POST Instructor Training – General & Defensive Tactics
- POST Instructor – ASP Baton, PR 24, OC Spray,
- FEMA Terrorist Certification

## *Operating Systems:*

- DOS
- MS Windows 95
- MS Windows NT
- MS NT SNA Server
- MS Windows 2000
- MS Windows 7
- MS Windows 10
- Macintosh OS X
- Terminal Server
- MS Windows 98
- MS Windows VISTA
- MS Windows XP
- MS Small Business Server
- MS Windows 8
- Linux
- Custom (RaspBerry PI types)

## *Software Applications:*

- EnCase—Guidance Software
- Base64
- Autopsy (The Sleuth Kit)
- Microsoft SQL
- Oracle
- HTML
- JavaScript
- Adobe Dreamweaver
- Visual Interdev
- VLC Player with Custom Plugins
- CISCO Works
- CelleBrite
- Adobe Acrobat
- URSoftware
- Embarcadero Delphi
- Rapture firewalls
- SNORT
- FTK—AccessData
- Winhex
- Visual C++
- Install Shield
- MySQL, SQLite
- VB Script
- ASP/PHP
- Visual Basic
- Macromedia UltraDev
- Microsoft Office
- Netware
- Adobe Photoshop
- NuMega Softice
- W32Dasm
- Paraben Products
- Easy Recovery Professional
- Ethereal / Wireshark

## *Community & Charitable Works (Past & Present):*

- Annual Civil Pro Bono Case Work:  Donate business time and resources to conduct at least one Pro Bono case per year for an individual with financial difficulties undergoing a domestic case.
- Annual Criminal Pro Bono Case Work:  Donate business time and resources to conduct at least one criminal case per year for an individual with financial difficulties undergoing a domestic case.
- Donate personal time and resources for speaking engagements and other community outreach programs.
- Donate financial resources to sponsor one individual's attendance at a VisionsAnew Divorce "Bootcamp" Program.
- Develop software applications for educational facilities to assist children with learning disabilities.
- Track runaway children using Spider Technology.
- Donated time, resources, computer hardware and software to set-up a complete computer forensic laboratory for the City of Euharlee's (Georgia) Police Department.

# Exhibit "C"

| Case Style: | Jurisdiction: | Date of Testimony: | | Expert Testimony Description: | Represented Party: |
|---|---|---|---|---|---|
| State of Georgia v. Nicholas Bates | Hart County - Superior Court | 2019 | | CRIMINAL: Computer & Digital Forensics | Defendant |
| State of Georgia v. Peal, Randall | Gwinnett County - Superior Court | 2019 | | CRIMINAL: Computer & Digital Forensics | Defendant |
| State of Georgia v. Haynie, Becky | Muscogee County - Superior Court | 2018 | | CRIMINAL: Cellphone & Digitial Forensics | Defendant |
| Saber Security Investigations v. Security Associates of Coastal Georgia | Cobb County - Superior Court | 2018 | | CIVIL: Intellectual Property Theft | Plaintiff |
| Reliable Roofing v. Marc Christopher | Cobb County - Superior Court | 2018 | | CIVIL: Intellectual Property Theft | Plaintiff |
| Patterson, Daniel v. State of Georgia | Houston County - Superior Court | 2018 | | CRIMINAL: Questionable Expert | Plaintiff |
| Mark Weissman v. Southern Field Aviation, Inc. (Refilled) | Federal District - Middle District | 2017 | | CIVIL: Computer & Digital Forensics | Plaintiff |
| USA v Hoff, Tyler | Federal-Northern District | 2017 | | CRIMINAL: Computer & Digital Forensics | Defendant |
| Crocker v. Spanky Bar & Grill | Glenn County - Superior | 2017 | | CIVIL: VCR & Digital Forensics | Plaintiff |
| China Calvert v. Newport Integrated Behavioral | Dekalb County - Superior | 2017 | | CIVIL: Computer & Digital Forensics | Plaintiff |
| Bothwell v. Bracker et al | Fulton County - Superior | 2017 | | CIVIL: Computer & Digital Forensics | Plaintiff |
| State of GA vs. J. Ross Harris | Cobb County-Superior; Moved to Brunswick, GA | 2016 | | CRIMINAL:  Computer & Digital Forensics | Plaintiff |
| United States vs. K. Sullivan | Federal-Northern District | 2016 | | CRIMINAL:  Computer Forensics | Defendant |
| Cecil & Associates, et al vs. HKS, Inc., et al | Federal-Northern District | 2016 | | CIVIL:  Computer & Digital Forensics | Plaintiff |
| State of GA vs. K. Cox | Whitfield County-Superior | 2016 | | CRIMINAL:  Digital Forensics | Defendant |
| United States vs. W. Goldstein | Federal-Northern District | 2015 | | CRIMINAL:  Digital Forensics | Defendant |
| State of GA vs. K. Zittrouer | Effingham County-Superior | 2016 | | CRIMINAL:  Digital Forensics | Defendant |
| Sweeney vs. Neelagaru, Commerce Cardiology, et al | Jackson County-Superior | 2015 | | CIVIL:  Computer & Digital Forensics | Plaintiff |
| State of GA vs. J. Crittenden | Fulton County-Superior | 2015 | | CRIMINAL:  Computer, Digital & Video Forensics | Defendant |
| United States vs. T. Hendley | Federal-Northern District | 2015 | | CRIMINAL:  Computer & Digital Forensics | Defendant |
| Cellchem International vs. Chekoy International & Lymon | Cobb County-Superior | 2014 | | CIVIL:  Computer & Digital Forensics | Plaintiff |
| NAFTAA vs. Weatherly Aircraft and Weissman  AND Weissman vs. Weatherly Aircraft Nevada, Coline, Gannett, et al | Federal-Middle District (Albany) | 2014 | | CIVIL:  Computer Forensics | Defendant & Third Party Plaintiff (Weissman) |
| EarthCam vs. OxBlue | Federal-Northern District | 2014 | | CIVIL:  Computer & Digital Forensics | Plaintiff |
| State of GA vs. Sternloff | Cherokee County-Superior | 2014 | | CRIMINAL:  Computer Forensics | Defendant |
| State of GA vs. DeGeorgis | Cherokee County-Superior | 2014 | | CRIMINAL:  Computer Forensics | Defendant |
| State of GA vs. Faiz | Fulton County-Superior | 2014 | | CRIMINAL:  Computer Forensics | Defendant |
| **Fee Schedule:** | | | | | |
| Hourly Billing Rate:  $325.00 per hour | | | | | |
| Testimony Rate:  $325.00 per hour (Minimum Blocks of 4 Hours) | | | | | |
| Travel Time Rate: $325.00 per hour | | | | | |
| **Computer Forensic Fees:** | | | | | |

Jim Persinger:  Expert Testimony Cases - Privileged Confidential

NOTE:  This Expert Testimony Case List does NOT include SEALED Cases.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Case Style:** | **Jurisdiction:** | **Date of Testimony:** | | **Expert Testimony Description:** | **Represented Party:** |
| 2 | State of Georgia v. Nicholas Bates | Hart County - Superior Court | 2019 | | CRIMINAL: Computer & Digital Forensics | Defendant |
| 3 | | | | | | |
| 4 | State of Georgia v. Peal, Randall | Gwinnett County - Superior Court | 2019 | | CRIMINAL: Computer & Digital Forensics | Defendant |
| 5 | | | | | | |
| 6 | State of Georgia v. Haynie, Becky | Muscogee County - Superior Court | 2018 | | CRIMINAL: Cellphone & Digitial Forensics | Defendant |
| 7 | | | | | | |
| 8 | Saber Security Investigations v. Security Associates of Coastal Georgia | Cobb County - Superior Court | 2018 | | CIVIL: Intellectual Property Theft | Plaintiff |
| 9 | | | | | | |
| 10 | Reliable Roofing v. Marc Christopher | Cobb County - Superior Court | 2018 | | CIVIL: Intellectual Property Theft | Plaintiff |
| 11 | | | | | | |
| 71 | Civil-Domestic $3,000.00 per Personal computer Apple hard drive | | | | | |
| 72 | Civil-Domestic $2,750.00 per Business computer Windows-based hard drive | | | | | |
| 73 | Civil-Domestic $3,500.00 per Business computer Apple hard drive | | | | | |
| 74 | Criminal:  $5000.00 per hard drive (confiscated as evidence) | | | | | |
| 75 | | | | | | |
| 76 | **Technical Consultant to:  KB Solutions** | | | | | |
| 77 | | | | | | |
| 78 | **White Papers & Publications:** | | | | | |
| 79 | 1.  Field Search Manual (Technical Consultant) | | | | | |
| 80 | 2.  http://www.kbsolutions.com/Rethinking-Dont-Touch.pdf (Technical Consultant) | | | | | |
| 81 | 3.  http://www.kbsolutions.com/beyond.pdf (Technical Consultant) | | | | | |
| 82 | 4.  http://www.kbsolutions.com/rcm.pdf | | | | | |
| 83 | 5.  http://www.kbsolutions.com/PornContraband.pdf (Technical Consultant) | | | | | |
| 84 | 6.  http://www.kbsolutions.com/KBS14Factors.pdf (Technical Consultant) | | | | | |
| 85 | 7.  Chapter on Field Search in Digital Triage Forensics by Stephen Pearson and Richard Watson.  Burliington:Syngress 2010 | | | | | |
| 86 | 8.  http://www.kbsolutions.com/TrainingforTracking.pdf | | | | | |
| 88 | | | | | | |
| 89 | NIJ has a page of articles about field search found here: | | | | | |
| 90 | http://www.justnet.org/Pages/nlectcrm_inthenews.aspx | | | | | |
| 91 | | | | | | |
| 92 | NIJ also has a page of Field Search success stories found here: | | | | | |
| 93 | http://www.justnet.org/Pages/FieldSearchSuccess.aspx | | | | | |
| 94 | | | | | | |
| 95 | **Web Master of:** | | | | | |
| 96 | PMInvestigations.com | | | | | |
| 97 | SilentShield.com | | | | | |
| 98 | JBEnterprises.net | | | | | |
| 99 | CatieOnLine.com | | | | | |
| 100 | ForensicsExpert.com | | | | | |
| 101 | Go.IronShield.Systems | | | | | |
| 102 | IronShield.Systems | | | | | |
| 103 | | | | | | |
| 104 | **Patent Holder:** | | | | | |
| 105 | IronShield - Uses hardware and software to control access to data. MySql is used. | | | | | |
| 106 | ICIE - Uses software and MySql database to determine if Internet emergency exists. | | | | | |
| 107 | | | | | | |
| 108 | **Software Developed (uses a Database):** | | | | | |
| 109 | CATIE (LEO Only) | | | | | |
| 110 | ICIE (GP) | | | | | |
| 111 | Field Search (LEO Only) | | | | | |
| 112 | LinkMaster (GP) | | | | | |
| 113 | Transporter (GP) | | | | | |

**Jim Persinger:  Expert Testimony Cases - Privileged Confidential**

**NOTE:  This Expert Testimony Case List does NOT include SEALED Cases.**